UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

SEP 1 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN RE: IPHONE/IPAD APPLICATION
CONSUMER PRIVACY LITIGATION

MDL No. 2250

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On August 8, 2011, the Panel transferred 1 civil action(s) to the United States District Court for the Northern Distirct of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* __F.Supp.2d__ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Northern Distirct of California. With the consent of that court, all such actions have been assigned to the Honorable Lucy H. Koh.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern Distirct of California and assigned to Judge Koh.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern Distirct of California for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Lucy H. Koh.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern Distirct of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.

**Sep 07, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION |

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

IN RE: IPHONE/IPAD APPLICATION
CONSUMER PRIVACY LITIGATION                                    MDL No. 2250


## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA NORTHERN**

| ALN | 2 | 11-01376 | Burke et al v. Apple Inc et al |
| ALN | 2 | 11-01855 | Burke et al v. Apple, Inc. et al |

**CALIFORNIA CENTRAL**

| CAC | 2 | 11-03450 | Kevin Burwick et al v. Apple, Inc. et al |

**FLORIDA MIDDLE**

| FLM | 8 | 11-00895 | Ajjampur et al v. Apple, Inc. |

**FLORIDA SOUTHERN**

| FLS | 9 | 11-80658 | Boswell v. Apple, Inc. |

**ILLINOIS NORTHERN**

| ILN | 1 | 11-03268 | Moylan v. Apple, Inc. |

**ILLINOIS SOUTHERN**

| ~~ILS~~ | ~~3~~ | ~~11-00359~~ | ~~O'Flaherty v. Apple Inc.~~ |

**MISSOURI EASTERN**

| ~~MOE~~ | ~~4~~ | ~~11-00784~~ | ~~Snyder et al v. Apple Inc.~~ |

**NEW YORK SOUTHERN**

| NYS | 7 | 11-02841 | Ammer v. Apple, Inc. et al |

**PUERTO RICO**

| PR | 3 | 11-01433 | Rivera-Diaz v. APPLE, Inc. et al |