IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: iPhone/iPad APPLICATION CONSUMER PRIVACY LITIGATION | § § § § |
| This Document Relates to all Cases | § § |

MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION FOR APPLICATION FOR APPOINTMENT TO PLAINTIFF STEERING COMMITTEE OF DANIEL E. BECNEL, JR., BECNEL LAW FIRM, LLC

NOW INTO COURT:

Comes Daniel E. Becnel, Jr., Counsel for Plaintiffs Natasha Acosta and Dolma Acevedo-Crespo files this Memorandum in Support of his Motion for Reconsideration for Application for Appointment to Plaintiff Steering Committee of Daniel E. Becnel, Jr., Becnel Law Firm, LLC. Prior to the hearing Mr. Becnel had airfare and plans to attend the Case Management Conference in the above matter on Wednesday October 5, 2011. (See Exhibit "A"). Only after the attached email from Co-Lead Counsel was it explained that no appearances are recommended at case management conferences except by Executive Committee (See Exhibit "B"). Had the undersigned counsel known that this matter would have been taken up at the most recent case management conference, counsel would have appeared. Accordingly, the undersigned hereby requests that his application (R. Doc. 20) be reinstated and reset set for hearing at the next case management conference on January 11, 2012.

RESPECTFULLY SUBMITTED:

_____
DANIEL E. BECNEL, JR. (La. Bar 2926)
BECNEL LAW FIRM, LLC
106 West Seventh Street, P.O. Drawer H
Reserve, LA  70068
(985) 536-1186

(985) 536-6445 (facsimile)
Counsel for Plaintiffs Natasha Acosta and Dolma
Acevedo-Crespo