Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:  (212) 920-3072
Facsimile:   (212) 920-3081

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KamberLaw LLP
141 North Street
Healdsburg, CA 95448
Telephone:  (707) 820-4247
Facsimile:   (212) 920-3081

*Interim Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | Case No.  11-MD-02250 LHK (PSG) |
| | **OPPOSITION TO MOTION FOR RECONSIDERATION OF APPLICATION TO APPOINT DANIEL E. BECNEL TO THE STEERING COMMITTEE** |
| | Judge: Hon. Lucy H. Koh |

Interim Class Counsel, on behalf of the plaintiffs in the consolidated cases, opposes Mr. Becnel's Motion for Reconsideration. Mr. Becnel's Motion should be denied for failing to satisfy the requirements of motions for reconsideration, as well as on the same grounds as put forth at the Case Management Conference with respect to the efficient prosecution of the matter and the best interests of the Class.

This Opposition is filed to correct Mr. Becnel's apparent selective effort to muddy the record. Mr. Becnel himself, and no one else, chose not to participate (in-person or telephonically) at the CMC. The prior Order's of the Court served upon Mr. Becnel provided him sufficient guidance as to whether his participation would serve the interests of the Class. Despite his suggestion to the contrary, the record demonstrates his failure to participate was no one's fault but his own. First, at the time the email attached to Mr. Becnel's Motion for Reconsideration (see Becnel Ex. B) was sent, *no challenge to the existing leadership structure was pending. In fact, Mr. Becnel had expressly represented to Mr. Kamber at the MDL proceeding that he did not desire a leadership position.* Indeed, following the referenced email, Interim Class Counsel spoke to Mr. Moreland, of the Becnel firm, *via* telephone, during which call Mr. Kamber advised Mr. Moreland that members of the Executive Committee (other than Interim Class Counsel and representative from the Liaison Counsel firm) would be participating in the CMC by telephone, and suggested to Mr. Moreland that Mr. Becnel should call him if Mr. Becnel thought attendance would benefit the interests of the Class. At no time did Mr. Kamber discourage Mr. Becnel from participating in the CMC. Rather, he encouraged participation by phone. In fact, Interim Class Counsel was informed on the phone call that Mr. Becnel would attend, as was represented at the hearing.

Further, at no time during that call did Mr. Moreland give any indication whatsoever that Mr. Becnel intended to seek a leadership role on the Executive Committee. And, as Mr. Kamber stated at the October 5, 2011 CMC, given that Mr. Becnel had previously represented that he would not seek a leadership role, and that he supported the existing leadership structure, no such application was anticipated from Mr. Becnel. It bears noting that it was not until after Mr. Moreland's email and telephone exchange with Mr. Kamber—and without any consultation with

- 1 -

Interim Class Counsel—that Mr. Becnel filed his deficient application for a leadership position.[1]

Accordingly, the Motion for Reconsideration should be denied.

Dated: October 7, 2011                     Respectfully submitted,

KAMBERLAW, LLC


By:____s/Deborah Kravitz_____
     Deborah Kravitz

SCOTT A. KAMBER (*pro hac vice*)
DAVID A. STAMPLEY(*pro hac vice*)
*skamber@kamberlaw.com*
*dstampley@kamberlaw.com*
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:  (212) 920-3072
Facsimile:   (212) 202-6364

DEBORAH KRAVITZ
dkravitz@kamberlaw.com
KAMBERLAW, LLP
141 North Street
Healdsburg, CA 95448
Telephone: (707) 820-4247
Facsimile:   (212) 202-6364

Interim Class Counsel for Consolidated Plaintiffs

---

[1] It should also be noted that Mr. Becnel's plane ticket was purchased two weeks prior to the filing of his Motion, and after that time no one from Mr. Becnel's office made any contact with an Interim Class Counsel, the Liaison Counsel, or the Executive Committee members to discuss his interest in being appointed to a leadership position.