UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IPHONE APPLICATION LITIG. | Case No.: 11-MD-02250-LHK<br><br>ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

The Panel on Multidistrict Litigation issued an order on December 14, 2011, transferring two additional actions for consolidation, *O'Flaherty v. Apple Inc.*, No. 11-359 (S.D. Ill.), and *Snyder v. Apple Inc.*, No. 11-784 (E.D. Mo.). To give the newly added plaintiffs an opportunity to appear, the January 11, 2012 case management conference will remain as set. The parties' request to continue the January 11, 2012 case management conference is accordingly DENIED.

If they have not already done so, lead plaintiff's counsel shall notify plaintiffs' counsel in the newly transferred cases of the January 11, 2012 case management conference. Daniel E. Becnel, Jr.'s Motion for Reconsideration for Application for Appointment to Plaintiff Steering Committee will also be addressed at the case management conference.

**IT IS SO ORDERED.**

Dated: January 6, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-md-02250-LHK
ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE