| | |
|---|---|
| 1 | JIM MCCABE (CA SBN 104686) |
| | JMcCabe mofo.com |
| 2 | BRYAN WILSON (CA SBN 138842) |
| | BWilson mofo.com |
| 3 | TERESA N. BURLISON (CA SBN 230854) |
| | TBurlison mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
| | APPLE INC., A CALIFORNIA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: iPhone/iPad Application Consumer Privacy Litigation, | Case No. 5:11-md-02250-LHK<br><br>**STIPULATION TO EXCEED PAGE LIMITATION OF BRIEFING IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER**<br><br>Ctrm: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

1     WHEREAS, on November 21, 2011, Plaintiffs filed a First Amended Consolidated Class Action Complaint (Dkt. No. 24), and, on November 22, 2011, Plaintiffs filed a substantively identical corrected version of the same ("First Amended Consolidated Complaint") (Dkt. No. 25).

    WHEREAS, the First Amended Consolidated Complaint asserts a total of thirteen causes of action against Apple Inc. ("Apple") and/or the other named defendants that have appeared in this action or been named for the first time in the First Amended Consolidated Complaint (the "Mobile Industry Defendants"), including several new causes of action.

    WHEREAS, pursuant to the Court's December 5, 2011 Order (Dkt. No. 31), Apple and the Mobile Industry Defendants intend to file Motions to Dismiss on January 10, 2012. As they did previously in response to Plaintiffs' First Consolidated Class Action Complaint, Apple will file one motion to dismiss and the Mobile Industry Defendants collectively will file another.

    WHEREAS, counsel for Defendants and counsel for Plaintiffs have conferred, and they agree that due to the number of issues raised in this consolidated putative class action case, and in order to address adequately all of the causes of action under various state and federal laws, it is necessary for the Defendants' briefing in support of their respective Motions to Dismiss to exceed the twenty-five page limitation set forth in Local Rule 7-4(b).

    WHEREAS, Scott Kamber of KamberLaw, LLC, on behalf of the Plaintiffs, has agreed not to oppose the Defendants' request to extend the page limitation for Apple's and the Mobile Industry Defendants' respective briefs by five (5) pages each;

    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the briefs filed by Apple and the Mobile Industry Defendants in support of their respective Motions to Dismiss may exceed the page limit set forth in Rule 7-4(b) by no more than five (5) pages each.

    IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: January 6, 2012 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ James F. McCabe |
| 4 | | James F. McCabe |
| 5 | | Attorneys for Defendant |
| | | APPLE INC., a California corporation |
| 6 | | |
| 7 | Dated: January 6, 2012 | DURIE TANGRI LLP |
| 8 | | |
| 9 | | By: /s/ Michael H. Page |
| | | Michael H. Page |
| 10 | | |
| 11 | | DURIE TANGRI LLP |
| | | MICHAEL H. PAGE |
| | | mpage@durietangri.com |
| 12 | | JOSEPH C. GRATZ |
| | | jgratz@durietangri.com |
| 13 | | GENEVIEVE P. ROSLOFF |
| | | grosloff@durietangri.com |
| 14 | | 217 Leidesdorff Street |
| | | San Francisco, CA 94111 |
| 15 | | Telephone: 415-362-6666 |
| | | Facsimile: 415-236-6300 |
| 16 | | |
| 17 | | Attorneys for Defendants |
| | | ADMOB, INC. and GOOGLE INC. |

| | | |
|---|---|---|
| 1 | Dated: January 6, 2012 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: /s/ Gail E. Lees |
| | | Gail E. Lees |
| 4 | | |
| | | GAIL E. LEES |
| 5 | | glees@gibsondunn.com |
| | | S. ASHLIE BERINGER |
| 6 | | aberinger@gibsondunn.com |
| | | JOSHUA A. JESSEN |
| 7 | | jjessen@gibsondunn.com |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 8 | | 1881 Page Mill Road |
| | | Palo Alto, California 94304 |
| 9 | | Telephone: (650) 849-5300 |
| | | Facsimile: (650) 849-5333 |
| 10 | | |
| | | Attorneys for Defendants |
| 11 | | FLURRY, INC. |
| 12 | | |
| 13 | Dated: January 6, 2012 | COOLEY LLP |
| 14 | | |
| 15 | | By: /s/ Matthew D. Brown |
| | | Matthew D. Brown |
| 16 | | |
| | | MICHAEL G. RHODES |
| 17 | | rhodesmg@cooley.com |
| | | MATTHEW D. BROWN |
| 18 | | mbrown@cooley.com |
| | | COOLEY LLP |
| 19 | | 101 California Street, 5th Floor |
| | | San Francisco, California 94111 |
| 20 | | Telephone: (415) 693-2000 |
| | | Facsimile: (415) 693-2222 |
| 21 | | |
| | | Attorneys for Defendants |
| 22 | | ADMARVEL, INC. and MEDIALETS, INC. |

STIPULATION TO EXCEED PAGE LIMITATION
Case No. 5:11-md-02250-LHK
pa- 1505487

3

| | | |
|---|---|---|
| 1 | Dated: January 6, 2012 | KAMBERLAW, LLC |
| 2 | | |
| 3 | | By: /s/Scott A. Kamber |
| | | Scott A. Kamber |
| 4 | | |
| 5 | | SCOTT A. KAMBER (*pro hac vice*) |
| | | skamber@kamberlaw.com |
| | | DAVID A. STAMPLEY (*pro hac vice*) |
| 6 | | dstampley@kamberlaw.com |
| | | KAMBERLAW, LLC |
| 7 | | 100 Wall Street, 23rd Floor |
| | | New York, New York 10005 |
| 8 | | Telephone: (212) 920-3072 |
| | | Facsimile: (212) 920-3081 |
| 9 | | |
| | | DEBORAH KRAVITZ (SBN 275661) |
| 10 | | dkravitz@kamberlaw.com |
| | | KAMBERLAW, LLP |
| 11 | | 141 North St. |
| | | Healdsburg, California 95448 |
| 12 | | Telephone: (707) 820-4247 |
| | | Facsimile: (212) 202-6364 |
| 13 | | |
| | | INTERIM CLASS COUNSEL |
| 14 | | ATTORNEYS FOR PLAINTIFFS |
| 15 | | WILLIAM AUDET |
| | | JONAS P. MANN |
| 16 | | MICHAEL A. MCSHANE |
| | | AUDET & PARTNERS LLP |
| 17 | | 221 Main Street, Suite 1460 |
| | | San Francisco, California 94105 |
| 18 | | Telephone: (415) 568-2555 |
| | | Facsimile: (415) 568-2556 |
| 19 | | |
| | | LIAISON COUNSEL FOR PLAINTIFFS |
| 20 | | |
| | | JAY EDELSON |
| 21 | | SEAN REIS |
| | | jedelson@edelson.com |
| 22 | | sreis@edelson.com |
| | | EDELSON MCGUIRE, LLC |
| 23 | | 350 N. LaSalle Street |
| | | Chicago, IL 60654 |
| 24 | | Telephone: (312) 589-6370 |
| 25 | | RICHARD A. LOCKRIDGE |
| | | ROBERT K. SHELQUIST |
| 26 | | rlockridge@locklaw.com |
| | | rshelquist@locklaw.com |
| 27 | | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | | 100 Washington Avenue S., Suite 2200 |
| 28 | | Minneapolis, MN 55401 |

| | |
|---|---|
| 1 | Telephone: (612) 339-6900 |
| | Facsimile: (612) 339-0981 |
| 2 | |
| | JEFF S. WESTERMAN |
| 3 | jwesterman@milberg.com |
| | MILBERG LLP |
| 4 | One California Plaza |
| | 300 S. Grand Avenue, Suite 3900 |
| 5 | Los Angeles, CA 90071 |
| | Telephone: (213) 617-1200 |
| 6 | Facsimile: (213) 617-1975 |
| 7 | PETER E. SEIDMAN |
| | ANDREI V. RADO |
| 8 | ANNE MARIE VU (Bar No. 238771) |
| | pseidman@milberg.com |
| 9 | arado@milberg.com |
| | avu@milberg.com |
| 10 | MILBERG LLP |
| | One Pennsylvania Plaza, 49th Floor |
| 11 | New York, NY 10119 |
| | Telephone: (212) 594-5300 |
| 12 | Facsimile: (212) 868-1229 |
| 13 | JEREMY WILSON |
| | jeremy@wtlfirm.com |
| 14 | WILSON TROSCLAIR & LOVINS |
| | 302 N. Market Street, Suite 501 |
| 15 | Dallas, Texas 75202 |
| | Telephone: (214) 430-1930 |
| 16 | |
| | EXECUTIVE COMMITTEE FOR |
| 17 | CONSOLIDATED PLAINTIFFS |

**GENERAL ATTESTATION**

I, James F. McCabe, am the ECF User whose ID and password are being used to file this STIPULATION TO EXCEED PAGE LIMITATION OF BRIEFING IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that all persons signing this stipulation have concurred in this filing.

Date: January 6, 2012          /s/ James F. McCabe
                               James F. McCabe

1 PURSUANT TO STIPULATION, IT IS SO ORDERED:

2 DATED: January 7, 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Court Judge