GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

Attorneys for Defendant
FLURRY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | Case No. 11-MD-02250-LHK |
| | **CLASS ACTION** |
| | **DECLARATION OF S. ASHLIE BERINGER IN SUPPORT OF MOBILE INDUSTRY DEFENDANTS' MOTION TO DISMISS FIRST AMENDED, CONSOLIDATED CLASS ACTION COMPLAINT** |

Gibson, Dunn & Crutcher LLP

1    I, S. Ashlie Beringer, declare as follows:

2         1.    I am an attorney at law admitted to practice before all of the Courts of the State of

3    California and this Court.  I am a partner at Gibson, Dunn and Crutcher LLP and counsel for

4    Defendant Flurry, Inc. ("Flurry") in this litigation.  I make this declaration upon personal knowledge

5    and could and would competently testify to the matters below if called to do so.

6         2.    Attached hereto as Exhibit A is a true and correct copy of Apple's iTunes Terms and

7    Conditions, which includes Apple's App Store Terms and Conditions and Apple's Privacy Policy,

8    and is available at http://www.apple.com/legal/itunes/us/terms.html.

9         3.    Attached hereto as Exhibit B is a true and correct copy of Dictionary.com's Privacy

10   Policy dated May 18, 2010.

11        4.    Attached hereto as Exhibit C is a true and correct copy of relevant excerpts of the

12   official transcript of this Court's September 8, 2011 hearing on Defendants' Motion to Dismiss

13   Plaintiffs' First Consolidated Complaint.

14        5.    Attached hereto as Exhibit D is a true and correct copy of a September 19, 2011 Order

15   issued by Judge Otis D. Wright II in *Robins v. Spokeo*, Case No. CV-10-05306 ODW (C.D. Cal.).

16        6.    I declare under penalty of perjury under the laws of the United States of America that

17   the foregoing is true and correct and that this declaration was executed on January 10, 2012, at Palo

18   Alto, California.

19

20                                                  */s/  S. Ashlie Beringer*
                                                    S. ASHLIE BERINGER

21

22

23   101215656.1

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

# Exhibit A

# TERMS AND CONDITIONS

A. ITUNES STORE, MAC APP STORE, APP STORE, AND IBOOKSTORE TERMS OF SALE
B. ITUNES STORE TERMS AND CONDITIONS
C. MAC APP STORE, APP STORE AND IBOOKSTORE TERMS AND CONDITIONS
D. PRIVACY POLICY

THE LEGAL AGREEMENTS SET OUT BELOW GOVERN YOUR USE OF THE ITUNES STORE, MAC APP STORE, APP STORE, AND IBOOKSTORE SERVICES. TO AGREE TO THESE TERMS, CLICK "AGREE." IF YOU DO NOT AGREE TO THESE TERMS, DO NOT CLICK "AGREE," AND DO NOT USE THE SERVICES.

A. ITUNES STORE, MAC APP STORE, APP STORE, AND IBOOKSTORE TERMS OF SALE

PAYMENTS, TAXES, AND REFUND POLICY

The iTunes Store, Mac App Store, App Store, and iBookstore services ("Services") accept these forms of payment: credit cards issued by U.S. banks, payments through your PayPal account, iTunes Cards, iTunes Store Gift Certificates, Content Codes, and Allowance Account balances. If a credit card or your PayPal account is being used for a transaction, Apple may obtain preapproval for an amount up to the amount of the order. Billing occurs at the time of or shortly after your transaction. If you are using 1-Click purchasing or your PayPal account, your order may be authorized and billed in increments during one purchasing session, so it may appear as multiple orders on your statement. If an iTunes Card, iTunes Store Gift Certificate, or Allowance Account is used for a transaction, the amount is deducted at the time of your transaction. When making purchases, content credits are used first, followed by Gift Certificate, iTunes Card, or Allowance Account credits; your credit card or PayPal account is then charged for any remaining balance.

You agree that you will pay for all products you purchase through the Services, and that Apple may charge your credit card or PayPal account for any products purchased and for any additional amounts (including any taxes and late fees, as applicable) that may be accrued by or in connection with your Account. YOU ARE RESPONSIBLE FOR THE TIMELY PAYMENT OF ALL FEES AND FOR PROVIDING APPLE WITH A VALID CREDIT CARD OR PAYPAL ACCOUNT DETAILS FOR PAYMENT OF ALL FEES. All fees will be billed to the credit card or PayPal account you designate during the registration process. If you want to designate a different credit card or if there is a change in your credit card or PayPal account status, you must change your information online in the Account Information section of iTunes; this may temporarily disrupt your access to the Services while Apple verifies your new payment information.

Your total price will include the price of the product plus any applicable sales tax; such sales tax is based on the bill-to address and the sales tax rate in effect at the time you download the product. We will charge tax only in states where digital goods are taxable.

All sales and rentals of products are final.

Prices for products offered via the Services may change at any time, and the Services do not provide price protection or refunds in the event of a price reduction or promotional offering.

If a product becomes unavailable following a transaction but prior to download, your sole remedy is a refund. If technical problems prevent or unreasonably delay delivery of your product, your exclusive and sole remedy is either replacement or refund of the price paid, as determined by Apple.

1-Click®

1-Click is a registered service mark of Amazon.com, Inc., used under license. 1-Click is a convenient feature that allows you to make a purchase from the Services with a single click of your mouse or other input device. When accessing the Services on your computer, 1-Click purchasing may be activated via the dialog that appears when you click a Buy button. (You may reset this selection at any time by clicking Reset Warnings in your Account information). When accessing the Services on your Apple-branded products running iOS such as an iPad, iPod touch, or iPhone ("iOS Device"), 1-Click is activated for each transaction by tapping the button showing the price of the product, which reveals the Buy button. When 1-Click is activated, clicking or tapping the Buy button starts the download immediately and completes your transaction without any further steps.

GIFT CERTIFICATES, ITUNES CARDS, ALLOWANCES, AND CONTENT CODES

Gift Certificates, iTunes Cards, and Allowances are issued and managed by Apple Value Services, LLC ("Issuer").

Gift Certificates, iTunes Cards, Content Codes, and Allowances, in addition to unused balances, are not redeemable for cash and cannot be returned for a cash refund (except as required by law); exchanged; resold; used to purchase Gifts, Gift Certificates, or iTunes Cards; used to provide Allowances; used for purchases on the Apple Online Store; or used in Apple Retail Stores. Unused balances are not transferable.

Gift Certificates, iTunes Cards, Content Codes, and Allowances purchased in the United States may be redeemed through the Services only in the United States, its territories, and possessions.

The Gift Certificate/iTunes Card cash value is 1/10 of one cent.

Neither Issuer nor Apple is responsible for lost or stolen Gift Certificates, iTunes Cards, Content Codes, or Allowances. Risk of loss and title for Gift Certificates, iTunes Cards, and Allowances transmitted electronically pass to the purchaser in Virginia upon electronic transmission to the recipient. Risk of loss and title for Content Codes transmitted electronically pass in California upon electronic transmission from Apple; for avoidance of doubt, such recipient may not always be you.

Apple reserves the right to close accounts and request alternative forms of payment if a Gift Certificate, iTunes Card, Content Code, or Allowance is fraudulently obtained or used on the Service.

APPLE, ISSUER, AND THEIR LICENSEES, AFFILIATES, AND LICENSORS MAKE NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO GIFT CERTIFICATES, ITUNES CARDS, CONTENT CODES, ALLOWANCES, OR THE ITUNES STORE, APP STORE, MAC APP STORE, OR IBOOKSTORE, INCLUDING, WITHOUT LIMITATION, ANY EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN THE EVENT THAT A GIFT CERTIFICATE, ITUNES CARD, CONTENT CODE, OR ALLOWANCE IS NONFUNCTIONAL, YOUR SOLE REMEDY, AND OUR SOLE LIABILITY, SHALL BE THE REPLACEMENT OF SUCH GIFT CERTIFICATE, ITUNES CARD, CONTENT CODE, OR ALLOWANCE. THESE LIMITATIONS MAY NOT APPLY TO YOU. CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MAY ALSO HAVE ADDITIONAL RIGHTS.

GIFTS

Gifts purchased from the Services may be purchased only for, and redeemed only by, persons in the United States, its territories, and possessions. Gift recipients must have compatible hardware and parental control settings to utilize some gifts.

PRE-ORDERS

By pre-ordering products, you are authorizing the Services to automatically charge your account and download the product when it becomes available. You may cancel your pre-order prior to the time the item becomes available.

ELECTRONIC CONTRACTING

Your use of the Services includes the ability to enter into agreements and/or to make transactions electronically. YOU ACKNOWLEDGE THAT YOUR ELECTRONIC SUBMISSIONS CONSTITUTE YOUR AGREEMENT AND INTENT TO BE BOUND BY AND TO PAY FOR SUCH AGREEMENTS AND TRANSACTIONS. YOUR AGREEMENT AND INTENT TO BE BOUND BY ELECTRONIC SUBMISSIONS APPLIES TO ALL RECORDS RELATING TO ALL TRANSACTIONS YOU ENTER INTO ON THIS SITE, INCLUDING NOTICES OF CANCELLATION, POLICIES, CONTRACTS, AND APPLICATIONS. In order to access and retain your electronic records, you may be required to have certain hardware and software, which are your sole responsibility.

Apple is not responsible for typographic errors.

B. ITUNES STORE TERMS AND CONDITIONS

THIS LEGAL AGREEMENT BETWEEN YOU AND APPLE INC. ("APPLE") GOVERNS YOUR USE OF THE ITUNES STORE SERVICE (THE "ITUNES SERVICE").

THE ITUNES STORE SERVICE

Apple is the provider of the iTunes Service, which permits you to purchase or rent digital content ("iTunes Products") for end user use only under the terms and conditions set forth in this Agreement.

REQUIREMENTS FOR USE OF THE ITUNES SERVICE

This iTunes Service is available for individuals aged 13 years or older. If you are 13 or older but under the age of 18, you should review this Agreement with your parent or guardian to make sure that you and your parent or guardian understand it.

The iTunes Service is available to you only in the United States, its territories, and possessions. You agree not to use or attempt to use the iTunes Service from outside these locations. Apple may use technologies to verify your compliance.

Use of the iTunes Service requires compatible devices, Internet access, and certain software (fees may apply); may require periodic updates; and may be affected by the performance of these factors. High-speed Internet access is strongly recommended for regular use and is required for video. The latest version of required software is recommended to access the iTunes Service and may be required for certain transactions or features and to download iTunes Products previously purchased from the iTunes Service. You agree that meeting these requirements, which may change from time to time, is your responsibility. The iTunes Service is not part of any other product or offering, and no purchase or obtaining of any other product shall be construed to represent or guarantee you access to the iTunes Service.

YOUR ACCOUNT

As a registered user of the iTunes Service, you may establish an account ("Account"). Don't reveal your Account information to anyone else. You are solely responsible for maintaining the confidentiality and security of your Account and for all activities that occur on or through your Account, and you agree to immediately notify Apple of any security breach of your Account. Apple shall not be responsible for any losses arising out of the unauthorized use of your Account.

In order to purchase and download iTunes Products from the iTunes Service, you must enter your Apple ID and password to authenticate your Account. Once you have authenticated your Account, you will not need to authenticate again for fifteen minutes. During this time, you will be able to purchase and download iTunes Products without re-entering your password. You can turn off the ability to make iTunes Product purchases by adjusting the settings on your computer or iOS Device. For more information, please see http://support.apple.com/kb/HT1904 or http://support.apple.com/kb/HT4213.

You agree to provide accurate and complete information when you register with, and as you use, the iTunes Service ("iTunes Registration Data"), and you agree to update your iTunes Registration Data to keep it accurate and complete. You agree that Apple may store and use the iTunes Registration Data you provide for use in maintaining and billing fees to your Account.

AUTOMATIC DELIVERY AND DOWNLOADING PREVIOUS PURCHASES BETA

When you first acquire music iTunes Products and music video iTunes Products (collectively, "iTunes Eligible Content"), you may elect to automatically receive ("auto-download") copies of such iTunes Eligible Content on additional compatible iOS Devices and iTunes-authorized computers with compatible software by associating such iOS Devices and computers subject to the association rules below (each, an "Associated Device"). For each Associated Device, you may specify which type of iTunes Eligible Content, if any, may be auto-downloaded to it. On an Associated Device that is capable of receiving push notifications ("Push-Enabled"), including iOS Devices, the iTunes Eligible Content will auto-download to that Associated Device when it has an Internet connection; on an Associated Device that is not Push-Enabled, including those running on the Windows operating system, iTunes Eligible Content will automatically appear in the download queue and you may manually initiate the download within iTunes.

As an accommodation to you, subsequent to acquiring iTunes Eligible Content, you may download certain of such previously-purchased iTunes Eligible Content onto your Associated Device. Some iTunes Eligible Content that you previously purchased may not be available for subsequent download at any given time, and Apple shall have no liability to you in such event. As you may not be able to subsequently download certain previously-purchased iTunes Eligible Content, once you download an item of iTunes Eligible Content, it is your responsibility not to lose, destroy, or damage it, and you may want to back it up.

Association of Associated Devices is subject to the following terms:

(i) You may auto-download iTunes Eligible Content or download previously-purchased iTunes Eligible Content from an Account on up to 10 Associated Devices, provided no more than 5 are iTunes-authorized computers.

(ii) An Associated Device can be associated with only one Account at any given time.

(iii) You may switch an Associated Device to a different Account only once every 90 days.

(iv) You may download previously-purchased free content onto an unlimited number of devices while it is free on the iTunes Service, but on no more than 5 iTunes-authorized computers.

Some pieces of iTunes Eligible Content may be large, and significant data charges may result from delivery of such iTunes Eligible Content over a data connection.

PRIVACY

The iTunes Service is subject to Apple's Privacy Policy at http://www.apple.com/privacy/.

When you opt in to the Genius feature, Apple will, from time to time, automatically collect information that can be used to identify media in your iTunes library on this computer, such as your play history and playlists. This includes media purchased through iTunes and media obtained from other sources. This information will be stored anonymously and will not be associated with your name or Account. When you use the Genius feature, Apple will use this information and the contents of your iTunes library, as well as other information, to give you personalized recommendations to you.

Apple may only use this information and combine it with aggregated information from the iTunes libraries of other users who also opt in to this feature, your iTunes Store purchase history data, aggregated purchase history data from other iTunes Store users, and other information obtained from third parties, to:

· Create personalized playlists for you from your iTunes library.

· Provide you with recommendations regarding media and other products and services that you may wish to purchase.

· Provide recommendations regarding products and services to other users.

At all times your information will be treated in accordance with Apple's Privacy Policy.

Once you opt in to the Genius feature in iTunes, you will be able to create Genius playlists on Genius-capable devices. To enable the Genius feature on a device, you must sync it with your iTunes library after you have opted in.

If you prefer that we do not collect and use information from your iTunes library in this manner, you should not enable the Genius feature. You can revoke your opt-in choice at any time by turning off the Genius feature from the Store menu in iTunes on your computer. After you opt out, iTunes will no longer send information about your iTunes library to Apple. If you have elected to share your library from multiple computers, you need to turn off the Genius feature from each computer. The Genius feature cannot be enabled or disabled from your device.

By opting in to the Genius feature, you consent to the use of your information as described above and as described in Apple's Privacy Policy.

CONTENT AVAILABILITY

Apple reserves the right to change content options (including eligibility for particular features) without notice.

USE OF PURCHASED OR RENTED CONTENT

You agree that the iTunes Service and certain iTunes Products include security technology that limits your use of iTunes Products and that, whether or not iTunes Products are limited by security technology, you shall use iTunes Products in compliance with the applicable usage rules established by Apple and its licensors ("Usage Rules"), and that any other use of the iTunes Products may constitute a copyright infringement. Any security technology is an inseparable part of the iTunes Products. Apple reserves the right to modify the Usage Rules at any time. You agree not to violate, circumvent, reverse-engineer, decompile, disassemble, or otherwise tamper with any of the security technology related to such Usage Rules for any reason—or to attempt or assist another person to do so. Usage Rules may be controlled and monitored by Apple for compliance purposes, and Apple reserves the right to enforce the Usage Rules without notice to you. You agree not to access the iTunes Service by any means other than through software that is provided by Apple for accessing the iTunes Service. You shall not access or attempt to access an Account that you are not authorized to access. You agree not to modify the software in any manner or form, or to use modified versions of the software, for any purposes including obtaining unauthorized access to the iTunes Service. Violations of system or network security may result in civil or criminal liability.

USAGE RULES

(i) You shall be authorized to use iTunes Products only for personal, noncommercial use.

(ii) You shall be authorized to use iTunes Products on five iTunes-authorized devices at any time, except for Content

Rentals (see below).

(iii) You shall be able to store iTunes Products from up to five different Accounts at a time on compatible devices, provided that each iPhone may sync ringtone iTunes Products with only a single iTunes-authorized device at a time, and syncing an iPhone with a different iTunes-authorized device will cause ringtone iTunes Products stored on that iPhone to be erased.

(iv) You shall be authorized to burn an audio playlist up to seven times.

(v) You shall not be entitled to burn video iTunes Products or ringtone iTunes Products.

(vi) iTunes Plus Products do not contain security technology that limits your usage of such products, and Usage Rules (ii) - (v) do not apply to iTunes Plus Products. You may copy, store, and burn iTunes Plus Products as reasonably necessary for personal, noncommercial use.

(vii) You shall be able to manually sync a movie from at least one iTunes-authorized device to devices that have manual sync mode, provided that the movie is associated with an Account on the primary iTunes-authorized device, where the primary iTunes-authorized device is the one that was first synced with the device or the one that you subsequently designate as primary using iTunes.

(viii) An HDCP connection is required to view content transmitted over HDMI.

(ix) Content Rentals

(a) Content rentals are viewable on only one device at a time. You must be connected to the iTunes Service when moving rentals, and you may do so only between your computer and other compatible devices. Content rented using your Apple TV, iPad, iPhone 4, or iPod touch (4th generation) may not be moved. If you move a rental to a compatible device and then use the iTunes Service to restore that device, or choose Settings > Reset > Erase all content and settings on that device, the rental will be permanently deleted.

(b) You have thirty (30) days after downloading a rental to begin viewing. Once you begin viewing, you have twenty-four (24) hours to finish viewing a movie, and forty-eight (48) hours to finish viewing a TV show. Stopping, pausing, or restarting a rental does not extend the available time for viewing.

Some iTunes Products, including but not limited to Content rentals, may be downloaded only once and cannot be replaced if lost for any reason. It is your responsibility not to lose, destroy, or damage iTunes Products once downloaded, and you may wish to back them up.

The delivery of iTunes Products does not transfer to you any commercial or promotional use rights in the iTunes Products. Any burning or exporting capabilities are solely an accommodation to you and shall not constitute a grant, waiver, or other limitation of any rights of the copyright owners in any content embodied in any iTunes Product.

You acknowledge that, because some aspects of the iTunes Service, iTunes Products, and administration of the Usage Rules entails the ongoing involvement of Apple, if Apple changes any part of or discontinues the iTunes Service, which Apple may do at its election, you may not be able to use iTunes Products to the same extent as prior to such change or discontinuation, and that Apple shall have no liability to you in such case.

PING

If you opt in to Ping, you can share information with people who have also opted in to Ping, such as your name, your image, and your interests. The name and image provided will also be associated with all reviews posted about an iTunes Product via your Account, including posts prior to opting in. People whom you have permitted to follow you will be able to see your activity on iTunes, such as events you are attending, music that you have indicated you like, and purchases made with your Account. Your activity on another user's profile, such as comments you make about their activity, is subject to that user's privacy settings and can be viewed by all of that user's followers. You are solely responsible for the information that is associated with your Account that is made available on Ping. Apple may also use information provided, as well as information iTunes sends to Apple about the content you select in your iTunes library in order to provide you with Ping personal recommendations, such as suggesting other users you may want to follow, concerts and related information, or other iTunes Products you may want to purchase. By opting in to Ping, you consent to the use of such information in the manner described above. At all times your information will be treated in accordance with Apple's Privacy Policy. You should not opt in to Ping, or should opt out of Ping in your Account settings if you don't want others to view any information provided using your Account, including activity on iTunes. When you opt out, your information will be removed from view, and then deleted after seven days. If you opt out of Ping, or hide the Ping Sidebar, iTunes will no longer send information associated with the content you select in your iTunes library for Ping. You will be able to remove items from your Recent Activity if you do not want them to be visible to other users. Please take extra care when using these features.

COMPLETE MY ALBUM ("CMA")

In some circumstances, you will have no more than 180 days from the time you acquire your first CMA-eligible song or video from a particular CMA-eligible album to accept that CMA offer, and upgrading previous purchases to iTunes Plus does not affect any such time limits.

SEASON PASS, MULTI-PASS, ITUNES PASS

The full price of the Season Pass, Multi-Pass, or iTunes Pass is charged upon purchase. You must connect to the iTunes Service and download any remaining Pass content within 90 days after the final Pass content becomes available (or such other time period as may be specified on the purchase page), after which that content may no longer be available for download as part of the purchase. If automatic renewal is selected when you purchase a Multi-Pass, you will be charged the full price of each subsequent Multi-Pass cycle, unless and until you cancel automatic renewal prior to the beginning of the subsequent Multi-Pass cycle (in the Manage Passes section of your Account information). If a network or studio delivers fewer TV episodes than planned when you purchased a Season Pass, we will credit to your Account the retail value of the corresponding number of episodes.

HIGH-DEFINITION (HD) ITUNES PRODUCTS

HD iTunes Products are viewable only on HD capable devices; however, HD iTunes Products purchased (not rented) include a standard-definition version for use on non-HD devices.

SUBMISSIONS TO THE ITUNES SERVICE

The iTunes Service may offer interactive features that allow you to submit materials (including links to third-party content) on areas of the iTunes Service accessible and viewable by the public. You agree that any use by you of such features, including any materials submitted by you, shall be your sole responsibility, shall not infringe or violate the rights of any other party or violate any laws, contribute to or encourage infringing or otherwise unlawful conduct, or otherwise be obscene, objectionable, or in poor taste. You also agree that you have obtained all necessary rights and licenses. You agree to provide accurate and complete information in connection with your submission of any materials on the iTunes Service. You hereby grant Apple a worldwide, royalty-free, nonexclusive license to use such materials as part of the iTunes Service, and in relation to iTunes Products, without any compensation or obligation to you. Apple reserves the right to not post or publish any materials, and to remove or edit any material, at any time in its sole discretion without notice or liability.

Apple has the right, but not the obligation, to monitor any materials submitted by you or otherwise available on the iTunes Service, to investigate any reported or apparent violation of this Agreement, and to take any action that Apple in its sole discretion deems appropriate, including, without limitation, termination hereunder or under Apple's Copyright Policy (http://www.apple.com/legal/copyright.html).

THIRD-PARTY MATERIALS

Certain content, iTunes Products, and services available via the iTunes Service may include materials from third parties. Apple may provide links to third-party websites as a convenience to you. You agree that Apple is not responsible for examining or evaluating the content or accuracy and Apple does not warrant and will not have any liability or responsibility for any third-party materials or websites, or for any other materials, products, or services of third parties. You agree that you will not use any third-party materials in a manner that would infringe or violate the rights of any other party and that Apple is not in any way responsible for any such use by you.

OBJECTIONABLE MATERIAL

You understand that by using the iTunes Service, you may encounter material that you may deem to be offensive, indecent, or objectionable, and that such content may or may not be identified as having explicit material. Nevertheless, you agree to use the iTunes Service at your sole risk and Apple shall have no liability to you for material that may be found to be offensive, indecent, or objectionable. iTunes Product types and descriptions are provided for convenience, and you agree that Apple does not guarantee their accuracy.

IMPORTANT SAFETY INFORMATION

To avoid muscle, joint, or eye strain during your use of the products offered through the iTunes Service, you should always take frequent breaks, and take a longer rest if you experience any soreness, fatigue, or discomfort. A very small percentage of people may experience seizures or blackouts when exposed to flashing lights or patterns, including but not limited to while playing video games or watching videos. Symptoms may include dizziness, nausea, involuntary movements, loss of awareness, altered vision, tingling, numbness, or other discomforts. Consult a doctor before using the products offered through the iTunes Service if you have ever suffered these or similar symptoms, and stop using such products immediately and see a doctor if they occur during your use of such products. Parents should monitor their children's use of the products offered through the iTunes Service for signs of symptoms.

INTELLECTUAL PROPERTY

You agree that the iTunes Service, including but not limited to iTunes Products, graphics, user interface, audio clips, video clips, editorial content, and the scripts and software used to implement the iTunes Service, contains proprietary information and material that is owned by Apple and/or its licensors, and is protected by applicable intellectual property and other laws, including but not limited to copyright. You agree that you will not use such proprietary information or materials in any way whatsoever except for use of the iTunes Service in compliance with this Agreement. No portion of the iTunes Service may be reproduced in any form or by any means, except as expressly permitted in these terms. You agree not to modify, rent, lease, loan, sell, distribute, or create derivative works based on the iTunes Service in any manner, and you shall not exploit the iTunes Service in any unauthorized way whatsoever, including, but not limited to, by trespass or burdening network capacity.

Notwithstanding any other provision of this Agreement, Apple and its licensors reserve the right to change, suspend, remove, or disable access to any iTunes Products, content, or other materials comprising a part of the iTunes Service at any time without notice. In no event will Apple be liable for making these changes. Apple may also impose limits on the use of or access to certain features or portions of the iTunes Service, in any case and without notice or liability.

All copyrights in and to the iTunes Service (including the compilation of content, postings, links to other Internet resources, and descriptions of those resources) and related software are owned by Apple and/or its licensors, who reserve all their rights in law and equity. THE USE OF THE SOFTWARE OR ANY PART OF THE ITUNES SERVICE, EXCEPT FOR USE OF THE ITUNES SERVICE AS PERMITTED IN THIS AGREEMENT, IS STRICTLY PROHIBITED AND INFRINGES ON THE INTELLECTUAL PROPERTY RIGHTS OF OTHERS AND MAY SUBJECT YOU TO CIVIL AND CRIMINAL PENALTIES, INCLUDING POSSIBLE MONETARY DAMAGES, FOR COPYRIGHT INFRINGEMENT.

Apple, the Apple logo, iTunes, and other Apple trademarks, service marks, graphics, and logos used in connection with the iTunes Service are trademarks or registered trademarks of Apple Inc. in the U.S. and/or other countries. Other trademarks, service marks, graphics, and logos used in connection with the iTunes Service may be the trademarks of their respective owners. You are granted no right or license with respect to any of the aforesaid trademarks and any use of such trademarks.

As an Account holder of the iTunes Service in good standing, you may be provided with limited access to download certain album cover art for music stored in the iTunes Library of your iTunes application. Such access is provided as an accommodation only, and Apple does not warrant, and will not have any liability or responsibility for, such album cover art or your use thereof. You may access album cover art only for music for which you are the lawful owner of a legal copy. Album cover art is provided for personal, noncommercial use only. You agree that you will not use album cover art in any manner that would infringe or violate this Agreement or the rights of any other party, and that Apple is not in any way responsible for any such use by you.

TERMINATION

If you fail, or Apple suspects that you have failed, to comply with any of the provisions of this Agreement, Apple, at its sole discretion, without notice to you may: (i) terminate this Agreement and/or your Account, and you will remain liable for all amounts due under your Account up to and including the date of termination; and/or (ii) terminate the license to the software; and/or (iii) preclude access to the iTunes Service (or any part thereof).

Apple reserves the right to modify, suspend, or discontinue the iTunes Service (or any part or content thereof) at any time with or without notice to you, and Apple will not be liable to you or to any third party should it exercise such rights.

DISCLAIMER OF WARRANTIES; LIABILITY LIMITATION

APPLE DOES NOT GUARANTEE, REPRESENT, OR WARRANT THAT YOUR USE OF THE ITUNES SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE, AND YOU AGREE THAT FROM TIME TO TIME APPLE MAY REMOVE THE ITUNES SERVICE FOR INDEFINITE PERIODS OF TIME, OR CANCEL THE ITUNES SERVICE AT ANY TIME, WITHOUT NOTICE TO YOU.

YOU EXPRESSLY AGREE THAT YOUR USE OF, OR INABILITY TO USE, THE ITUNES SERVICE IS AT YOUR SOLE RISK. THE ITUNES SERVICE AND ALL PRODUCTS AND SERVICES DELIVERED TO YOU THROUGH THE ITUNES SERVICE ARE (EXCEPT AS EXPRESSLY STATED BY APPLE) PROVIDED "AS IS" AND "AS AVAILABLE" FOR YOUR USE, WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NONINFRINGEMENT. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, THE ABOVE EXCLUSION OF IMPLIED WARRANTIES MAY NOT APPLY TO YOU.

IN NO CASE SHALL APPLE, ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, AGENTS, CONTRACTORS, OR LICENSORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL, OR CONSEQUENTIAL DAMAGES ARISING FROM YOUR USE OF ANY OF THE ITUNES SERVICE OR FOR ANY OTHER CLAIM RELATED IN ANY WAY TO YOUR

USE OF THE ITUNES SERVICE, INCLUDING, BUT NOT LIMITED TO, ANY ERRORS OR OMISSIONS IN ANY CONTENT, OR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT (OR PRODUCT) POSTED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE ITUNES SERVICE, EVEN IF ADVISED OF THEIR POSSIBILITY. BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR THE LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, APPLE'S LIABILITY SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW.

APPLE SHALL USE REASONABLE EFFORTS TO PROTECT INFORMATION SUBMITTED BY YOU IN CONNECTION WITH THE ITUNES SERVICE, BUT YOU AGREE THAT YOUR SUBMISSION OF SUCH INFORMATION IS AT YOUR SOLE RISK, AND APPLE HEREBY DISCLAIMS ANY AND ALL LIABILITY TO YOU FOR ANY LOSS OR LIABILITY RELATING TO SUCH INFORMATION IN ANY WAY.

APPLE DOES NOT REPRESENT OR GUARANTEE THAT THE ITUNES SERVICE WILL BE FREE FROM LOSS, CORRUPTION, ATTACK, VIRUSES, INTERFERENCE, HACKING, OR OTHER SECURITY INTRUSION, AND APPLE DISCLAIMS ANY LIABILITY RELATING THERETO. SOME PRODUCTS CAN BE DOWNLOADED ONLY ONCE; AFTER BEING DOWNLOADED, THEY CANNOT BE REPLACED IF LOST FOR ANY REASON. YOU SHALL BE RESPONSIBLE FOR BACKING UP YOUR OWN SYSTEM, INCLUDING ANY ITUNES PRODUCTS PURCHASED OR RENTED FROM THE ITUNES STORE.

WAIVER AND INDEMNITY

BY USING THE ITUNES SERVICE, YOU AGREE, TO THE EXTENT PERMITTED BY LAW, TO INDEMNIFY AND HOLD APPLE, ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, AGENTS, CONTRACTORS, AND LICENSORS HARMLESS WITH RESPECT TO ANY CLAIMS ARISING OUT OF YOUR BREACH OF THIS AGREEMENT, YOUR USE OF THE ITUNES SERVICE, OR ANY ACTION TAKEN BY APPLE AS PART OF ITS INVESTIGATION OF A SUSPECTED VIOLATION OF THIS AGREEMENT OR AS A RESULT OF ITS FINDING OR DECISION THAT A VIOLATION OF THIS AGREEMENT HAS OCCURRED. THIS MEANS THAT YOU CANNOT SUE OR RECOVER ANY DAMAGES FROM APPLE, ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, AGENTS, CONTRACTORS, AND LICENSORS AS A RESULT OF ITS DECISION TO REMOVE OR REFUSE TO PROCESS ANY INFORMATION OR CONTENT, TO WARN YOU, TO SUSPEND OR TERMINATE YOUR ACCESS TO THE ITUNES SERVICE, OR TO TAKE ANY OTHER ACTION DURING THE INVESTIGATION OF A SUSPECTED VIOLATION OR AS A RESULT OF APPLE'S CONCLUSION THAT A VIOLATION OF THIS AGREEMENT HAS OCCURRED. THIS WAIVER AND INDEMNITY PROVISION APPLIES TO ALL VIOLATIONS DESCRIBED IN OR CONTEMPLATED BY THIS AGREEMENT.

CHANGES

Apple reserves the right at any time to modify this Agreement and to impose new or additional terms or conditions on your use of the iTunes Service. Such modifications and additional terms and conditions will be effective immediately and incorporated into this Agreement. Your continued use of the iTunes Service will be deemed acceptance thereof.

MISCELLANEOUS

This Agreement constitutes the entire agreement between you and Apple and governs your use of the iTunes Service, superseding any prior agreements between you and Apple. You also may be subject to additional terms and conditions that may apply when you use affiliate services, third-party content, or third-party software. If any part of this Agreement is held invalid or unenforceable, that portion shall be construed in a manner consistent with applicable law to reflect, as nearly as possible, the original intentions of the parties, and the remaining portions shall remain in full force and effect. Apple's failure to enforce any right or provisions in this Agreement will not constitute a waiver of such or any other provision. Apple will not be responsible for failures to fulfill any obligations due to causes beyond its control.

The iTunes Service is operated by Apple from its offices in the United States. You agree to comply with all local, state, federal, and national laws, statutes, ordinances, and regulations that apply to your use of the iTunes Service. All transactions on the iTunes Service are governed by California law, without giving effect to its conflict of law provisions. Your use of the iTunes Service may also be subject to other laws. You expressly agree that exclusive jurisdiction for any claim or dispute with Apple or relating in any way to your use of the iTunes Service resides in the courts in the State of California. Risk of loss and title for all electronically delivered transactions pass to the purchaser in California upon electronic transmission to the recipient. No Apple employee or agent has the authority to vary this Agreement.

Apple may notify you with respect to the iTunes Service by sending an email message to your Account email address or a letter via postal mail to your Account mailing address, or by a posting on the iTunes Service. Notices shall become effective immediately.

Apple reserves the right to take steps Apple believes are reasonably necessary or appropriate to enforce and/or verify compliance with any part of this Agreement. You agree that Apple has the right, without liability to you, to disclose any Registration Data and/or Account information to law enforcement authorities, government officials, and/or a third party, as Apple believes is reasonably necessary or appropriate to enforce and/or verify compliance with any

part of this Agreement (including but not limited to Apple's right to cooperate with any legal process relating to your use of the iTunes Service and/or iTunes Products, and/or a third-party claim that your use of the iTunes Service and/or iTunes Products is unlawful and/or infringes such third party's rights).

C. MAC APP STORE, APP STORE AND IBOOKSTORE TERMS AND CONDITIONS

THIS LEGAL AGREEMENT BETWEEN YOU AND APPLE INC. ("APPLE") GOVERNS YOUR USE OF THE MAC APP STORE, APP STORE AND IBOOKSTORE SERVICES (THE "APP AND BOOK SERVICES").

THE MAC APP STORE, APP STORE AND IBOOKSTORE SERVICES

Apple is the provider of the App and Book Services that permit you to license software products and digital content (the "App and Book Products") for end user use only under the terms and conditions set forth in this Agreement.

REQUIREMENTS FOR USE OF THE APP AND BOOK SERVICES

These App and Book Services are available for individuals aged 13 years or older. If you are 13 or older but under the age of 18, you should review this Agreement with your parent or guardian to make sure that you and your parent or guardian understand it.

The App and Book Services are available to you only in the United States, its territories, and possessions. You agree not to use or attempt to use the App and Book Services from outside these locations. Apple may use technologies to verify your compliance.

Use of the App and Book Services requires compatible devices, Internet access, and certain software (fees may apply); may require periodic updates; and may be affected by the performance of these factors. High-speed Internet access is strongly recommended. The latest version of required software (including, but not limited to iTunes and/or Mac App Store software) is recommended to access the App and Book Services and may be required for certain transactions or features and to download App and Book Products previously purchased from the App and Book Services. You agree that meeting these requirements, which may change from time to time, is your responsibility. The App and Book Services are not part of any other product or offering, and no purchase or obtaining of any other product shall be construed to represent or guarantee you access to the App and Book Services.

YOUR ACCOUNT

As a registered user of the App and Book Services, you may establish an account ("Account"). Don't reveal your Account information to anyone else. You are solely responsible for maintaining the confidentiality and security of your Account, and for all activities that occur on or through your Account, and you agree to immediately notify Apple of any security breach of your Account. Apple shall not be responsible for any losses arising out of the unauthorized use of your Account.

In order to purchase and download App and Book Products from the App and Book Services, you must enter your Apple ID and password to authenticate your Account. Once you have authenticated your Account, you will not need to authenticate again for fifteen minutes. During this time, you will be able to purchase and download App and Book Products without re-entering your password. You can turn off the ability to make App and Book Product purchases by adjusting the settings on your computer or iOS Device. For more information, please see http://support.apple.com/kb/HT1904 or http://support.apple.com/kb/HT4213.

You agree to provide accurate and complete information when you register with, and as you use, the App and Book Services ("App and Book Registration Data"), and you agree to update your App and Book Registration Data to keep it accurate and complete. You agree that Apple may store and use the App and Book Registration Data you provide for use in maintaining and billing fees to your Account.

AUTOMATIC DELIVERY AND DOWNLOADING PREVIOUS PURCHASES BETA

When you first acquire App Store Products, as defined below, (excluding products acquired from the Mac App Store) or iBookstore Products, as defined below, through the App and Book Services (collectively, "Eligible Content"), you may elect to automatically receive ("auto-download") copies of such Eligible Content on additional compatible iOS Devices and iTunes-authorizedcomputers with compatible software by associating such iOS Devices and computers subject to the association rules below (each, an "Associated Device"). For each Associated Device, you may specify which type of Eligible Content, if any, may be auto-downloaded to it. On an Associated Device that is capable of receiving push notifications ("Push-Enabled"), including iOS Devices, the Eligible Content will auto-download to that Associated Device when it has an Internet connection; on an Associated Device that is not Push-Enabled, including those running on the Windows operating system, Eligible Content will automatically appear in the download queue and you may manually initiate the download within iTunes.

As an accommodation to you, subsequent to acquiring Eligible Content, you may download certain of such previously-purchased Eligible Content onto any Associated Device. Some Eligible Content that you previously purchased may not be available for subsequent download at any given time, and Apple shall have no liability to you in such event. As you may not be able to subsequently download certain previously-purchased Eligible Content, once you download an item of Eligible Content, it is your responsibility not to lose, destroy, or damage it, and you may want to back it up.

Association of Associated Devices is subject to the following terms:

(i) You may auto-download Eligible Content or download previously-purchased Eligible Content from an Account on up to 10 Associated Devices, provided no more than 5 are iTunes-authorized computers.

(ii) An Associated Device can be associated with only one Account at any given time.

(iii) You may switch an Associated Device to a different Account only once every 90 days.

(iv) You may download previously-purchased free content onto an unlimited number of devices while it is free on the App and Book Services, but on no more than 5 iTunes-authorized computers.

The above terms (i) to (iv) do not apply to App Store Products.

Some pieces of Eligible Content may be large, and significant data charges may result from delivery of such Eligible Content over a data connection.

PRIVACY

The App and Book Services are subject to Apple's Privacy Policy at http://www.apple.com/privacy/.

USE OF APP AND BOOK PRODUCTS AND THE APP AND BOOK SERVICES

You agree that the App and Book Services and certain App and Book Products include security technology that limits your use of App and Book Products and that, whether or not App and Book Products are limited by security technology, you shall use App and Book Products in compliance with the applicable usage rules established by Apple and its principals ("Usage Rules"), and that any other use of the App and Book Products may constitute a copyright infringement. Any security technology is an inseparable part of the App and Book Products. Apple reserves the right to modify the Usage Rules at any time. You agree not to violate, circumvent, reverse-engineer, decompile, disassemble, or otherwise tamper with any of the security technology related to such Usage Rules for any reason—or to attempt or assist another person to do so. Usage Rules may be controlled and monitored by Apple for compliance purposes, and Apple reserves the right to enforce the Usage Rules without notice to you. You agree not to access the App and Book Services by any means other than through software that is provided by Apple for accessing the App and Book Services. You shall not access or attempt to access an Account that you are not authorized to access. You agree not to modify the software in any manner or form, or to use modified versions of the software, for any purposes including obtaining unauthorized access to the App and Book Services. Violations of system or network security may result in civil or criminal liability.

The delivery of App and Book Products does not transfer to you any promotional use rights in the App and Book Products.

You acknowledge that, because some aspects of the App and Book Services, App and Book Products, and administration of the Usage Rules entails the ongoing involvement of Apple, if Apple changes any part of or discontinues the App and Book Services, which Apple may do at its election, you may not be able to use App and Book Products to the same extent as prior to such change or discontinuation, and that Apple shall have no liability to you in such case.

SUBMISSIONS TO THE APP AND BOOK SERVICES

The App and Book Services may offer interactive features that allow you to submit materials (including links to third-party content) on areas of the App and Book Services accessible and viewable by other users of the App and Book Services and the public. You agree that any use by you of such features, including any materials submitted by you, shall be your sole responsibility, shall not infringe or violate the rights of any other party or violate any laws, contribute to or encourage infringing or otherwise unlawful conduct, or otherwise be obscene, objectionable, or in poor taste. You also agree that you have obtained all necessary rights and licenses. You agree to provide accurate and complete information in connection with your submission of any materials on the App and Book Services. You hereby grant Apple a worldwide, royalty-free, nonexclusive license to use such materials as part of the App and Book Services, and in relation to App and Book Products, without any compensation or obligation to you. Apple reserves the right to not post or publish any materials, and to remove or edit any material, at any time in its sole discretion without notice or liability. You may not submit reviews or ratings for App Store Products downloaded using a

promotional Content Code.

Apple has the right, but not the obligation, to monitor any materials submitted by you or otherwise available on the App and Book Services, to investigate any reported or apparent violation of this Agreement, and to take any action that Apple in its sole discretion deems appropriate, including, without limitation, termination hereunder or under Apple's Copyright Policy (http://www.apple.com/legal/copyright.html).

THIRD-PARTY MATERIALS

Certain content, App and Book Products, and services available via the App and Book Services may include materials from third parties. Apple may provide links to third-party websites as a convenience to you. You agree that Apple is not responsible for examining or evaluating the content or accuracy and Apple does not warrant and will not have any liability or responsibility for any third-party materials or websites, or for any other materials, products, or services of third parties. You agree that you will not use any third-party materials in a manner that would infringe or violate the rights of any other party and that Apple is not in any way responsible for any such use by you.

OBJECTIONABLE MATERIAL

You understand that by using the App and Book Services, you may encounter material that you may deem to be offensive, indecent, or objectionable, and that such content may or may not be identified as having explicit material. Nevertheless, you agree to use the App and Book Services at your sole risk and Apple shall have no liability to you for material that may be found to be offensive, indecent, or objectionable. App and Book Product types and descriptions are provided for convenience, and you agree that Apple does not guarantee their accuracy.

INTELLECTUAL PROPERTY

You agree that the App and Book Services, including but not limited to App and Book Products, graphics, user interface, audio clips, editorial content, and the scripts and software used to implement the App and Book Services, contain proprietary information and material that is owned by Apple and/or its principals, and is protected by applicable intellectual property and other laws, including but not limited to copyright. You agree that you will not use such proprietary information or materials in any way whatsoever except for use of the App and Book Services in compliance with this Agreement. No portion of the App and Book Services may be reproduced in any form or by any means, except as expressly permitted in these terms. You agree not to modify, rent, lease, loan, sell, distribute, or create derivative works based on the App and Book Services in any manner, and you shall not exploit the App and Book Services in any unauthorized way whatsoever, including, but not limited to, by trespass or burdening network capacity.

Notwithstanding any other provision of this Agreement, Apple and its principals reserve the right to change, suspend, remove, or disable access to any App and Book Products, content, or other materials comprising a part of the App and Book Services at any time without notice. In no event will Apple be liable for making these changes. Apple may also impose limits on the use of or access to certain features or portions of the App and Book Services, in any case and without notice or liability.

All copyrights in and to the App and Book Services (including the compilation of content, postings, links to other Internet resources, and descriptions of those resources) and related software are owned by Apple and/or its principals, who reserve all their rights in law and equity. THE USE OF THE SOFTWARE OR ANY PART OF THE APP AND BOOK SERVICES, EXCEPT FOR USE OF THE APP AND BOOK SERVICES AS PERMITTED IN THIS AGREEMENT, IS STRICTLY PROHIBITED AND INFRINGES ON THE INTELLECTUAL PROPERTY RIGHTS OF OTHERS AND MAY SUBJECT YOU TO CIVIL AND CRIMINAL PENALTIES, INCLUDING POSSIBLE MONETARY DAMAGES, FOR COPYRIGHT INFRINGEMENT.

Apple, the Apple logo, iTunes, App Store, and other Apple trademarks, service marks, graphics, and logos used in connection with the App and Book Services are trademarks or registered trademarks of Apple Inc. in the U.S. and/or other countries. Other trademarks, service marks, graphics, and logos used in connection with the App and Book Services may be the trademarks of their respective owners. You are granted no right or license with respect to any of the aforesaid trademarks and any use of such trademarks.

TERMINATION

If you fail, or Apple suspects that you have failed, to comply with any of the provisions of this Agreement, Apple, at its sole discretion, without notice to you may: (i) terminate this Agreement and/or your Account, and you will remain liable for all amounts due under your Account up to and including the date of termination; and/or (ii) terminate the license to the software; and/or (iii) preclude access to the App and Book Services (or any part thereof).

Apple reserves the right to modify, suspend, or discontinue the App and Book Services (or any part or content thereof) at any time with or without notice to you, and Apple will not be liable to you or to any third party should it exercise such rights.

DISCLAIMER OF WARRANTIES; LIABILITY LIMITATIONS

APPLE DOES NOT GUARANTEE, REPRESENT, OR WARRANT THAT YOUR USE OF THE APP AND BOOK SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, AND YOU AGREE THAT FROM TIME TO TIME APPLE MAY REMOVE THE APP AND BOOK SERVICES FOR INDEFINITE PERIODS OF TIME, OR CANCEL THE APP AND BOOK SERVICES AT ANY TIME, WITHOUT NOTICE TO YOU.

YOU EXPRESSLY AGREE THAT YOUR USE OF, OR INABILITY TO USE, THE APP AND BOOK SERVICES IS AT YOUR SOLE RISK. THE APP AND BOOK SERVICES AND ALL PRODUCTS AND APP AND BOOK SERVICES DELIVERED TO YOU THROUGH THE APP AND BOOK SERVICES ARE (EXCEPT AS EXPRESSLY STATED BY APPLE) PROVIDED "AS IS" AND "AS AVAILABLE" FOR YOUR USE, WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NONINFRINGEMENT. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, THE ABOVE EXCLUSION OF IMPLIED WARRANTIES MAY NOT APPLY TO YOU.

IN NO CASE SHALL APPLE, ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, AGENTS, CONTRACTORS, PRINCIPALS, OR LICENSORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL, OR CONSEQUENTIAL DAMAGES ARISING FROM YOUR USE OF ANY OF THE APP AND BOOK SERVICES OR FOR ANY OTHER CLAIM RELATED IN ANY WAY TO YOUR USE OF THE APP AND BOOK SERVICES, INCLUDING, BUT NOT LIMITED TO, ANY ERRORS OR OMISSIONS IN ANY CONTENT, OR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT (OR PRODUCT) POSTED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE APP AND BOOK SERVICES, EVEN IF ADVISED OF THEIR POSSIBILITY. BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR THE LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, APPLE'S LIABILITY SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW.

APPLE SHALL USE REASONABLE EFFORTS TO PROTECT INFORMATION SUBMITTED BY YOU IN CONNECTION WITH THE APP AND BOOK SERVICES, BUT YOU AGREE THAT YOUR SUBMISSION OF SUCH INFORMATION IS AT YOUR SOLE RISK, AND APPLE HEREBY DISCLAIMS ANY AND ALL LIABILITY TO YOU FOR ANY LOSS OR LIABILITY RELATING TO SUCH INFORMATION IN ANY WAY.

APPLE DOES NOT REPRESENT OR GUARANTEE THAT THE APP AND BOOK SERVICES WILL BE FREE FROM LOSS, CORRUPTION, ATTACK, VIRUSES, INTERFERENCE, HACKING, OR OTHER SECURITY INTRUSION, AND APPLE DISCLAIMS ANY LIABILITY RELATING THERETO. YOU SHALL BE RESPONSIBLE FOR BACKING UP YOUR OWN SYSTEM, INCLUDING ANY APP AND BOOK PRODUCTS PURCHASED FROM THE APP AND BOOK SERVICES.

WAIVER AND INDEMNITY

BY USING THE APP AND BOOK SERVICES, YOU AGREE, TO THE EXTENT PERMITTED BY LAW, TO INDEMNIFY AND HOLD APPLE, ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, AGENTS, CONTRACTORS, PRINCIPALS, AND LICENSORS HARMLESS WITH RESPECT TO ANY CLAIMS ARISING OUT OF YOUR BREACH OF THIS AGREEMENT, YOUR USE OF THE APP AND BOOK SERVICES, OR ANY ACTION TAKEN BY APPLE AS PART OF ITS INVESTIGATION OF A SUSPECTED VIOLATION OF THIS AGREEMENT OR AS A RESULT OF ITS FINDING OR DECISION THAT A VIOLATION OF THIS AGREEMENT HAS OCCURRED. THIS MEANS THAT YOU CANNOT SUE OR RECOVER ANY DAMAGES FROM APPLE, ITS DIRECTORS, OFFICERS, EMPLOYEES, AFFILIATES, AGENTS, CONTRACTORS, PRINCIPALS, AND LICENSORS AS A RESULT OF ITS DECISION TO REMOVE OR REFUSE TO PROCESS ANY INFORMATION OR CONTENT, TO WARN YOU, TO SUSPEND OR TERMINATE YOUR ACCESS TO THE APP AND BOOK SERVICES, OR TO TAKE ANY OTHER ACTION DURING THE INVESTIGATION OF A SUSPECTED VIOLATION OR AS A RESULT OF APPLE'S CONCLUSION THAT A VIOLATION OF THIS AGREEMENT HAS OCCURRED. THIS WAIVER AND INDEMNITY PROVISION APPLIES TO ALL VIOLATIONS DESCRIBED IN OR CONTEMPLATED BY THIS AGREEMENT.

CHANGES

Apple reserves the right at any time to modify this Agreement and to impose new or additional terms or conditions on your use of the App and Book Services. Such modifications and additional terms and conditions will be effective immediately and incorporated into this Agreement. Your continued use of the App and Book Services will be deemed acceptance thereof.

MISCELLANEOUS

This Agreement constitutes the entire agreement between you and Apple and governs your use of the App and Book Services, superseding any prior agreements between you and Apple. You also may be subject to additional terms and conditions that may apply when you use affiliate services, certain App and Book Products, third-party content, or third-party software. If any part of this Agreement is held invalid or unenforceable, that portion shall be construed in a manner consistent with applicable law to reflect, as nearly as possible, the original intentions of the parties, and the remaining portions shall remain in full force and effect. Apple's failure to enforce any right or provisions in this Agreement will not constitute a waiver of such or any other provision. Apple will not be responsible for failures to fulfill any obligations due to causes beyond its control.

The App and Book Services are operated by Apple from its offices in the United States. You agree to comply with all local, state, federal, and national laws, statutes, ordinances, and regulations that apply to your use of the App and Book Services. All transactions on the App and Book Services are governed by California law, without giving effect to its conflict of law provisions. Your use of the App and Book Services may also be subject to other laws. You expressly agree that exclusive jurisdiction for any claim or dispute with Apple or relating in any way to your use of the App And Book Services resides in the courts in the State of California. Risk of loss and title for all electronically delivered transactions pass to the purchaser in California upon electronic transmission to the recipient. No Apple employee or agent has the authority to vary this Agreement.

Apple may notify you with respect to the App and Book Services by sending an email message to your Account email address or a letter via postal mail to your Account mailing address, or by posting on the App and Book Services. Notices shall become effective immediately.

Apple reserves the right to take steps Apple believes are reasonably necessary or appropriate to enforce and/or verify compliance with any part of this Agreement. You agree that Apple has the right, without liability to you, to disclose any Registration Data and/or Account information to law enforcement authorities, government officials, and/or a third party, as Apple believes is reasonably necessary or appropriate to enforce and/or verify compliance with any part of this Agreement (including but not limited to Apple's right to cooperate with any legal process relating to your use of the App and Book Services and/or App and Book Products, and/or a third-party claim that your use of the App and Book Services and/or App and Book Products is unlawful and/or infringes such third party's rights).

ADDITIONAL MAC APP STORE AND APP STORE TERMS AND CONDITIONS

LICENSE OF MAC APP STORE AND APP STORE PRODUCTS

The software products made available through the Mac App Store and App Store (collectively, the "App Store Products") are licensed, not sold, to you. There are two (2) categories of App Store Products, as follows: (i) those App Store Products that have been developed, and are licensed to you, by Apple ( "Apple Products"); and (ii) those App Store Products that have been developed, and are licensed to you, by a third-party developer ( "Third-Party Products"). The category of a particular App Store Product (Apple Product or Third-Party Product) is identified on the Mac App Store application or App Store application.

Your license to each App Store Product is subject to the Licensed Application End User License Agreement set forth below, and you agree that such terms will apply unless the App Store Product is covered by a valid end user license agreement entered into between you and the licensor of that App Store Product (the "Application Provider"), in which case the Application Provider's end user license agreement will apply to that App Store Product. The Application Provider reserves all rights in and to the App Store Product not expressly granted to you.

You acknowledge that the license you purchase to each Apple Product that you obtain through the App Store Services, as defined below, is a binding agreement between you and Apple. You acknowledge that: you are purchasing the license to each Third-Party Product from the Application Provider; Apple is acting as agent for the Application Provider in providing each such Third-Party Product to you; and Apple is not a party to the license between you and the Application Provider with respect to that Third-Party Product. The Application Provider of each Third-Party Product is solely responsible for that Third-Party Product, the content therein, any warranties to the extent that such warranties have not been disclaimed, and any claims that you or any other party may have relating to that Third-Party Product.

You acknowledge and agree that Apple and its subsidiaries are third-party beneficiaries of the Licensed Application End User License Agreement or the Application Provider's end user license agreement, as the case may be, for each Third-Party Product. You also agree that, upon your acceptance of the terms and conditions of the license to any such Third-Party Product, Apple will have the right (and will be deemed to have accepted the right) to enforce such license against you as a third-party beneficiary thereof.

IN-APP PURCHASES

Certain App Store Products may include functionality that enables you to purchase additional services, or licenses to additional functionality or content for use within the App Store Product ("In App Purchases"). In App Purchases that are consumed during the use of the App Store Product (for example, virtual ammunition) cannot be transferred among devices; can be downloaded only once; and after being downloaded, cannot be replaced. Once a consumable In App Purchase is purchased and received by you, Apple shall be without liability to you in the event of any loss, destruction, or damage. All In App Purchases are deemed App Store Products, and In App Purchases made within Third-Party Products are deemed Third-Party Products, and treated as such, for purposes of these terms and conditions.

In-App Purchases must be authenticated separately from authentication to purchase and download App Store Products by entering your password when prompted, but once you have authenticated In-App Purchases, you will be

able to make additional In-App Purchases for fifteen minutes without re-entering your password. You can turn off the ability to make In-App Purchases on your iOS Device by following the steps outlined at http://support.apple.com/kb/HT4213.

IN-APP SUBSCRIPTIONS

Certain App Store Products may include functionality that enables you to purchase content on a subscription basis ("Paid Subscriptions"). Paid Subscriptions are non-refundable. Paid Subscriptions will automatically renew for the applicable time period you have selected, and your Account will be charged no more than 24-hours prior to the expiration of the current Paid Subscription. You may cancel automatic renewal by selecting Manage App Subscriptions in your Account and selecting the subscription you want to modify. The auto-renew feature of the subscription will be turned off if the Application Provider increases the price of the subscription. Certain Paid Subscriptions may offer a free trial prior to purchase. If you decide to purchase a Paid Subscription prior to the end of the free trial period, your Paid Subscription will start immediately. You should also review additional information about the Paid Subscription offer at the point of sale within the App Store Product. We may ask for your permission to provide the name, email address and zip code listed in your Account to the Application Provider so that the Application Provider can send you marketing messages about its own products in accordance with its publicly posted privacy policy. Once the Application Provider has this information, it will be treated in accordance with the Application Provider's privacy policy. We encourage you to learn about the privacy practices of the Application Provider before agreeing to give it your personal information. For more information, please review the Application Provider's privacy policy or contact the Application Provider directly.

GENIUS FOR APPS

When you opt in to the Genius for Apps feature, Apple will, from time to time, automatically collect information related to certain of your App Store Products, such as your time spent with each App Store Product and the number of times each App Store Product is launched. This information will be stored anonymously and will not be associated with your name or Account. When you use the Genius for Apps feature, Apple will use this information, as well as other information, such as your App Store Product download history, to give personalized recommendations to you.

Apple may use this information and combine it with aggregated information from other users who opt in to this feature, your iTunes Store purchase history data, your App Store download data, aggregated App Store Product download data from other users, and other information like customer ratings of App Store Products, to:

· Provide you with recommendations regarding App Store Products, media, and other products and services that you may wish to purchase, download, or use.

· Provide recommendations to other users.

At all times your information will be treated in accordance with Apple's Privacy Policy.

Once you opt in to the Genius for Apps feature on a Genius-capable system, you will be able to create Genius recommendations on that system.

If you prefer that we do not collect and use information from your device or system in this manner, you should not enable the Genius feature. You can opt out at any time by turning off the Genius feature from the App Store Account page on your device and/or system. If you have elected to share Genius for Apps information from multiple devices and/or systems, you need to turn off the Genius feature from each device and system to opt out.

MAC APP STORE PRODUCT USAGE RULES

Except as otherwise set forth herein,

(i) You may download and use an application from the Mac App Store ("Mac App Store Product") for personal, non-commercial use on any Apple-branded products running Mac OS X ("Mac Computer") that you own or control.

(ii) If you are a commercial enterprise or educational institution, you may download a Mac App Store Product for use by either (a) a single individual on each of the Mac Computer(s) used by that individual that you own or control or (b) multiple individuals on a single shared Mac Computer that you own or control. For example, a single employee may use a Mac App Store Product on both the employee's desktop Mac Computer and laptop Mac Computer, or multiple students may serially use a Mac App Store Product on a single Mac Computer located at a resource center or library. For the sake of clarity, each Mac Computer used serially by multiple users requires a separate license.

(iii) Use may require sign-in with the Apple ID used to download the Mac App Store Product from the Mac App Store. Mac App Store Products can be updated through the Mac App Store only.

APP STORE PRODUCT USAGE RULES

(i) You may download and sync an App Store Product for personal, noncommercial use on any iOS Device you own or control.

(ii) If you are a commercial enterprise or educational institution, you may download and sync an App Store Product for use by either (a) a single individual on one or more iOS Devices used by that individual that you own or control or (b) multiple individuals, on a single shared iOS Device you own or control. For example, a single employee may use an App Store Product on both the employee's iPhone and iPad, or multiple students may serially use an App Store Product on a single iPad located at a resource center or library. For the sake of clarity, each iOS Device used serially by multiple users requires a separate license.

(iii) You shall be able to store App Store Products from up to five different Accounts at a time on a compatible iOS Device.

(iv) You shall be able to manually sync App Store Products from at least one iTunes-authorized device to iOS Devices that have manual sync mode, provided that the App Store Product is associated with an Account on the primary iTunes-authorized device, where the primary iTunes-authorized device is the one that was first synced with the iOS Device or the one that you subsequently designate as primary using the iTunes application.

IMPORTANT SAFETY INFORMATION

To avoid muscle, joint, or eye strain during video game play, you should always take frequent breaks from playing, and take a longer rest if you experience any soreness, fatigue, or discomfort. A very small percentage of people may experience seizures or blackouts when exposed to flashing lights or patterns, including while playing video games or watching videos. Symptoms may include dizziness, nausea, involuntary movements, loss of awareness, altered vision, tingling, numbness, or other discomforts. Consult a doctor before playing video games if you have ever suffered these or similar symptoms, and stop playing immediately and see a doctor if they occur during game play. Parents should monitor their children's video game play for signs of symptoms.

IPOD GAMES

Updates to your existing compatible iPod device's firmware may render your purchased version of an iPod Game incompatible. Games purchased from the iTunes Store may not be compatible with future generations of the iPod.

MAC APP STORE AND APP STORE PRODUCT MAINTENANCE AND SUPPORT

Apple will be responsible for providing any maintenance and support services with respect to the Apple Products only, as specified in the Licensed Application End User License Agreement or the separate end user license agreement, as the case may be, or as required under applicable law. The Application Provider of any Third-Party Product will be solely responsible for providing maintenance and support services with respect to that Product, as specified in the Licensed Application End User License Agreement or the Application Provider end user license agreement, as the case may be, or as required under applicable law.

LICENSED APPLICATION END USER LICENSE AGREEMENT

The Mac App Store Products and App Store Products (collectively, "App Store Product(s)") made available through the Mac App Store Service and App Store Service (collectively, "App Store Service(s)") are licensed, not sold, to you. Your license to each App Store Product that you obtain through the App Store Services is subject to your prior acceptance of this Licensed Application End User License Agreement ("Standard EULA"), and you agree that the terms of this Standard EULA will apply to each App Store Product that you license through the App Store Service, unless that App Store Product is covered by a valid end user license agreement between you and the Application Provider of that App Store Product, in which case the terms of that separate end user license agreement will govern. Your license to any Apple Product under this Standard EULA or separate end user license agreement is granted by Apple, and your license to any Third-Party Product under this Standard EULA or separate end user license agreement is granted by the Application Provider of that Third-Party Product. Any App Store Product that is subject to the license granted under this Standard EULA is referred to herein as the "Licensed Application". The Application Provider or Apple as applicable ("Licensor") reserves all rights in and to the Licensed Application not expressly granted to you under this Standard EULA.

a. Scope of License: This license granted to you for the Licensed Application by Licensor is limited to a nontransferable license to use the Licensed Application on any Apple-branded products running iOS (including but not limited to iPad, iPhone, and iPod touch) ("iOS Devices") or Mac OS X ("Mac Computers"), as applicable (collectively, "Apple Device(s)") that you own or control and as permitted by the Usage Rules set forth in the Mac App Store, App Store and iBookstore Terms and Conditions (the "Usage Rules"). This license does not allow you to use the Licensed Application on any Apple Device that you do not own or control, and except as provided in the Usage Rules, you may not distribute or make the Licensed Application available over a network where it could be used by multiple devices at the same time. You may not rent, lease, lend, sell, transfer redistribute, or sublicense the Licensed Application

and, if you sell your Mac Computer or iOS Device to a third party, you must remove the Licensed Application from the Mac Computer or iOS Device before doing so. You may not copy (except as expressly permitted by this license and the Usage Rules), decompile, reverse-engineer, disassemble, attempt to derive the source code of, modify, or create derivative works of the Licensed Application, any updates, or any part thereof (except as and only to the extent that any foregoing restriction is prohibited by applicable law or to the extent as may be permitted by the licensing terms governing use of any open-sourced components included with the Licensed Application). Any attempt to do so is a violation of the rights of the Licensor and its licensors. If you breach this restriction, you may be subject to prosecution and damages.

The terms of this license will govern any upgrades provided by Licensor that replace and/or supplement the original Licensed Application, unless such upgrade is accompanied by a separate license in which case the terms of that license will govern.

b. Consent to Use of Data: You agree that Licensor may collect and use technical data and related information—including but not limited to technical information about your device, system and application software, and peripherals—that is gathered periodically to facilitate the provision of software updates, product support, and other services to you (if any) related to the Licensed Application. Licensor may use this information, as long as it is in a form that does not personally identify you, to improve its products or to provide services or technologies to you.

c. Termination. The license is effective until terminated by you or Licensor. Your rights under this license will terminate automatically without notice from the Licensor if you fail to comply with any term(s) of this license. Upon termination of the license, you shall cease all use of the Licensed Application and destroy all copies, full or partial, of the Licensed Application.

d. External Services; Third-Party Materials. The Licensed Application may enable access to Licensor's and/or third-party services and websites (collectively and individually, "External Services"). Use of the External Services requires Internet access and use of certain External Services requires you to accept additional terms. By using this software in connection with an iTunes Store account, you agree to the latest iTunes Store Terms and Conditions and Usage Rules, which you may access and review at  http://www.apple.com/legal/itunes/ww/.

You understand that by using any of the External Services, you may encounter content that may be deemed offensive, indecent, or objectionable, which content may or may not be identified as having explicit language, and that the results of any search or entering of a particular URL may automatically and unintentionally generate links or references to objectionable material. Nevertheless, you agree to use the External Services at your sole risk and that neither the Licensor nor its agents shall have any liability to you for content that may be found to be offensive, indecent, or objectionable.

Certain External Services may display, include or make available content, data, information, applications or materials from third parties ("Third Party Materials") or provide links to certain third party web sites. By using the External Services, you acknowledge and agree that neither the Licensor nor its agents is responsible for examining or evaluating the content, accuracy, completeness, timeliness, validity, copyright compliance, legality, decency, quality or any other aspect of such Third Party Materials or web sites. Neither the Licensor nor its agents warrant or endorse and does not assume and will not have any liability or responsibility to you or any other person for any third-party services, Third Party Materials or web sites, or for any other materials, products, or services of third parties. Third Party Materials and links to other web sites are provided solely as a convenience to you.

Financial information displayed by any External Services is for general informational purposes only and should not be relied upon as investment advice. Before executing any securities transaction based upon information obtained through the External Services, you should consult with a financial or securities professional who is legally qualified to give financial or securities advice in your country or region. Location data provided by any External Services is for basic navigational purposes only and is not intended to be relied upon in situations where precise location information is needed or where erroneous, inaccurate, time-delayed or incomplete location data may lead to death, personal injury, property or environmental damage. Neither the Licensor, nor its agents, nor any of its content providers guarantees the availability, accuracy, completeness, reliability, or timeliness of stock information, location data or any other data displayed by any External Services.

You agree that the External Services contain proprietary content, information and material that is owned by Licensor and/or its agents or licensors, and is protected by applicable intellectual property and other laws, including but not limited to copyright, and that you will not use such proprietary content, information or materials in any way whatsoever except for permitted use of the External Services or in any manner that is inconsistent with the terms of this Standard EULA or that infringes any intellectual property rights of a third party or Apple. No portion of the External Services may be reproduced in any form or by any means. You agree not to modify, rent, lease, loan, sell, distribute, or create derivative works based on the External Services, in any manner, and you shall not exploit the External Services in any unauthorized way whatsoever, including but not limited to, using the External Services to transmit any computer viruses, worms, trojan horses or other malware, or by trespass or burdening network capacity. You further agree not to use the External Services in any manner to harass, abuse, stalk, threaten, defame or otherwise infringe or violate the rights of any other party, and that neither Licensor nor its agents is in any way

responsible for any such use by you, nor for any harassing, threatening, defamatory, offensive, infringing or illegal messages or transmissions that you may receive as a result of using any of the External Services.

In addition, External Services and Third Party Materials that may be accessed from, displayed on or linked to from the Apple Devices are not available in all languages or in all countries or regions. Licensor makes no representation that such External Services and Materials are appropriate or available for use in any particular location. To the extent you choose to use or access such External Services and Materials, you do so at your own initiative and are responsible for compliance with any applicable laws, including but not limited to applicable local laws. Licensor reserves the right to change, suspend, remove, or disable access to any External Services at any time without notice. In no event will Licensor be liable for the removal of or disabling of access to any such External Services. Licensor may also impose limits on the use of or access to certain External Services, in any case and without notice or liability.

e. NO WARRANTY: YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT USE OF THE LICENSED APPLICATION IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY, AND EFFORT IS WITH YOU. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE LICENSED APPLICATION AND ANY SERVICES PERFORMED OR PROVIDED BY THE LICENSED APPLICATION ARE PROVIDED "AS IS" AND "AS AVAILABLE", WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND, AND LICENSOR HEREBY DISCLAIMS ALL WARRANTIES AND CONDITIONS WITH RESPECT TO THE LICENSED APPLICATION AND ANY SERVICES, EITHER EXPRESS, IMPLIED, OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES AND/OR CONDITIONS OF MERCHANTABILITY, OF SATISFACTORY QUALITY, OF FITNESS FOR A PARTICULAR PURPOSE, OF ACCURACY, OF QUIET ENJOYMENT, AND OF NONINFRINGEMENT OF THIRD-PARTY RIGHTS. LICENSOR DOES NOT WARRANT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE LICENSED APPLICATION, THAT THE FUNCTIONS CONTAINED IN OR SERVICES PERFORMED OR PROVIDED BY THE LICENSED APPLICATION WILL MEET YOUR REQUIREMENTS, THAT THE OPERATION OF THE LICENSED APPLICATION OR SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT DEFECTS IN THE LICENSED APPLICATION OR SERVICES WILL BE CORRECTED. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY LICENSOR OR ITS AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY. SHOULD THE LICENSED APPLICATION OR SERVICES PROVE DEFECTIVE, YOU ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR LIMITATIONS ON APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO THE ABOVE EXCLUSION AND LIMITATIONS MAY NOT APPLY TO YOU.

f. Limitation of Liability. TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT SHALL LICENSOR BE LIABLE FOR PERSONAL INJURY OR ANY INCIDENTAL, SPECIAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, LOSS OF DATA, BUSINESS INTERRUPTION, OR ANY OTHER COMMERCIAL DAMAGES OR LOSSES, ARISING OUT OF OR RELATED TO YOUR USE OR INABILITY TO USE THE LICENSED APPLICATION, HOWEVER CAUSED, REGARDLESS OF THE THEORY OF LIABILITY (CONTRACT, TORT, OR OTHERWISE) AND EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OF LIABILITY FOR PERSONAL INJURY, OR OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THIS LIMITATION MAY NOT APPLY TO YOU. In no event shall Licensor's total liability to you for all damages (other than as may be required by applicable law in cases involving personal injury) exceed the amount of fifty dollars ($50.00). The foregoing limitations will apply even if the above stated remedy fails of its essential purpose.

g. You may not use or otherwise export or re-export the Licensed Application except as authorized by United States law and the laws of the jurisdiction in which the Licensed Application was obtained. In particular, but without limitation, the Licensed Application may not be exported or re-exported (a) into any U.S.-embargoed countries or (b) to anyone on the U.S. Treasury Department's Specially Designated Nationals List or the U.S. Department of Commerce Denied Persons List or Entity List. By using the Licensed Application, you represent and warrant that you are not located in any such country or on any such list. You also agree that you will not use these products for any purposes prohibited by United States law, including, without limitation, the development, design, manufacture, or production of nuclear, missile, or chemical or biological weapons.

h. The Licensed Application and related documentation are "Commercial Items", as that term is defined at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation", as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202, as applicable. Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4, as applicable, the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. Government end users (a) only as Commercial Items and (b) with only those rights as are granted to all other end users pursuant to the terms and conditions herein. Unpublished-rights reserved under the copyright laws of the United States.

i. The laws of the State of California, excluding its conflicts of law rules, govern this license and your use of the Licensed Application. Your use of the Licensed Application may also be subject to other local, state, national, or international laws.

ADDITIONAL IBOOKSTORE TERMS AND CONDITIONS

PURCHASE OF IBOOKSTORE PRODUCTS

You acknowledge that you are purchasing the content made available through the iBookstore Service (the "iBookstore Products") from the third-party provider of that iBookstore Product (the "Publisher"); Apple is acting as agent for the Publisher in providing each such iBookstore Product to you; Apple is not a party to the transaction between you and the Publisher with respect to that iBookstore Product; and the Publisher of each iBookstore Product reserves the right to enforce the terms of use relating to that iBookstore Product. The Publisher of each iBookstore Product is solely responsible for that iBookstore Product, the content therein, any warranties to the extent that such warranties have not been disclaimed, and any claims that you or any other party may have relating to that iBookstore Product or your use of that iBookstore Product.

YOU ACKNOWLEDGE THAT ANY IBOOKSTORE PRODUCT PURCHASED ON A COMPUTER WILL NOT BE VIEWABLE ON ANY COMPUTER, AND WILL BE VIEWABLE ONLY ON AN IOS DEVICE WITH COMPATIBLE SOFTWARE.

IBOOKSTORE PRODUCT USAGE RULES

(i) You shall be authorized to use the iBookstore Products only for personal, noncommercial use.

(ii) You shall be able to store iBookstore Products from up to five different Accounts at a time on certain iOS-based devices, such as an iPad, iPod touch, or iPhone.

(iii) You shall be able to store iBookstore Products on five iTunes-authorized devices at any time.

(iv) The delivery of iBookstore Products does not transfer to you any promotional use rights in the iBookstore Products or any rights to burn the iBookstore Products to disc.

(v) You shall be able to manually sync iBookstore Products from at least one iTunes-authorized device to devices that have manual sync mode, provided that the iBookstore Product is associated with an Account on the primary iTunes-authorized device, where the primary iTunes-authorized device is the one that was first synced with the device or the one that you subsequently designate as primary using iTunes.

Last Updated: June 6, 2011

D. PRIVACY POLICY

Your privacy is important to Apple. So we've developed a Privacy Policy that covers how we collect, use, disclose, transfer, and store your information. Please take a moment to familiarize yourself with our privacy practices and let us know if you have any questions.

Collection and Use of Personal Information

Personal information is data that can be used to uniquely identify or contact a single person.

You may be asked to provide your personal information anytime you are in contact with Apple or an Apple affiliated company. Apple and its affiliates may share this personal information with each other and use it consistent with this Privacy Policy. They may also combine it with other information to provide and improve our products, services, content, and advertising.

Here are some examples of the types of personal information Apple may collect and how we may use it.

What personal information we collect

■ When you create an Apple ID, register your products, apply for commercial credit, purchase a product, download a software update, register for a class at an Apple Retail Store, or participate in an online survey, we may collect a variety of information, including your name, mailing address, phone number, email address, contact preferences, and credit card information.

■ When you share your content with family and friends using Apple products, send gift certificates and products, or invite others to join you on Apple forums, Apple may collect the information you provide about those people such as name, mailing address, email address, and phone number.

■ In the U.S., we may ask for your Social Security number (SSN) but only in limited circumstances such as when setting up a wireless account and activating your iPhone or when determining whether to extend commercial credit.

How we use your personal information

■ The personal information we collect allows us to keep you posted on Apple's latest product announcements, software updates, and upcoming events. It also helps us to improve our services, content, and advertising. If you don't want to be on our mailing list, you can opt out anytime by updating your preferences.

■ We also use personal information to help us develop, deliver, and improve our products, services, content, and advertising.

■ From time to time, we may use your personal information to send important notices, such as communications about purchases and changes to our terms, conditions, and policies. Because this information is important to your interaction with Apple, you may not opt out of receiving these communications.

■ We may also use personal information for internal purposes such as auditing, data analysis, and research to improve Apple's products, services, and customer communications.

■ If you enter into a sweepstake, contest, or similar promotion we may use the information you provide to administer those programs.

Collection and Use of Non-Personal Information

We also collect non-personal information – data in a form that does not permit direct association with any specific individual. We may collect, use, transfer, and disclose non-personal information for any purpose. The following are some examples of non-personal information that we collect and how we may use it:

■ We may collect information such as occupation, language, zip code, area code, unique device identifier, location, and the time zone where an Apple product is used so that we can better understand customer behavior and improve our products, services, and advertising.

■ We also may collect information regarding customer activities on our website, MobileMe service, and iTunes Store and from our other products and services. This information is aggregated and used to help us provide more useful information to our customers and to understand which parts of our website, products, and services are of most interest. Aggregated data is considered non-personal information for the purposes of this Privacy Policy.

If we do combine non-personal information with personal information the combined information will be treated as personal information for as long as it remains combined.

Cookies and Other Technologies

Apple's website, online services, interactive applications, email messages, and advertisements may use "cookies" and other technologies such as pixel tags and web beacons. These technologies help us better understand user behavior, tell us which parts of our website people have visited, and facilitate and measure the effectiveness of advertisements and web searches. We treat information collected by cookies and other technologies as non-personal information. However, to the extent that Internet Protocol (IP) addresses or similar identifiers are considered personal information by local law, we also treat these identifiers as personal information. Similarly, to the extent that non-personal information is combined with personal information, we treat the combined information as personal information for the purposes of this Privacy Policy.

Apple and its partners use cookies and other technologies in mobile advertising services to control the number of times you see a given ad, deliver ads that relate to your interests, and measure the effectiveness of ad campaigns. If you do not want to receive ads with this level of relevance on your mobile device, you can opt out by accessing the following link on your device: http://oo.apple.com. If you opt out, you will continue to receive the same number of mobile ads, but they may be less relevant because they will not be based on your interests. You may still see ads related to the content on a web page or in an application or based on other non-personal information. This opt-out applies only to Apple advertising services and does not affect interest-based advertising from other advertising networks.

Apple and our partners also use cookies and other technologies to remember personal information when you use our website, online services, and applications. Our goal in these cases is to make your experience with Apple more convenient and personal. For example, knowing your first name lets us welcome you the next time you visit the Apple Online Store. Knowing your country and language – and if you are an educator, your school – helps us provide a customized and more useful shopping experience. Knowing someone using your computer or device has shopped for a certain product or used a particular service helps us make our advertising and email communications more relevant to your interests. And knowing your contact information, product serial numbers, and information about your computer or device helps us register your products, personalize your operating system, set up your MobileMe service, and provide you with better customer service.

If you want to disable cookies and you're using the Safari web browser, go to Safari preferences and then to the Security pane to disable cookies. On your Apple mobile device, go to Settings, then Safari, and then to the Cookies section. For other browsers, check with your provider to find out how to disable cookies. Please note that certain features of the Apple website will not be available once cookies are disabled.

As is true of most websites, we gather some information automatically and store it in log files. This information includes Internet Protocol (IP) addresses, browser type and language, Internet service provider (ISP), referring and exit pages, operating system, date/time stamp, and clickstream data.

We use this information to understand and analyze trends, to administer the site, to learn about user behavior on the site, and to gather demographic information about our user base as a whole. Apple may use this information in our marketing and advertising services.

In some of our email messages, we use a "click-through URL" linked to content on the Apple website. When customers click one of these URLs, they pass through a separate web server before arriving at the destination page on our website. We track this click-through data to help us determine interest in particular topics and measure the effectiveness of our customer communications. If you prefer not to be tracked in this way, you should not click text or graphic links in the email messages.

Pixel tags enable us to send email messages in a format customers can read, and they tell us whether mail has been opened. We may use this information to reduce or eliminate messages sent to customers.

Disclosure to Third Parties

At times Apple may make certain personal information available to strategic partners that work with Apple to provide products and services, or that help Apple market to customers. For example, when you purchase and activate your iPhone, you authorize Apple and its carrier to exchange the information you provide during the activation process to carry out service. If you are approved for service, your account will be governed by Apple and its carrier's respective privacy policies. Personal information will only be shared by Apple to provide or improve our products, services and advertising; it will not be shared with third parties for their marketing purposes.

Service Providers

Apple shares personal information with companies who provide services such as information processing, extending credit, fulfilling customer orders, delivering products to you, managing and enhancing customer data, providing customer service, assessing your interest in our products and services, and conducting customer research or satisfaction surveys. These companies are obligated to protect your information and may be located wherever Apple operates.

Others

It may be necessary − by law, legal process, litigation, and/or requests from public and governmental authorities within or outside your country of residence − for Apple to disclose your personal information. We may also disclose information about you if we determine that for purposes of national security, law enforcement, or other issues of public importance, disclosure is necessary or appropriate.

We may also disclose information about you if we determine that disclosure is reasonably necessary to enforce our terms and conditions or protect our operations or users. Additionally, in the event of a reorganization, merger, or sale we may transfer any and all personal information we collect to the relevant third party.

Protection of Personal Information

Apple takes precautions — including administrative, technical, and physical measures — to safeguard your personal information against loss, theft, and misuse, as well as against unauthorized access, disclosure, alteration, and destruction.

Apple online services such as the Apple Online Store and iTunes Store use Secure Sockets Layer (SSL) encryption on all web pages where personal information is collected. To make purchases from these services, you must use an SSL-enabled browser such as Safari, Firefox, or Internet Explorer. Doing so protects the confidentiality of your personal information while it's transmitted over the Internet.

When you use some Apple products, services, or applications or post on an Apple forum, chat room, or social networking service, the personal information you share is visible to other users and can be read, collected, or used by them. You are responsible for the personal information you choose to submit in these instances. For example, if you list your name and email address in a forum posting, that information is public. Please take care when using these features.

Integrity and Retention of Personal Information

Apple makes it easy for you to keep your personal information accurate, complete, and up to date. We will retain your personal information for the period necessary to fulfill the purposes outlined in this Privacy Policy unless a longer retention period is required or permitted by law.

Access to Personal Information

You can help ensure that your contact information and preferences are accurate, complete, and up to date by logging in to your account at https://appleid.apple.com/. For other personal information, we make good faith efforts to provide you with access so you can request that we correct the data if it is inaccurate or delete the data if Apple is not required to retain it by law or for legitimate business purposes. We may decline to process requests that are unreasonably repetitive, require disproportionate technical effort, jeopardize the privacy of others, are extremely impractical, or for which access is not otherwise required by local law. Access, correction, or deletion requests can be made to the regional Privacy email addresses.

Children

We do not knowingly collect personal information from children under 13. If we learn that we have collected the personal information of a child under 13 we will take steps to delete the information as soon as possible.

Location-Based Services

To provide location-based services on Apple products, Apple and our partners and licensees may collect, use, and share precise location data, including the real-time geographic location of your Apple computer or device. This location data is collected anonymously in a form that does not personally identify you and is used by Apple and our partners and licensees to provide and improve location-based products and services. For example, we may share geographic location with application providers when you opt in to their location services.

Some location-based services offered by Apple, such as the MobileMe "Find My iPhone" feature, require your personal information for the feature to work.

Third-Party Sites and Services

Apple websites, products, applications, and services may contain links to third-party websites, products, and services. Our products and services may also use or offer products or services from third parties – for example, a third-party iPhone app. Information collected by third parties, which may include such things as location data or contact details, is governed by their privacy practices. We encourage you to learn about the privacy practices of those third parties.

International Users

Information you provide may be transferred or accessed by entities around the world as described in this Privacy Policy. Apple abides by the "safe harbor" framework set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal information collected by organizations in the European Economic Area and Switzerland. Learn more about the U.S. Department of Commerce Safe Harbor Program.

Please note that personal information regarding individuals who reside in a member state of the European Economic Area (EEA) is jointly controlled by Apple Sales International in Cork, Ireland, and Apple UK Limited in Uxbridge, United Kingdom. Personal information collected in the EEA when using iTunes is controlled by iTunes SARL in Luxembourg.

Our Companywide Commitment to Your Privacy

To make sure your personal information is secure, we communicate our privacy and security guidelines to Apple employees and strictly enforce privacy safeguards within the company.

Privacy Questions

If you have questions or concerns about Apple's Privacy Policy or data processing, please contact us at the appropriate regional email addresses for your local Apple Data Controller listed below.

Country or Region – Contact Information

United States http://www.apple.com/privacy/contact/
Canada http://www.apple.com/privacy/contact/
Latin America http://www.apple.com/privacy/contact/
Europe http://www.apple.com/privacy/contact/
Japan http://www.apple.com/privacy/contact/
Australia http://www.apple.com/privacy/contact/
Asia/Pacific http://www.apple.com/privacy/contact/

Apple may update its Privacy Policy from time to time. When we change the policy in a material way, a notice will be

posted on our website along with the updated Privacy Policy.

Apple Inc., 1 Infinite Loop, Cupertino, California, USA 95014

Last updated 21 June 2010

---

Legal > Terms & Conditions

Shop the **Apple Online Store** (1–800–MY–APPLE), visit an **Apple Retail Store**, or find a **reseller**.

Apple Info    |    Site Map    |    Hot News    |    RSS Feeds    |    Contact Us

Copyright © 2011 Apple Inc. All rights reserved.    Terms of Use    |    Privacy Policy

# Exhibit B

| Dictionary | **Thesaurus** | 🟠**Quotes** | **Encyclopedia** | **Translator** | | Login | Register | Help |

- 
- 
- 
- 
- 
- 

About •
Privacy Policy •
Terms of Use •
API •
Careers •
Advertise with Us •

Link to
Us •

Contact Us

Dictionary.com, LLC. Copyright Follow us:   Twitter   Facebool
2010. All rights reserved.

## Dictionary.com *Privacy Policy*

- 

*Effective date: May 18, 2010*

**Dictionary.com is part of the IAC family of businesses**, which includes several dozen brands in addition to Dict onary.com, such as Ask.com, Chemistry.com, C tysearch, CollegeHumor, Evite, GarageGames, Gifts.com, Match.com, Pronto, Serv ceMagic, Shoebuy, and Vimeo. For a list of all of IAC's businesses, please visit www.iac.com.

**At Dictionary.com, we respect the privacy of our users** and the importance of the information they entrust to us. We prov de this Privacy Policy so that our users ("**you**") will know what information is being collected about you and your activ ties on D ctionary.com, how that information is being used, and with whom it is being shared. This Privacy Policy describes the online privacy practices applicable to the web pages within Dictionary.com, Reference.com and Thesaurus.com (the "**Sites**") and the various services ("**Services**") we provide on or through the S tes. By using the S tes and Services, you are agreeing to the collection and use of certain information about you in the manner described in this Privacy Policy. The S tes contain links to other websites. We are not responsible for the privacy practices of such websites.

**We update this Privacy Policy from time to time**. If we make any material changes in the ways we may collect, use, or share information, we will notify you by posting notice of the changes on the Sites. We encourage you to period cally review our Privacy Policy to become and remain familiar with it. The Policy includes at the top of the first page the date of the most recent change.

If you are using a D ctionary.com iPhone or iPad applicat on, you will be subject to additional end user license terms, which you may find at http://d ctionary.reference.com/help/appleeula.html. These terms describe what informat on Dictionary.com may collect through your use of iPhone and iPad applications.

If you install a Dict onary.com toolbar, powered by Ask.com, you will also be subject to toolbar end user license terms that describe what information Ask.com collects when you use the toolbar and how that information may be used. Please refer to this link to review the toolbar end user license terms: http://dictionary.reference.com/help/eula.html.

**This Privacy Policy addresses the following issues:**

Information we collect when you visit the Sites

Use of cookies and other technologies

How we use the information we collect

Information we share with third parties

Security precautions we take to protect your information

Children's Gu delines

Law Enforcement/Legal Requirements

Vis ting the Sites from outs de of the Un ted States

How to contact us w th quest ons about privacy

**Information we collect when you visit the Sites**

**Information we automatically collect**: Each time you visit one of the Sites, we collect the limited information that your browser makes available whenever you visit any website, including: (a) your Internet Protocol (IP) address; (b) the address of the last URL you visited pr or to clicking through to the Site; (c) your browser and platform type (e.g., a Netscape browser on a Macintosh platform); (d) your browser language; and (e) the data in any undeleted cookies that your browser previously accepted from us, which may include the word look-ups you previously subm tted, Site pages you prev ously visited and your interact on w th the advertising on the S tes (see "D ctionary.com cookies" below).

Addit onally, when you enter a search query or word look-up using the Sites or Services, we will receive the query text and process it, together with the above data, to return a results page to you. We disassociate your query text data from your IP address and your unique cookie ID (see "Dict onary.com cookies" below) after a per od of 18 months, except in lim ted circumstances, such as requests to retain the information by law enforcement.

**Registration Information**: If you dec de to purchase Dictionary.com Premium Services or subscribe to other addit onal services such as receiving the Word of the Day messages, we may ask you to submit certain identifying informat on, such as your name, address, e-mail address, and telephone number and, for paid serv ces, financial information such as your payment method

**Use of cookies and other technologies**

**Dictionary.com cookies**: When you visit the Sites, we may assign your computer one or more cookies to facilitate access to our site and to personalize your online experience. A cookie is a small text file that is stored on a user's computer for record keeping purposes. Cookies can be either session cookies or persistent cookies. A session cookie expires when you close your browser. A persistent cookie remains on your hard drive for an extended period of time. Our cookies expire after two years, and all informat on from expired cookies is automatically deleted from our servers. You may disable or remove our cookies at any time (see "How to decline or delete cookies" below).

We use cookies for var ous purposes:

> We count, track, and aggregate our visitors' activities in our analysis of general traffic flows at the S tes (e.g., tracking where users come from, what pages they select within the S tes, how they interact with search results, etc.) to facil tate evaluation, improvement, and development of the S tes and Serv ces and also for internal reporting purposes and optimization of advertising revenue.

> We collect information about your online activity on the Sites, such as the web pages you vis t, links you click, searches and word look-ups you conduct and how you interact with ads on the Sites, in order to customize your experience on the Sites including the advertisements that we display to you;

> We use a cookie to determine whether or not you are signed in as a Premium Services subscriber

Our cookies contain an anonymous unique identifier (usually in the form of a serial number). If you are a registered user for Premium Services, when you sign in to your account on our Sites, we will record your user or member ID and the name on your user or member account in the cookie file on your computer. We also may record your password in this cookie file, if you indicated that you would like your password saved for automat c sign-in. For security purposes, we will encrypt any usernames, passwords, and other user or member account-related data that we store in such cookies.

**Other technologies used by Dictionary.com**: We may use standard Internet technology, such as pixel tags, web beacons and other similar technologies to track your use of the Site. Web beacons (also known as clear gifs, pixel tags or web bugs) are tiny graphics w th a unique identifier, similar in function to cookies, and are used to track the online movements of web users or to access cookies. Unlike cookies which are stored on the user's computer hard drive, web beacons are embedded invisibly on the web pages (or in email). We also may include web beacons in e-mail messages or newsletters to determine whether messages have been opened and acted upon. We also may receive an anonymous identification number if you come to our s te from an online advertisement displayed on a third-party website. The information we obtain in this manner enables us to customize the services we offer, to deliver targeted advertisements and to measure the overall effectiveness of our online advertising or other Services.

==**Third-party advertising company cookies**: We used third-party companies to serve advertisements when you visit the Sites. In the course of serving advertisements on the Sites, these companies may place or recognize a un que cookie on your computer or use other technologies such as pixel tags in connection with the Sites. We allow certain third-party advertising networks who sell ads on the S tes to use cookies, pixel tags and similar technology to collect information about your interact ons with the Sites, such as the queries or word look-ups you submit, the pages you view, the advertisements you view and your interactions with such advertisements. The third-party advertising networks may then use such information about you to draw inferences about your interests and display advertisements matched to those interests. Through cookies placed on your computer, third-party advertising networks may recognize you when you visit other s tes and properties where they also place advertisements. You may receive customized advertisements on the Sites and on other s tes with advertising managed by the same third-party advertising networks.==

==Our Privacy Pol cy does not cover any use of information that a third-party ad-serving company might collect from you. These companies have their own recordkeeping and data-retent on policies. Most of our advertising service providers are members of the Network Advertising Initiative. If you would like to cons der your opt ons for limiting use of such information by these advertising companies, or would like to learn more about their practices, please consult the Network Advertising Initiative website at http://www.networkadvertising.org/.==

==If you decide to purchase the Premium Serv ces from us, you will receive the Services ad-free, and starting on the day you are registered as a Premium Serv ce user, no addit onal third- party advertising company cookies will be placed on your computer.==

==**Cookies from other service providers**: We also use third-party vendors to help us better understand our user demographics. These vendors may place or recognize a unique cookie on your computer or use other technologies such as pixel tags in connection with the Sites to prov de their services to us. Some of the games available on the Site are also provided by third parties and such third parties may place a flash cookie on your computer to enable you to play the game.==

**How to decline or delete cookies**: Most browsers automatically accept cookies, but you can usually modify your browser setting to decline cookies. If you choose to decline cookies, please note that you may not be able to sign in or use some of the interactive features offered on the S tes. The "Help" portion of the toolbar on most browsers will tell you how to prevent your browser from accepting new cookies, how to have the browser notify you when you receive a new

users to delete flash cookies, as well as set permiss ons for s tes to drop and store cookies on the user's computer. The tool can be found at http://www.macromedia.com/support/documentat on/en/flashplayer/help/settings_manager06.html and http://www.macromedia.com/support/documentat on/en/flashplayer/help/settings_manager07.html

**How we use the information we collect**

**In general**: We may use information that we collect about you, including anonymous and personally identifiable information, to:

> deliver the Services on the Sites and manage our business;
>
> manage your Premium Services account and provide you w th customer support;perform research and analysis about your use of, or interest in, our products, serv ces, or content, or products, services or content offered by others;
>
> communicate w th you by e-mail, postal mail, telephone and/or mobile dev ces at your request, or inform you about products or serv ces that may be of interest to you either from us, our sister IAC companies or other third parties;
>
> display content and advertising tailored to your interests; and develop and display advertising on other sites;
>
> verify your eligibi ty and deliver prizes in connect on w th contests and sweepstakes; and enforce our terms and conditions;

**IP Address**: We use your IP address to help diagnose problems w th our server, and to administer our Sites. Your IP address may also be used to gather broad demographic information.

**Email address**: We do not use your email address to send you unsolc ted email. If you are receiving email from us, it is because at some point you, or someone with access to your email account, requested it. We may include advertisements in the emails that you receive from us (such as the Word of the Day emails).If you are receiving email from us in response to an inquiry you made, we will use your email address for no purpose other than to respond to your inquiry.

If you are receiving email from us and wish to stop, simply follow the instructions at the bottom of the email message in question or use the unsubscribe form on these pages:

> D ctionary.com Word of the Day
> Reference.com On This Day

**Cell phone number**: We use your cell phone number to send you SMS messages as requested by you. We may also share your cell phone number w th trusted third parties for them to send you advertisements and promotional offers that we think may be of interest to you. In order to stop receiving SMS messages from us, you may text STOP to 44636.

**Information we share with third parties**

**Service Providers**: We may share your information with our authorized serv ce prov ders that perform certain services on our behalf. These services include processing cred t card payments, providing customer service and marketing assistance, performing business and sales analysis, supporting our website functionality, and supporting contests, sweepstakes, surveys and other features offered through the Sites. These service providers may have access to personal information needed to perform their functions but are not permitted to share this informat on w th others or use it for any other purposes. These third-party companies have their own pol cies as to record keeping and data retention.

**Advertising Service Providers**: Some elements on the Sites, such as the sponsored links advertising on our pages, are supplied to us by third parties under contract. We may supply some of the information we collect from you to those third parties so that they can prov de those elements for display on the Sites. We may share the following informat on with such third parties: (a) your Internet Protocol (IP) address; (b) the address of the last URL you vis ted prior to clicking through to the Site; (c) your browser and platform type (e.g., a Netscape browser on a Macintosh platform); (d) your browser language; (e) the data in any undeleted cookies that your browser previously accepted from us; and (f) the search queries or word look-ups you subm t. For example, when you submit a query, we transm t it (and some of the related information described above) to our paid listing providers in order to obtain relevant advertising to display in response to your query or look-up.

Except as ind cated above, Dict onary.com shares your personally identifiable information only in aggregate form, so that only non-personally identifiable informat on is shared with our affiliates, advertisers and business partners. We do not share any information that dentifies specif c visitors.

**Security precautions to protect your information**

We have security measures in place that are designed to safeguard and help prevent unauthorized access to information we collect through the Sites and Services. Dictionary.com utilizes both industry and proprietary standards to preserve the conf dentiality of information. We seek to limit access to our users' information to employees who we believe reasonably need access to that informat on to provide products or services to you or in order to perform their jobs. These employees have been informed of the need to maintain the security and confidentiality of such information. Unfortunately, no secur ty system can be 100% secure; accordingly, we cannot fully guarantee the secur ty of the information that we collect online.

participat on in the activity. W thout prior parental consent, online information will be used only to respond directly to the child's request and will not be used for other purposes;

distribute to third parties any personally identifiable informat on w thout prior parental consent;

enable the public posting or other distribut on of personally identifiable contact information w thout prior parental consent;

enable the public posting or other distribut on of personally identifiable contact information w thout prior parental consent

entice users, by the prospect of a special game, prize or other activ ty, to divulge more information than is needed to participate in the activity.

### Law Enforcement/Legal Requirements

We may disclose your personally  dentifiable information as well as your IP address and other information in order to comply w th court orders, subpoenas, or regulatory obligations, or when otherwise required to do so by law. We also may disclose such information in compliance w th a law enforcement or other governmental request, or where we believe disclosure is necessary to investigate, prevent, or take act on regarding illegal activities, suspected fraud, situat ons involving potential threats to the physical safety of any person, or violat ons of our Terms of Use.

### Visiting the Sites from outside of the United States

If you are visiting the Sites from outside of the United States, your information will be transferred to, stored, and processed in the United States, where our servers are located and our central database is operated. The data-protection and other laws in the United States and other countries might not be as comprehensive as those in your own country. Please be assured, however, that we seek to take reasonable steps to protect your privacy. By using the Sites and Services, you consent to the transfer of your informat on to our facilities and those third parties w th whom we may share it as described in this Privacy Policy.

### How to contact us with questions about privacy

If you have any questions about this Privacy Policy, the practices of the Sites, or your dealings w th the S tes, you can contact:

Dict onary.com, LLC
Attn: Privacy Officer
555 12th Street, Su te 500
Oakland, CA 94607
E-mail

Partner Sites: Expedia | Hotels | Hotwire | Life123 | LiveDaily | The Daily Beast | Urbanspoon | Ask Answers | Bloglines | Sendori | Motif | Answers

# Exhibit C

1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4

5

        IN RE:  IPHONE              )  C-10-05878 LHK
6       APPLICATION LITIGATION      )
                                    )  SAN JOSE, CALIFORNIA
7                                   )
                                    )  SEPTEMBER 8, 2011
8                                   )
        _____    )  PAGES 1-55
9

10

                    TRANSCRIPT OF PROCEEDINGS
11           BEFORE THE HONORABLE LUCY H. KOH
                UNITED STATES DISTRICT JUDGE
12

13      A P P E A R A N C E S:

14      FOR PLAINTIFFS:     KAMBER LAW
                            BY:  SCOTT A. KAMBER
15                          100 WALL STREET, 23RD FLOOR
                            NEW YORK, NEW YORK  10005
16
                            BY:  DEBORAH KRAVITZ
17                          141 N. STREET
                            HEALDSBURG, CALIFORNIA  95448
18
                            AUDET & PARTNERS
19                          BY:  WILLIAM AUDET
                            221 MAIN STREET, SUITE 1460
20                          SAN FRANCISCO, CALIFORNIA  94105

21

22

23          APPEARANCES CONTINUED ON NEXT PAGE

24

25   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

                                                              1

1

2    <u>APPEARANCES (CONTINUED)</u>

3

4    FOR PLAINTIFFS:        MILBERG LLP
                            BY:  PETER E. SEIDMAN
5                           1 PENNSYLVANIA PLAZA
                            NEW YORK, NEW YORK  10119
6
                            THE TERRELL LAW GROUP
7                           BY:  REGINALD VON TERRELL
                            P.O. BOX 13315
8                           OAKLAND, CALIFORNIA  94661

9

10   FOR APPLE AND          MORRISON & FOERSTER
     QUATRO:                BY:  JIM MCCABE AND
11                               BRYAN J. WILSON
                            755 PAGE MILL ROAD
12                          PALO ALTO, CALIFORNIA  94304

13                          BY:  JEREMY R. WILSON
                            302 N. MARKET STREET, SUITE 501
14                          DALLAS, TEXAS  75202

15

16   FOR ADMOB:             DURIE TANGRI
                            BY:  MICHAEL H. PAGE
17                          217 LEIDESDORFF STREET
                            SAN FRANCISCO, CALIFORNIA  94111
18

19   FOR ADMARVEL AND       COOLEY, GODWARD, KRONISH
     MILLENNIAL MEDIA:      BY:  MATTHEW D. BROWN
20                          101 CALIFORNIA STREET, 5TH FLOOR
                            SAN FRANCISCO, CALIFORNIA  94111
21

22   FOR FLURRY AND         GIBSON, DUNN & CRUTCHER
     PINCH MEDIA:           BY:  ASHLIE BERINGER
23                          1881 PAGE MILL ROAD
                            PALO ALTO, CALIFORNIA  94304
24

25               <u>APPEARANCES CONTINUED ON NEXT PAGE</u>

                                                          2

1

2     APPEARANCES (CONTINUED)

3

4     FOR
      TRAFFICMARKET-        K&L GATES
5     PLACE.COM:            BY:  RACHEL R. DAVIDSON
                            10100 SANTA MONICA BOULEVARD
6                           7TH FLOOR
                            LOS ANGELES, CALIFORNIA  90067
7

8     FOR MOBCLIX:          DLA PIPER
                            BY:  CARTER W. OTT
9                           555 MISSION STREET, SUITE 2400
                            SAN FRANCISCO, CALIFORNIA  94105
10

11    FOR BURWICK IN THE   GREENBURG TRAURIG
      RELATED CASE:         BY:  ALAN E. MANSFIELD
12                          METLIFE BUILDING
                            200 PARK AVENUE
13                          NEW YORK, NEW YORK  10166

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1    SAN JOSE, CALIFORNIA          SEPTEMBER 8, 2011
 2                   P R O C E E D I N G S
 3              (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5              THE CLERK:  CALLING THE MATTER OF
 6    LALO V. APPLE, INCORPORATED, AND ALL OF THE RELATED
 7    AND MULTIDISTRICT CASES.
 8              COUNSEL WOULD YOU STATE YOUR APPEARANCES,
 9    PLEASE.
10              MS. BERINGER:  GOOD AFTERNOON, YOUR
11    HONOR.  ASHLIE BERINGER FROM GIBSON, DUNN.
12              MR. PAGE:  GOOD AFTERNOON, YOUR HONOR.
13    MICHAEL PAGE OF DURIE TANGRIE FOR ADMOB.
14              MR. BROWN:  MATTHEW BROWN FOR DEFENDANTS
15    ADMARVAL AND MILLENNIAL MEDIA.
16              MR. MCCABE:  JIM MCCABE FOR DEFENDANT
17    APPLE INC., AND WITH ME IS BRYAN WILSON.
18              THE COURT:  OKAY.
19              MR. OTT:  CARTER OTT FOR DEFENDANT
20    MOBCLIX, INC.
21              MS. DAVIDSON:  GOOD AFTERNOON, YOUR
22    HONOR.  RACHEL DAVIDSON FOR TRAFFICMARKETPLACE.
23              MR. KAMBER:  GOOD AFTERNOON, YOUR HONOR.
24    SCOTT KAMBER AND DEBORAH KRAVITZ, KAMBER LAW,
25    PLAINTIFFS.
```

4

1    PRACTICE.

2          THE COURT:  ALL RIGHT.  LET ME ASK YOU IF

3    YOU CAN ELABORATE A LITTLE BIT ON YOUR THEORIES OF

4    HARM, AND SPECIFICALLY ABOUT -- I'M NOT CLEAR ON

5    WHAT THE VALUE FOR VALUE EXCHANGES MEAN, WHAT'S THE

6    DEPRIVED OPPORTUNITY CAUSE, WHAT THAT MEANS.

7          CAN YOU --

8          MR. KAMBER:  YES, YOUR HONOR.

9          THE COURT:  GO AHEAD.

10         MR. KAMBER:  THE MOST INTUITIVE BASIS FOR

11   THIS, DIRECTING YOU TO LOOKING AT -- FROM THE VALUE

12   TO VALUE EXCHANGE -- I MEAN, WE SUMMARIZED IT AS

13   THE VALUE FOR VALUE EXCHANGES; THE OPPORTUNITY

14   COSTS, THE UNDISCLOSED OPPORTUNITY COSTS; THE

15   DEVALUATION OF PERSONAL INFORMATION; THE LOSS OF

16   ECONOMIC VALUE OF THE PERSONAL INFORMATION AND

17   ASSETS; THE PREMIUM THAT'S PAID OR -- ON THE COST

18   OF THE IDEVICE, BANDWIDTH UTILIZATION -- AND BY

19   "BANDWIDTH UTILIZATION," MEANING IT SLOWS YOU DOWN

20   AND, YOU KNOW, BASICALLY THAT BY THIS OTHER

21   INFORMATION THAT WAS UNDISCLOSED AND THAT YOU

22   DIDN'T EXPECT TO BE SENDING THROUGH THE DEVICE,

23   THAT IT SLOWS IT DOWN AND COSTS MONEY BECAUSE, FOR

24   MANY CLASS MEMBERS, THEY PAY FOR DATA FROM AT&T OR

25   VERIZON, FOR DATA USAGE; POTENTIAL DAMAGE TO THE

13

1   IDEVICE IN THE SENSE THAT IT CONSUMES RESOURCES;

2   LIMITED BATTERY AND MEMORY CAPACITY; PROCESSING

3   POWER AND BANDWIDTH BECAUSE MOVING DATA HAS A COST,

4   HAS A COST TO THE DEVICE ITSELF; THE IMPAIRMENT OF

5   THE DEVICE; THE VALUE; THE INSTALLATION AND

6   OPERATION OF THE DEVICE OF THE DEFENDANT'S

7   PROGRAM --

8           THE COURT:  LET ME ASK YOU A QUESTION.

9           MR. KAMBER:  SURE.

10          THE COURT:  I'M SORRY TO INTERRUPT YOU.

11          MR. KAMBER:  NO.

12          THE COURT:  IT SEEMS LIKE YOUR COMPLAINT

13  SAYS THESE ARE THE THINGS THAT CAN HAPPEN.  IT

14  DOESN'T SAY "INDIVIDUAL X HAD PERSONAL INFORMATION

15  A, B, C TAKEN BY DEFENDANT 0 AND THE FOLLOWING

16  RESULTED."  THIS ALL SEEMS SORT OF, YOU KNOW, THESE

17  ARE HYPOTHETICAL.

18          MR. KAMBER:  WELL, OH, THEY'RE -- THEY'RE

19  ACTUALLY -- THEY ARE ACTUAL HARMS.

20          THE COURT:  UM-HUM.

21          MR. KAMBER:  I THINK IN THE COMPLAINT

22  ITSELF -- YOU KNOW, LOOKING AT THE HEPTING VERSUS

23  AT&T CASE --

24          THE COURT:  YEAH.

25          MR. KAMBER:  -- THIS IS SOMETHING THAT

1

2

3

4                        <u>CERTIFICATE OF REPORTER</u>

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23              /S/
                _____
24              LEE-ANNE SHORTRIDGE, CSR, CRR
                CERTIFICATE NUMBER 9595
25

                                                    55

# Exhibit D

JS-6
O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV10-05306  ODW (AGRx) | | Date | 9/19/2011 |
|---|---|---|---|---|
| Title | *Thomas Robins v. Spokeo, Inc.* | | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** **Order Correcting Prior Ruling [52] and Finding Moot Motion for Certification. [57]**

Upon further review, the Court finds it necessary to strike the standing discussion from its May 11, 2011 Order. (Docket No. 52.)  In its stead, the Court reinstates the January 27, 2011 Order, which found that Plaintiff fails to establish standing. (*See* Docket No. 35.) Among other things, the alleged harm to Plaintiff's employment prospects is speculative, attenuated and implausible.  Mere violation of the Fair Credit Reporting Act does not confer Article III standing, moreover, where no injury in fact is properly pled.  Otherwise, federal courts will be inundated by web surfers' endless complaints.  Plaintiff also fails to allege facts sufficient to trace his alleged harm to Spokeo's alleged violations.  In short, Plaintiff fails to establish his standing before this Court.  This action is therefore **DISMISSED**. Spokeo's motion for certification of appeal is **MOOT**.

**SO ORDERED**.

|  | ---- | : | 00 |
|---|---|---|---|
| Initials of Preparer | | SE | |