GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

Attorneys for Defendant
FLURRY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re iPhone Application Litigation | Case No. 11-MD-02250-LHK |
|---|---|
| | **CLASS ACTION** |
| | **[PROPOSED] ORDER GRANTING MOBILE INDUSTRY DEFENDANTS' MOTION TO DISMISS FIRST AMENDED, CONSOLIDATED CLASS ACTION COMPLAINT** |

[PROPOSED] ORDER GRANTING MOBILE INDUSTRY DEFENDANTS' MOTION TO DISMISS FIRST AMENDED, CONSOLIDATED CLASS ACTION COMPLAINT                                   CASE NO. 11-MD-02250-LHK

Gibson, Dunn & Crutcher LLP

The Motion to Dismiss Plaintiffs' First Amended, Consolidated Class Action Complaint presented by Defendants AdMarvel, Inc., AdMob, Inc., Flurry, Inc., Google Inc., and Medialets, Inc. (the "Mobile Industry Defendants") was heard on March 29, 2012 at 1:30 p.m. by this Court. Having considered all papers filed in support of and in opposition to the Motion, oral argument of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

1. Plaintiffs lack standing under Article III of the United States Constitution to pursue their claims in this Court.

2. Each of Plaintiffs' separate claims against the Mobile Industry Defendants fails to state a claim upon which relief can be granted.

Good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Mobile Industry Defendants' Motion to Dismiss Plaintiffs' First Amended, Consolidated Class Action Complaint is **GRANTED**; and

2. All claims for relief against the Mobile Industry Defendants are hereby **DISMISSED** with prejudice without leave to amend.

Dated: _____

                                                     The Honorable Lucy H. Koh
                                                     United States District Judge

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING MOBILE INDUSTRY DEFENDANTS' MOTION TO DISMISS FIRST AMENDED, CONSOLIDATED CLASS ACTION COMPLAINT

CASE NO. 11-MD-02250-LHK