1  MARC J. ZWILLINGER (*pro hac vice*)
   ZWILLGEN PLLC
2  marc@zwillgen.com
   1705 N Street, NW
3  Washington, D.C. 20036
   Telephone (202) 296-3585
4  Facsimile: (202) 706-5298

5  Attorneys for Defendant
   APPLE INC., A CALIFORNIA CORPORATION
6

7                    UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

| 11 | In Re: iPhone/iPad Application Consumer Privacy Litigation, | Case No. 5:11-md-02250-LHK |
|----|---|---|
| 12 | | **NOTICE OF APPEARANCE OF MARC J. ZWILLINGER** |
| 13 | | |
| 14 | | Ctrm: 8 – 4th Floor<br>Judge: Honorable Lucy H. Koh |

15

16  TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17        PLEASE TAKE NOTICE that Marc J. Zwillinger of ZwillGen PLLC, 1705 N Street, NW,

18  Washington, D.C. 20036, (202) 296-3585, hereby appears as counsel on behalf of Defendant

19  Apple, Inc. ("Apple") in the above-captioned matter.

20        Mr. Zwillinger has already been *admitted pro hac vice* in this action on behalf of the New

21  York Times and now appears on behalf of Defendant Apple.  Apple hereby requests that the

22  Court add Mr. Zwillinger's email address to the Court's electronic notification system.  Mr.

23  Zwillinger is currently a registered ECF user with the Northern District of California.  Apple also

24  requests that all papers filed or served, or required to be served, in the above-captioned matter be

25  provided to and served upon counsel for Apple at the address set forth below:

26

27

28

Certificate of Service                                    Case No. 5:11-MD-02250-LHK

1  ZWILLGEN PLLC
    Marc J. Zwillinger (*pro hac vice*)
2  marc@zwillgen.com
    1705 N Street, NW
3  Washington, D.C. 20036
    Tel: (202) 296-3585
4  Fax: (202) 706-5298

5

6  DATED: January 13, 2012              ZWILLGEN PLLC

7

8                                                          By:   S/Marc J. Zwillinger
                                                                   MARC J. ZWILLINGER
9                                                                  (*pro hac vice*)
                                                                   marc@zwillgen.com
10                                                                 1705 N Street, NW
                                                                   Washington, D.C. 20036
11                                                                 Tel: (202) 296-3585
12                                                                 Fax: (202) 706-5298

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

I certify that all counsel of record are being served on January 13, 2012 with a copy of this document via the Court's CM/ECF system.

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2012, at Washington, D.C.

                                                                                                   /s/ Marc J. Zwillinger
                                                                                                    Marc J. Zwillinger