1   JAMES F. MCCABE (CA SBN 104686)
    JMcCabe mofo.com
2   BRYAN WILSON (CA SBN 138842)
    BWilson mofo.com
3   TERESA N. BURLISON (CA SBN 230854)
    TBurlison mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   MARC J. ZWILLINGER (*pro hac vice*)
    marc@zwillgen.com
8   ZWILLGEN PLLC
    1705 N St. NW
9   Washington, DC 20036
    Telephone: (202) 296-3585
10

    Attorneys for Defendant
11  APPLE INC., A CALIFORNIA CORPORATION

12                  UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15

16
    In Re: iPhone/iPad Application Consumer          Case No. 5:11-md-02250-LHK
17  Privacy Litigation
                                                     **STIPULATION REGARDING
18                                                   PLAINTIFFS' DEADLINE TO
                                                     FILE THEIR OPPOSITION TO
19                                                   DEFENDANTS' MOTIONS TO
                                                     DISMISS; [PROPOSED] ORDER**
20
                                                     Ctrm:   8, 4th Floor
21                                                   Judge:  Honorable Lucy H. Koh

22

23

24

25

26

27

28

1    WHEREAS, on November 21, 2011, Plaintiffs filed a First Amended Consolidated Class
2    Action Complaint (Dkt. No. 24), and, on November 22, 2011, Plaintiffs filed a substantively
3    identical corrected version of the same ("First Amended Consolidated Complaint") (Dkt. No. 25).
4    WHEREAS, pursuant to the Court's December 5, 2011 Order (Dkt. No. 31), Apple and
5    the Mobile Industry Defendants filed separate motions to dismiss on January 10, 2012.
6    WHEREAS, pursuant to the Court's January 11, 2012 Order (Dkt. No. 44), the parties
7    have conferred and agree that Plaintiffs will have until 12:00 noon on March 8, 2012 to file their
8    opposition to Defendants' respective motions to dismiss.
9    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the
10   Plaintiffs shall file their opposition to Apple's and the Mobile Industry Defendants' respective
11   motions to dismiss no later than 12:00 noon on March 8, 2012.
12   IT IS SO STIPULATED.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Dated:  January 25, 2012                    MORRISON & FOERSTER LLP

2

3                                              By:   /s/ James F. McCabe
                                                     James F. McCabe
4
                                               Attorneys for Defendant
5                                              APPLE INC., a California corporation

6

7   Dated: January 25, 2012                    DURIE TANGRI LLP

8

9                                              By:   /s/ Michael H. Page
                                                     Michael H. Page
10
                                               DURIE TANGRI LLP
11                                             MICHAEL H. PAGE
                                               mpage@durietangri.com
12                                             JOSEPH C. GRATZ
                                               jgratz@durietangri.com
13                                             GENEVIEVE P. ROSLOFF
                                               grosloff@durietangri.com
14                                             217 Leidesdorff Street
                                               San Francisco, CA 94111
15                                             Telephone: 415-362-6666
                                               Facsimile:  415-236-6300
16
                                               Attorneys for Defendants
17                                             ADMOB, INC. and GOOGLE INC.

18

19

20

21

22

23

24

25

26

27

28

1    Dated: January 25, 2012                    GIBSON, DUNN & CRUTCHER LLP

2

3                                               By: /s/ S. Ashlie Beringer
                                                      S. Ashlie Beringer
4
                                                GAIL E. LEES
5                                               glees@gibsondunn.com
                                                S. ASHLIE BERINGER
6                                               aberinger@gibsondunn.com
                                                JOSHUA A. JESSEN
7                                               jjessen@gibsondunn.com
                                                GIBSON, DUNN & CRUTCHER LLP
8                                               1881 Page Mill Road
                                                Palo Alto, California 94304
9                                               Telephone: (650) 849-5300
                                                Facsimile: (650) 849-5333
10
                                                Attorneys for Defendants
11                                              FLURRY, INC.

12

13   Dated: January 25, 2012                    COOLEY LLP

14

15                                              By: /s/ Matthew D. Brown
                                                      Matthew D. Brown
16
                                                MICHAEL G. RHODES
17                                              rhodesmg@cooley.com
                                                MATTHEW D. BROWN
18                                              mbrown@cooley.com
                                                COOLEY LLP
19                                              101 California Street, 5th Floor
                                                San Francisco, California 94111
20                                              Telephone: (415) 693-2000
                                                Facsimile: (415) 693-2222
21
                                                Attorneys for Defendants
22                                              ADMARVEL, INC. and MEDIALETS, INC.

23

24

25

26

27

28

1    Dated: January 25, 2012                    KAMBERLAW, LLC

2

3                                               By: /s/Scott A. Kamber
                                                    Scott A. Kamber

4
                                               SCOTT A. KAMBER (*pro hac vice*)
5                                              skamber@kamberlaw.com
                                               DAVID A. STAMPLEY (*pro hac vice*)
6                                              dstampley@kamberlaw.com
                                               KAMBERLAW, LLC
7                                              100 Wall Street, 23rd Floor
                                               New York, New York 10005
8                                              Telephone: (212) 920-3072
                                               Facsimile: (212) 920-3081
9
                                               DEBORAH KRAVITZ (SBN 275661)
10                                             dkravitz@kamberlaw.com
                                               KAMBERLAW, LLP
11                                             141 North St.
                                               Healdsburg, California 95448
12                                             Telephone: (707) 820-4247
                                               Facsimile: (212) 202-6364
13
                                               INTERIM CLASS COUNSEL
14                                             ATTORNEYS FOR PLAINTIFFS

15                                             WILLIAM AUDET
                                               JONAS P. MANN
16                                             MICHAEL A. MCSHANE
                                               AUDET & PARTNERS LLP
17                                             221 Main Street, Suite 1460
                                               San Francisco, California 94105
18                                             Telephone: (415) 568-2555
                                               Facsimile: (415) 568-2556
19
                                               LIAISON COUNSEL FOR PLAINTIFFS
20
                                               JAY EDELSON
21                                             SEAN REIS
                                               jedelson@edelson.com
22                                             sreis@edelson.com
                                               EDELSON MCGUIRE, LLC
23                                             350 N. LaSalle Street
                                               Chicago, IL 60654
24                                             Telephone: (312) 589-6370

25                                             RICHARD A. LOCKRIDGE
                                               ROBERT K. SHELQUIST
26                                             rlockridge@locklaw.com
                                               rshelquist@locklaw.com
27                                             LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                               100 Washington Avenue S., Suite 2200
28                                             Minneapolis, MN 55401

Telephone: (612) 339-6900
Facsimile: (612) 339-0981

JEFF S. WESTERMAN
jwesterman@milberg.com
MILBERG LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

PETER E. SEIDMAN
ANDREI V. RADO
ANNE MARIE VU (Bar No. 238771)
pseidman@milberg.com
arado@milberg.com
avu@milberg.com
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

JEREMY WILSON
jeremy@wtlfirm.com
WILSON TROSCLAIR & LOVINS
302 N. Market Street, Suite 501
Dallas, Texas 75202
Telephone: (214) 430-1930

EXECUTIVE COMMITTEE FOR
CONSOLIDATED PLAINTIFFS

**GENERAL ATTESTATION**

I, James F. McCabe, am the ECF User whose ID and password are being used to file this

JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45, X.B., I

hereby attest that all persons signing this stipulation have concurred in this filing.

Date:   January 25, 2012                    /s/ James F. McCabe
                                                    James F. McCabe

STIPULATION RE DEADLINE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
Case No. 5:11-md-02250-LHK
pa-1507367

5

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  January 26, 2012

_Lucy H. Koh_

_____

The Honorable Lucy H. Koh
United States District Court Judge