Scott A. Kamber (*pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 920-3081

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KamberLaw, LLP
141 North St.
Healdsburg, California 95448
Telephone:   (707) 820-4247
Facsimile:   (212) 202-6364

*Interim Class Counsel*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: IPHONE/IPAD APPLICATION CONSUMER PRIVACY LITIGATION | Case No.   5:11-md-02250-LHK<br><br>**STIPULATION TO EXCEED PAGE LIMITATION OF BRIEFING IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER**<br><br>Ctrm: 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1   WHEREAS, on January 10, 2012 Defendants filed motions to dismiss (Dkt. 42, 43).

2   WHEREAS, prior to filing their motions Defendants were granted a ten page extension allocated as an extension of five pages for each motion to dismiss from the 25 pages permitted under the local rules to 30 pages, for a total of 60 pages of extensive legal analysis.

WHEREAS, on January 11, 2012 the Court filed a Minute and Case Management Order setting forth a fifty-page limit on Plaintiff' consolidated brief in opposition to Defendants' motions to dismiss.

WHEREAS, counsel for Plaintiffs and counsel for Defendants have conferred, and they agree that due to the length and complexity of the pending motions to dismiss, it would be reasonable for the Plaintiffs' briefing in opposition to the respective motions to exceed the fifty-page limit set forth in the Court's Order.

WHEREAS, the undersigned Defendants, have agreed not to oppose the Plaintiffs' request to extend the page limitation for Plaintiffs' consolidated opposition brief by 8 pages, which is less than the ten additional pages previously granted to Defendants.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the consolidated opposition brief filed by Plaintiffs may exceed the page limitation of 50 pages by no more than 8 pages.

IT IS SO STIPULATED.

Dated March 6, 2012

\_\_/s_____
SCOTT A. KAMBER
DAVID A. STAMPLEY
*skamber@kamberlaw.com*
*dstampley@kamberlaw.com*
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile:  (212) 202-6364

- 1 -
STIPULATION TO EXCEED PAGE LIMITATION OF BRIEFING IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER.    CASE NO. 5:11-MD-02250-LHK

- 2 -

DEBORAH KRAVITZ
dkravitz@kamberlaw.com
KAMBERLAW, LLP
141 North Street
Healdsburg, CA 95448
Telephone: (707) 820-4247

*Interim Class Counsel for Consolidated Plaintiffs*

WILLIAM AUDET
JONAS P. MANN
MICHAEL A. MCSHANE
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Liaison Counsel for Consolidated Plaintiffs*

Dated: March 6, 2012

__/s_____
MARC J. ZWILLINGER (pro hac vice)
marc@zwillgen.com
ZWILLGEN PLLC
1705 N St. NW
Washington, DC  20036
Telephone: 202.296-3585

BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
TERESA N. BURLISON (CA SBN 230854)
TBurlison@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC., A California Corporation

STIPULATION TO EXCEED PAGE LIMITATION OF BRIEFING IN
OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER.     CASE NO. 5:11-MD-02250-LHK

- 3 -

Dated: March 6, 2012

\_\_/s_____
MICHAEL H. PAGE
mpage@durietangri.com
JOSEPH C. GRATZ
jgratz@durietangri.com
GENEVIEVE P. ROSLOFF
grosloff@durietangri.com
DURIE TANGRI LLP
217 Leidsdorff Street
San Francisco, California 94111
Telephone: 415.362.6666
Facsimile: 415.236.6300

Attorneys for Defendants
ADMOB, INC. and GOOGLE INC.

Dated: March 6, 2012

\_\_\_/s_____
GAIL E. LEES
glees@gibsondunn.com
S. ASHLIE BERINGER
aberinger@gibsondunn.com
JOSHUA A. JESSEN
jjessen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: 650. 849.5300
Facsimile: 650.849.5333

Attorneys for Defendants
FLURRY, INC.

Dated: March 6, 2012


\_\_\_/s_____
MICHAEL G. RHODES
rhodesmg@cooley.com
MATTHEW D. BROWN
mbrown@cooley.com
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111
Telephone: 415.693.2000
Facsimile: 415.693.2222

Attorneys for Defendants
ADMARVEL, INC. and MEDIALETS, INC.

**[PROPOSED] ORDER**

The Court, having considered the submission of the parties, hereby approves the foregoing stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED.

Dated: March 7, 2012    By: *Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, William M. Audet, am the ECF User whose ID and password are being used to file this STIPULATION TO EXCEED PAGE LIMITATION OF BRIEFING IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS; [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that all persons signing this stipulation have concurred in this filing.

/s/
William M. Audet