UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE IPHONE APPLICATION LITIG.        )   Case No.: 11-MD-02250-LHK
                                       )
                                       )   MINUTE AND CASE MANAGEMENT
                                       )   ORDER

Clerk: Martha Parker Brown
Reporter: Irene Rodriguez
Length of hearing: 15 minutes

Plaintiffs' Attorneys: Scott Kamber, Deborah Kravitz, William Audet, Jeremy Wilson

Defendants' Attorneys: Marc Zwillinger, Jacob Sommer, Penelope Preovolos (for Apple, Inc.); Ashlie Beringer, Barbara Izzo, Jessica Ou (for Flurry, Inc.); Matthew Brown (for AdMarval, Inc. and Medialets, Inc.); Michael Page (for Admob, Inc. and Google, Inc.).

A case management conference was held on May 3, 2012, following the hearing on Defendants' motions to dismiss. A further case management conference is set for August 8, 2012, at 2pm.

By May 10, 2012, Plaintiffs shall file either a stipulation of dismissal without prejudice with a tolling agreement or a notice of dismissal with prejudice, as appropriate, with respect to the Defendants who are no longer named in the First Amended Consolidated Class Action Complaint.

The Court lifted the stay on discovery. The parties shall exchange initial disclosures and begin document production by May 17, 2012.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Mediation | June 14, 2012 |
| Plaintiffs' class expert disclosures | September 14, 2012 |
| Defendants' class expert rebuttal | October 5, 2012 |
| Motion for class certification | October 26, 2012 |
| Opposition to motion for class certification | December 3, 2012 at noon PST |
| Reply in support of motion for class certification | December 20, 2012 |

| | |
|---|---|
| Hearing on motion for class certification | January 10, 2013, at 1:30 p.m. |
| Fact discovery cutoff | March 1, 2013 |
| Opening expert discovery disclosures | March 15, 2013 |
| Expert rebuttal disclosures | April 3, 2013 |
| Expert discovery cutoff | April 19, 2013 |
| Last day to file disposition motions | May 8, 2013 |
| Hearing on dispositive motions | June 20, 2013 at 1:30pm |
| Final Pretrial conference | August 14, 2013 at 2pm |
| Jury Trial | September 16, 2013 at 9am |
| Length of Trial | 7 days |

**IT IS SO ORDERED.**

Dated: May 3, 2012



LUCY H. KOH
United States District Judge

Case No.: 11-md-02250-LHK
CASE MANAGEMENT AND MINUTE ORDER