GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
MOLLY CUTLER, SBN 261192
MCutler@gibsondunn.com
JACOB A. WALKER, SBN 271217
JWalker@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  650.849.5300
Facsimile:   650.849.5333

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re iPhone Application Litigation | CASE NO. 11-MDL-02250-LHK <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |
|---|---|

PLEASE TAKE NOTICE that Defendant APPLE INC. has retained Gibson, Dunn & Crutcher LLP to substitute as counsel for Morrison Foerster LLP and ZwillGen PLLC in the above-captioned consolidated matter.

Withdrawing counsel for Defendant APPLE INC. are:

> Bryan Joseph Wilson
> Morrison & Foerster LLP
> 755 Page Mill Road
> Palo Alto, CA  94304
> 650/813-5600
> Fax: 650/494-0792
> Email:  bwilson@mofo.com

| | |
|---|---|
| 1 | James Francis McCabe |
| 2 | Morrison & Foerster LLP |
|   | 425 Market Street |
| 3 | San Francisco, CA  94105-2482 |
| 4 | 415-268-7000 |
|   | Fax:  415-268-7522 |
| 5 | Email:  JMcCabe@mofo.com |

James Francis McCabe
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
415-268-7000
Fax:  415-268-7522
Email:  JMcCabe@mofo.com

Penelope Athene Preovolos
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
415-268-7187
Fax:  415-268-7522
Email:  ppreovolos@mofo.com

Peter H. Day
Morrison Foerster LLP
755 Page Mill Rd
Palo Alto, CA  94304
650-813-5600
Email:  pday@mofo.com

Teresa Neet Burlison
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA  94304
650-813-5834
Fax:  650-494-0792
Email:  tburlison@mofo.com

Marc J. Zwillinger
ZwillGen PLLC
1705 N Street NW
Washington, DC  20036
202-706-5202
Fax:  202-706-5298
Email:  marc@zwillgen.com

Jacob Alan Sommer
ZwillGen PLLC
1705 N Street NW
Washington, DC  20036
202-706-5205
Email:  jake@zwillgen.com

Gibson, Dunn &
Crutcher LLP

2

Notice of Withdrawal and Substitution of Counsel for Defendant Apple Inc. – Case No. 11-MDL-02250-LHK

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant APPLE INC.:

> S. Ashlie Beringer
> Gibson, Dunn & Crutcher LLP
> 1881 Page Mill Road
> Palo Alto, CA  94304
> Phone:  (650) 849-5300
> Fax:     (650) 849-5333
> Email:  ABeringer@gibsondunn.com
>
> Molly Cutler
> Gibson, Dunn & Crutcher LLP
> 1881 Page Mill Road
> Palo Alto, CA  94304
> Phone:  (650) 849-5300
> Fax:     (650) 849-5333
> Email:  mcutler@gibsondunn.com
>
> Jacob A. Walker
> Gibson, Dunn & Crutcher LLP
> 1881 Page Mill Road
> Palo Alto, CA  94304
> Phone:  (650) 849-5300
> Fax:     (650) 849-5333
> Email:  mcutler@gibsondunn.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED:  JUNE 12, 2012           APPLE INC.

                                By: _____/s/_____
                                         LYNN MILLER,
                                SR. LITIGATION MANAGER, APPLE

DATED:  JUNE 12, 2012           MORRISON FOERSTER LLP

                                By: _____/s/_____
                                   PENELOPE ATHENE PREOVOLOS

DATED:  JUNE 12, 2012           ZWILLGEN PLLC

                                By: _____/s/_____
                                      MARC J. ZWILLINGER

Gibson, Dunn & Crutcher LLP

3

Notice of Withdrawal and Substitution of Counsel for Defendant Apple Inc. – Case No. 11-MDL-02250-LHK

| | | |
|---|---|---|
| 1 | DATED: JUNE 12, 2012 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | By: _____/s/_____ |
| 3 | | S. ASHLIE BERINGER |

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: JUNE 12, 2012           GIBSON, DUNN & CRUTCHER LLP

                               By: _____/s/_____
                                   S. ASHLIE BERINGER

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: __June 25, 2012__        ___*Lucy H. Koh*_____
                                JUDGE OF THE UNITED STATES DISTRICT COURT