GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
MOLLY CUTLER, SBN 261192
MCutler@gibsondunn.com
JACOB A. WALKER, SBN 271217
JWalker@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  650.849.5300
Facsimile:   650.849.5333

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br><u>Jury Trial Demanded</u><br><br>Second Amended Complaint Filed: July 3, 2012<br>Trial Date: September 16, 2013 |

1. On July 27, 2012, Defendant Apple Inc. ("Apple") filed a partial motion to dismiss (1) each of the non-resident Plaintiffs (Dustin Freeman, Marcia W. Burke, William C. Burke III, and Arun Gupta), and (2) the claims asserted on behalf of the putative Geolocation Class from Plaintiffs' Second Amended Consolidated Class Action Complaint.  D.I. 76.

2. Apple represents that before filing the motion, counsel for Apple called Courtroom Deputy Martha Parker Brown to schedule a hearing date and, according to the instructions contained in a recorded message, emailed Ms. Parker Brown on the morning of July 27, 2012 (a copy of which is attached hereto) to schedule a hearing.  Apple did not receive a response to that email and erroneously attempted to notice the motion for September 6, 2012 or the Court's next available hearing date.

3. On August 1, 2012, the Court ordered that the hearing on Apple's motion be continued either to November 15, 2012 or to January 10, 2013, the hearing date for Plaintiffs' motion for class certification or to reset the dates and briefing schedule by agreement between the parties, and further directed the parties to stipulate to an amended briefing schedule and hearing date for Apple's pending motion to dismiss and for Plaintiffs' motion for class certification, or in the absence of agreement, to each submit their proposals.

4. The parties agree that it would be preferable to have Apple's partial motion to dismiss be heard on November 15, 2012, or thereabouts.  Apple submits that this 11-page motion concerns the narrow, threshold issue of whether the two remaining claims in this case (under California's UCL and CLRA) can be brought by the non-resident Plaintiffs in light of the California Supreme Court's decision in *Sullivan v. Oracle Corp.*, 51 Cal. 4th 1191 (2011) (no extraterritorial application of California's consumer protection statute to non-resident plaintiffs).

5. Although Plaintiffs believe that *Sullivan* does not preclude non-California residents from serving as class representatives under the facts of this case, they nonetheless believe they would benefit from having that issue resolved in advance of class certification, because having an Answer from Apple to the entire Complaint may narrow the issues to be briefed for class certification.

6. Apple does not object to the proposed extension of the class certification briefing schedule and agrees that the interests of efficiency and judicial economy favor resolution of this

threshold issue prior to extensive development of the legal and factual issues relating to the distinct Geolocation claims.

7. Accordingly, if no hearing date prior to November 15, 2011 is available, the parties agree to the following briefing schedule, which includes a brief extension of the class certification briefing schedule and hearing date, so as to obtain resolution of the issues raised in Apple's partial motion and provide for the answering of the complaint before Plaintiffs' class certification brief is due. The parties respectfully request that the Court approve the following schedule:

| Event | Original Deadline | Revised Proposal |
|---|---|---|
| Mediation | June 14, 2012 | Completed |
| Amended Complaint | July 3. 2012 | Completed |
| Motion to Dismiss | NA | Completed on July 27, 2012 |
| Opposition to MTD | NA | October 4, 2012 |
| Reply on MTD | NA | October 25, 2012 |
| Hearing on MTD | NA | November 15, 2012 |
| Plaintiffs' class expert disclosures | September 14, 2012 | November 30, 2012 |
| Defendants' class expert rebuttal disclosures | October 5, 2012 | December 7, 2012 |
| Plaintiffs' motion for class certification | October 26, 2012 | December 21, 2013 |
| Defendants' opposition to motion for class certification | December 3, 2012 at NOON PST | January 28, 2013 |
| Plaintiffs' reply in support of motion for class certification | December 20, 2012 | February 20, 2013 |
| Hearing on motion for class certification | January 10, 2013; 1:30 pm | TBD |
| Fact discovery cutoff | March 1, 2013 | April 5, 2013 |
| Opening expert discovery disclosures | March 15, 2013 | April 10, 2013 |
| Expert rebuttal disclosures | April 3, 2013 | April 19, 2013 |

| | | |
|---|---|---|
| Expert discovery cutoff | April 19, 2013 | May 3, 2013 |
| Last day to file dispositive motions | May 8, 2013 | May 17, 2013 |
| Hearing on dispositive motions | June 20, 2013 at 1:30 pm | TBD |
| Final Pretrial conference | August 14, 2013 at 2:00 pm | Unchanged |
| Jury Trial | September 16, 2013 at 9:00 am | Unchanged |
| Length of trial | 7 days | Unchanged |

Respectfully submitted,

DATED:  August 3, 2012         GIBSON, DUNN & CRUTCHER LLP

By: _____*/s/ S. Ashlie Beringer*_____
S. ASHLIE BERINGER

Attorneys for Defendant
APPLE INC.


DATED:  August 3, 2012         KAMBERLAW, LLC

By: _____*/s/Scott Kamber*_____
SCOTT A. KAMBER (*pro hac vice*)

Interim Class Counsel for Plaintiffs


**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, S. Ashlie Beringer, hereby attest that concurrence in the filing of this document has been obtained from Scott A. Kamber.

DATED:  August 3, 2012         By: _____*/s/ S. Ashlie Beringer*_____
S. ASHLIE BERINGER

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, the Court adopts the parties' proposed revised case schedule deadlines.  The hearing on the motion for class certification is set for March 21, 2013, at 1:30 p.m.  The hearing on dispositive motions is set for June 27, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: August 6, 2012

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

# Cutler, Molly

| | |
|---|---|
| **From:** | Cutler, Molly |
| **Sent:** | Friday, July 27, 2012 9:11 AM |
| **To:** | 'Martha_Brown@cand.uscourts.gov' |
| **Subject:** | Hearing Date for In re iPhone Application Litigation |

Dear Ms. Parker Brown:

We would like to obtain a hearing date for a motion to dismiss in 11-MD-02250 that we will be filing today. Is September 6 at 1:30 available? Thank you very much.

Regards,
Molly Cutler


**Molly Cutler**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5370 • Fax +1 650.849.5070
MCutler@gibsondunn.com • www.gibsondunn.com

1