UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re IPhone/iPad Application Consumer Privacy Litigation )
Plaintiff(s), )
v. )
Defendant(s). )

Case No: 5:11-md-02250-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Karen H. Riebel, an active member in good standing of the bar of District of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is William M. Audet, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Lockridge Grindal Nauen P.L.L.P. 100 Washington Ave. S., Suite 2200 Minneapolis, MN 55401 | Audet & Partners LLP 221 Main Street, Suite 1460 San Francisco, CA 94105 |
| My Telephone # of Record: 612-339-6900 | Local Co-Counsel's Telephone # of Record: 415-982-1776 |
| My Email Address of Record: khriebel@locklaw.com | Local Co-Counsel's Email Address of Record: waudet@audetlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 219770.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/05/12                              s/ Karen H. Riebel
                                                                APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Karen H. Riebel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 6, 2012                    Lucy H. Koh
                                                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE