Scott A. Kamber (pro hac vice)
skamber@kamberlaw.com
David A. Stampley (pro hac vice)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
212.920.3072 Telephone
212.202.6364 Facsimile

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KamberLaw, LLP
141 North St.
Healdsburg, CA 95448
707.820.4247 Telephone:
212.202.6364 Facsimile

*Interim Class Counsel for Consolidated Plaintiffs*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: IPHONE/IPAD APPLICATION CONSUMER PRIVACY LITIGATION | Case No.:5:11-md-02250 LHK  **ADMINISTRATIVE MOTION TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL PURSUANT TO LOCAL RULE 79-5(d)**  Ctrm:   8, 4th Floor Judge:  Hon. Lucy H. Koh |

Pursuant to Civil Local Rules 7-11 and 79-5(d), and the Stipulated Protective Order ("The Protective Order" that was entered by the Court on August 13, 2012 (Dkt No. 89), Plaintiffs hereby submit this Administrative Motion to File Portions of Plaintiffs' Motion for Class Certification Under Seal.

Apple designated the great majority of the documents it produced in this action as Highly Confidential – Attorneys Eyes' Only (as well as the deposition testimony of its 30(b)(6) witnesses). As a result, several of the documents and much of the testimony supporting

1  Plaintiffs' Motion for Class Certification (which are both attached to the Motion as exhibits, as
2  well as referenced throughout the Memorandum in Support), have been and remain designated as
3  Highly Confidential – Attorneys Eyes Only.

4      Under the Protective Order, Plaintiffs are prohibited from making public the documents
5  that Apple has designated as Confidential and Highly Confidential – Attorneys Eyes Only.  As
6  Plaintiffs wish to file documents that have been designated confidential by Apple pursuant to a
7  protective order, and to refer in their memorandum to information so designated by Apple,
8  Plaintiffs file this Administrative Motion for a sealing order in accordance with Local Rule 79-
9  5(d).

10      In a good faith attempt to try to avoid filing under seal (or to reduce the scope of what
11  Plaintiffs must file under seal), Plaintiffs provided Apple with a tentative list of the Apple-
12  produced exhibits Plaintiffs intend to rely on, as well as the names of the Apple deponents
13  whose testimony they intend to use, in support of their Motion for Class Certification.  In
14  response, Apple indicated that it was not prepared to down designate the handful of Highly
15  Confidential-Attorneys Eyes only documents.  In addition, without seeing specific page and line
16  designations for all of the Apple witnesses, Apple was not prepared to down designate the
17  confidentiality of the depositions at this time. (See Declaration of Scott A. Kamber in Support
18  of Plaintiffs' Administrative Motion to File Plaintiffs' Motion for Class Certification Under
19  Seal).

20      Because Plaintiffs reference Highly Confidential-Attorneys Eyes' Only documents,
21  information, and deposition testimony, throughout Plaintiffs' Memorandum in Support of their
22  Motion for Class certification, they seek to file under seal:

23      1. the entire Memorandum in Support of Plaintiffs' Motion for Class Certification;
24      2. all of the currently designated Highly Confidential–Attorneys Eyes' Only exhibits;
25      3. all of the excerpts of deposition testimony from Apple witnesses; and
26      4. the Declaration of M. Egele, Dr. techn.

Plaintiffs will publicly file:

1. the Notice of Motion;
2. the Declaration of Deborah Kravitz (along with any non-confidential documents and deposition testimony attached thereto; and
3. the Declaration of Scott A. Kamber (along with any non-confidential documents attached thereto.

Pursuant to L.R. 79-5(d), within 7 days thereafter, Apple, the designating party, must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If Apple does not file its responsive declaration as required by this subsection, Plaintiffs' Memorandum of Law in Support of the Motion for Class Certification, as well as the supporting documents, information, testimony, and Declaration of Manual Egele may be made part of the public record.

For the foregoing reasons, Plaintiffs respectfully move for an order allowing the filings enumerated above to made under seal, until such time as Apple responds as required by L.R. 79-5(d).

Respectfully submitted,

KAMBERLAW, LLC

Dated this December 17, 2012        /Scott A. Kamber

Scott A. Kamber (pro hac vice)
skamber@kamberlaw.com
David A. Stampley     (pro hac vice)
dstampley@kamberlaw.com
100 Wall Street, 23rd Floor
New York, NY 10005
212.920.3072 Telephone
212.202.6364 Facsimile

Case No. 5:11-md-02250 LHK                3
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE  PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KamberLaw, LLP
141 North St.
Healdsburg, CA 95448
707.820.4247 Telephone:
212.202.6364 Facsimile

William M. Audet
waudet@audetlaw.com
Mariana S. Cole
mcole@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA  94105
415.568.2555 Telephone
415.568.2556 Facsimile
waudet@audetlaw.com

*Liaison Counsel for Consolidated Plaintiffs*

JEFF S. WESTERMAN
jwesterman@milberg.com
MILBERG LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
213.617.1200 Telephone
213.617.1975 Facsimile

PETER SEIDMAN
ANDREI V. RADO
ANNE MARIE VU (Bar No. 238771)
pseidman@milberg.com
arado@milberg.com
avu@milberg.com
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
212.594.5300 Telephone
212.868.1229 Facsimile

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RICHARD A. LOCKRIDGE
ROBERT K. SHELQUIST
rlockridge@locklaw.com
rshelquist@locklaw.com
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
612.339.6900 Telephone
612.339.0981 Facsimile

JEREMY WILSON
jeremy@wtlfirm.com
WILSON TROSCLAIR & LOVINS
302 N. Market Street, Suite 501
Dallas, TX 75202
214.430.1930 Telephone

*Executive Committee for Consolidated Plaintiffs*