1  SCOTT A. KAMBER
2  DAVID A. STAMPLEY
   skamber@kamberlaw.com (pro hac vice)
3  dstampley@kamberlaw.com (pro hac vice)
   KAMBERLAW, LLC
4  100 Wall Street, 23rd Floor
5  New York, NY 10005
   212.920.3072 T
6  212. 202.6364 F

7  William M. Audet (CA State Bar #117456)
   waudet@audetlaw.com
8  Mariana S. Cole (CA State Bar #269939)
9  mcole@audetlaw.com
   AUDET & PARTNERS, LLP
10 221 Main Street, Suite 1460
   San Francisco, CA 94105
11 415.568.2555 T
12 415.568.2556 F

13 [*See Signature Block for Additional Counsel*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE iPhone/iPAD APPLICATION CONSUMER PRIVACY LITIGATION | Case No.: 5:11-MD-02250-LHK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: February 28, 2013<br>Time: 1:30 P.M.<br>Courtroom: 4<br><br>The Honorable Lucy H. Koh |

## Notice of Motion

PLEASE TAKE NOTICE that on February 28, 2012, at 1:30 p.m., or soon thereafter, pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(2), Plaintiffs will, and hereby do, move for an order certifying the following classes:

(a) the "iDevice Class" consisting of all persons or entities residing in the United States and its territories who, from June 1, 2010, through the date the Court certifies the Class, purchased or otherwise acquired iDevices running Apple's iOS and downloaded to their iDevice free Apps from the Apple App Store; and

(b) the "Location Services 'Off' Class" consisting of all persons or entities residing in the United States and its territories who purchased or otherwise acquired iDevices and at any time during June 21, 2010, through April 27, 2011, turned Location Services "off" on their iDevices, but nevertheless, without their knowledge, notice, or consent, their iDevices transmitted location data to Apple's servers. Also included in this Class are all persons or entities residing in the United States and its territories who purchased or otherwise acquired iDevices, and at any time on or after June 21, 2010, turned Location Services "off" on their iDevices, and who currently have iOS 4.0 or a prior iOS version installed on their iDevices, but nevertheless, without their knowledge, notice, or consent, their iDevices continue to transmit location data to Apple's servers.

Plaintiffs also will, and hereby do, move for an order appointing Plaintiffs Anthony Chiu and Cameron Dwyer as representatives of the iDevice Class, Plaintiffs Isabella and Alejandro Capiro as representatives of the Location Services "Off" Class, and KamberLaw, LLC as Class Counsel.

This motion is based on the Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Scott A. Kamber ("Kamber Decl.") and exhibits attached thereto, and the Declaration of Deborah Kravitz and exhibits attached thereto, including the Declaration of Manuel Egele, Dr. techn., and the record in this action.

**STATEMENT OF ISSUES TO BE DECIDED (Local Rule 7-4(a)(3))**

1. Whether Plaintiffs satisfy the requirements of Federal Rule of Civil Procedure 23(a); and

2. Whether Plaintiffs satisfy the requirements of Federal Rule of Civil Procedure 23(b)(2).

Dated: December 17, 2012     KAMBERLAW, LLC

By:   s/Scott A. Kamber

SCOTT A. KAMBER (pro hac vice)
DAVID A. STAMPLEY (pro hace vice)
skamber@kamberlaw.com
dstampley@kamberlaw.com
100 Wall Street, 23rd Floor
New York, NY 10005
212.920.3072 T
212.202.6364 F

DEBORAH KRAVITZ (SBN 275661)
dkravitz@kamberlaw.com
KAMBERLAW, LLP
141 North St.
Healdsburg, CA 95448
707.820.4247 T
212.202.6364 F

*Interim Lead Counsel for Consolidated Plaintiffs*

WILLIAM AUDET
MARIANA S. COLE
waudet@audetlaw.com
mcole@audetlaw.com
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
415.568.2555 T
415.568.2556 F

*Liaison Counsel for Consolidated Plaintiffs*

| | |
|---|---|
| 1 | RICHARD A. LOCKRIDGE |
| 2 | ROBERT K. SHELQUIST |
|   | KAREN HANSON RIEBEL |
| 3 | JULIE A. STROTHER |
|   | rlockridge@locklaw.com |
| 4 | rshelquist@locklaw.com |
|   | khriebel@locklaw.com |
| 5 | jastrother@locklaw.com |
|   | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 6 | 100 Washington Avenue S., Suite 2200 |
|   | Minneapolis, MN 55401 |
| 7 | 612.339.6900 T |
|   | 612.339.0981 F |

JEFF S. WESTERMAN (Bar No. 94559)
jwesterman@milberg.com
MILBERG LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
213.617.1200 T
213.617.1975 F

PETER E. SEIDMAN
ANDREI V. RADO
pseidman@milberg.com
arado@milberg.com
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
212.594.5300 T
212.868.1229 F

JEREMY WILSON
jeremy@wtlfirm.com
WILSON, TROSCLAIR & LOVINS
302 N. Market St.
Suite 501
Dallas, TX 75202
214.484.1930 T

*Executive Committee for Consolidated Plaintiffs*