GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA JESSEN, SBN 222831
JJessen@gibsondunn.com
BENJAMIN M. GLICKMAN, SBN 247907
BGlickman@gibsondunn.com
JACOB A. WALKER, SBN 271217
JWalker@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK <br><br> **CLASS ACTION** <br><br> **DECLARATION OF LESLIE FITHIAN ON BEHALF OF APPLE INC. IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 79-5(C)** <br><br> **HEARING:** <br> Date: April 11, 2013 <br> Time: 1:30 p.m. <br> Place: Courtroom 4 <br> Judge: The Honorable Lucy H. Koh |

I, Leslie Fithian, declare as follows:

1. I am in-house product counsel employed by Apple Inc. ("Apple"). Pursuant to Civil Local Rules 7-11 and 79-5(c) and the Stipulated Protective Order entered by the Court on August 13, 2012 (Dkt. No. 89), I submit this Declaration in Support of Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Reply in Further Support of Plaintiffs' Motion for Class Certification (Dkt #176). The requested relief is narrowly tailored and necessary to protect the confidentiality of the information contained in the exhibits attached therewith.

2. Exhibit 48 to the Declaration of Deborah Kravitz in Support of Plaintiffs' Reply Brief Re: Motion for Class Certification discusses proprietary business, engineering, and design decisions regarding Apple's proprietary iOS software, including particular highly confidential mechanisms for implementing security in iOS devices. This information reflects Apple's confidential business and marketing strategy and could be used by Apple's competitors to Apple's disadvantage. The information could also be used by individuals or companies that might seek to compromise the security of iOS devices, causing harm to Apple and users of Apple products. It is Apple's practice and policy to strictly maintain the confidentiality of this information, and Apple does not disclose or comment on its internal product development practices.

3. Plaintiffs also filed under seal Plaintiffs' Reply in Further Support of Motion for Class Certification (the "Reply Brief"). The Reply Brief does not contain any Apple confidential information, and Apple takes no position on the need for the Reply Brief to be filed under seal.

//
//
//
//
//
//
//
//
//

4. Plaintiffs also filed under seal the Declaration of Lodovico Marziale, along with accompanying exhibits. This declaration and accompanying exhibits do not contain any Apple confidential information, and Apple takes no position on the need for the declaration to be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 15, 2013 in Cupertino, California.

DATED: February 15, 2013

_____
LESLIE FITHIAN