UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 2h22m

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE   DATE: 2/28/13
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #: 11-md-02250LHK

CASE TITLE: IN RE: iPHONE/iPAD APPLICATION CONSUMER PRIVACY LITIGATION

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| SCOTT KAMBER, DEBORAH KRAVITZ, | ASHLEY BERINGER |
| DAVID C. PARISI, JONAS P. MANN, | JACOB WALKER |
| LEIGH SMITH | GAIL B. LEES |

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRE-TRIAL CONF.   {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| {X} | { } | { } | 1. TO CERTIFY CLASS |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS:***

{ } Cont'd to         @         For

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: THE MATTER IS ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.