# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: March 19, 2013                                    Time in Court: 1 hour 9 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: In re: iPhone/iPad Application Consumer Privacy Litigation**
**CASE NUMBER**: **11-md-02250 LHK**
Plaintiff Attorney(s) present: Scott Kamber, Deborah Kravitz and Karen Riebel
Defendant Attorney(s) present: Ashlie Beringer, Gail Lees, Joshua Jessen and Jenna Yott

## PROCEEDINGS:
**1.) Plaintiffs' Motion to Compel Responses to Document Requests and Production of Unredacted Versions of Nonprivileged Documents (Doc. 150)**
**2.) Hearing re: Outstanding Discovery (Docs. 206, 208, 211)**

Counsel present oral arguments.
Parties to meet and confer on state of Apple's production by close of business day 3/22/13. If plaintiff requests relief, counsel to file/notice motion pursuant to local rules.

///