```
 1  GIBSON, DUNN & CRUTCHER LLP
    S. ASHLIE BERINGER, SBN 263977
 2  ABeringer@gibsondunn.com
    JOSHUA JESSEN, SBN 222831
 3  JJessen@gibsondunn.com
    JACOB A. WALKER, SBN 271217
 4  JWalker@gibsondunn.com
    1881 Page Mill Road
 5  Palo Alto, California  94304
    Telephone:  650.849.5300
 6  Facsimile:   650.849.5333

 7  GIBSON, DUNN & CRUTCHER LLP
    GAIL E. LEES, SBN 90363
 8  GLees@gibsondunn.com
    333 South Grand Avenue
 9  Los Angeles, California 90071
    Telephone:  213.229.7000
10  Facsimile:   213.229.7520

11  Attorneys for Defendant
    APPLE INC., A CALIFORNIA CORPORATION
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK |
|---|---|
| | **CLASS ACTION** |
| | **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DOCKET NO. 149)** |
| | Date:    No hearing requested<br>Time:<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
Case No. CV 11-MD-02250-LHK

Defendant Apple Inc. ("Apple") has filed a Motion to Remove Incorrectly Filed Document (Docket No. 149).

Having considered the papers submitted, and finding good cause therefor, the Court hereby grants Apple's Motion to Remove Incorrectly Filed Document (Docket No. 149).

IT IS HEREBY ORDERED that the following incorrectly filed document in this matter be removed from the ECF system for the Northern District of California:

1. Declaration of Jeffrey Bolas in Support of Apple Inc.'s Opposition of Plaintiff's Motion for Class Certification and Exhibits A-C, filed on January 17, 2013 in Docket No. 149.

Dated: 3/19/13

*Lucy H. Koh*

The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. CV 11-MD-02250-LHK