GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA JESSEN, SBN 222831
JJessen@gibsondunn.com
JACOB A. WALKER, SBN 271217
JWalker@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  650.849.5300
Facsimile:   650.849.5333

GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DOCKET NO. 162)** <br><br> Date:      No hearing requested <br> Time: <br> Place:     Courtroom 8, 4th Floor <br> Judge:    Hon. Lucy H. Koh |

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
Case No. CV 11-MD-02250-LHK

Defendant Apple Inc. ("Apple") has filed a Motion to Remove Incorrectly Filed Document (Docket No. 162).

Having considered the papers submitted, and finding good cause therefor, the Court hereby grants Apple's Motion to Remove Incorrectly Filed Document (Docket No. 162).

IT IS HEREBY ORDERED that the following incorrectly filed document in this matter be removed from the ECF system for the Northern District of California:

1. Declaration of Jeffrey Bolas in Support of Apple Inc.'s Opposition of Plaintiff's Motion for Class Certification and Exhibits A-C, filed on January 23, 2013 in Docket No. 162.

Dated: 3/19/13

*Lucy H. Koh*

The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. CV 11-MD-02250-LHK