KAMBERLAW, LLC
SCOTT A. KAMBER (pro hac vice)
skamber@kamberlaw.com
100 Wall Street, 23rd Floor
New York, NY 10005
Telephone:  212.920.3072
Facsimile:   212. 202.6364

Interim Lead Counsel for Consolidated Plaintiffs

GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
JESSICA S. OU, SBN 280534
JOu@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  650.849.5300
Facsimile:   650.849.5333

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

[*See Signature Block for Additional Counsel*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK |
| | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER VACATING OR CONTINUING JUNE 12, 2013 CASE MANAGEMENT CONFERENCE** |
| | Date:          June 12, 2013 |
| | Time:          2:00 p.m. |
| | Place:         Courtroom 8, 4th Floor |
| | Judge:         The Honorable Lucy H. Koh |

Pursuant to Civil L.R. 16-10(d), the parties to this action certify that they have met and conferred and jointly submit this Supplemental Joint Case Management Statement.

**DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

1.      On April 10, 2013, this Court conducted a case management conference and issued a minute and case management Order modifying the case schedule as follows. (Dkt. No. 226.)

| **Scheduled Event** | **Date** |
| --- | --- |
| Apple's Fact Discovery Cutoff | April 5, 2013 |
| Apple's Motion for Summary Judgment | May 17, 2013 |
| Opposition to Apple's Motion for Summary Judgment | September 26, 2013 |
| Apple's Reply in Support of its Motion for Summary Judgment | October 10, 2013 |
| Motion for Class Certification | August 19, 2013 |
| Opposition to Motion for Class Certification | September 19, 2013 |
| Reply in Support of Motion for Class Certification | October 10, 2013 |
| Hearing on Motion for Class Certification | October 31, 2013, at 1:30 p.m. |
| Hearing on Apple's Motion for Summary Judgment | November 7, 2013, at 1:30 p.m. |
| Plaintiffs' Fact Discovery Cutoff | February 6, 2014 |
| Opening Expert Reports | February 20, 2013 |
| Rebuttal Expert Reports | March 6, 2014 |
| Expert Discovery Cutoff | March 20, 2014 |
| Last Day for Plaintiffs to File Dispositive Motion | April 3. 2013 |
| Hearing on Plaintiffs' Dispositive Motion | May 15, 2014, at 1:30 p.m. |
| Final Pretrial Conference | July 17, 2014, at 2:00 p.m. |
| Jury Trial | August 4, 2014 at 9:00 a.m. |
| Length of Trial | 7 days |

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
Case No. 11-MD-02250-LHK

2.      At the request of the parties, the Court's Order also set a case management conference for June 12, 2013. (*Id.*)

3.      Apple filed its Motion for Summary Judgment on May 17, 2013. (Dkt. No. 231.)

4.      Apple also has made a supplemental production of documents pursuant to the parties' Stipulation In Lieu of Further Motion Practice Relating to Plaintiffs' Motions to Compel (Dkt. No. 221), filed March 29, 2013, which Magistrate Judge Grewal made an order of the Court on March 30, 2013 (Dkt. No. 222) .

5.      Plaintiffs are reviewing the document production, and the parties are working together to schedule further depositions as appropriate in advance of Plaintiffs' Motion for Class Certification.

6.      The parties also have agreed to engage in a further mediation, which is scheduled for August 5, 2013.

7.      Because the parties are working cooperatively to move forward with discovery and Plaintiffs have just begun reviewing Apple's recent supplemental production, the parties do not believe a case management conference on June 12, 2013 is necessary, and believe that judicial efficiency will be maximized and the interests of all parties and the Court will be best served by either vacating the case management conference or continuing it to a later date.  The parties therefore respectfully request that the Court either vacate the June 12, 2013 case management conference or continue it to a date that is convenient for the Court in late August or September 2013.  The parties are attaching a proposed order.

DATED:  June 5, 2013                     Respectfully submitted,

KAMBERLAW, LLC


By: _____/s/ Scott A. Kamber_____
         Scott A. Kamber

*Interim Lead Counsel for Consolidated Plaintiffs*

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
Case No. 11-MD-02250-LHK

1

2          SCOTT A. KAMBER (pro hac vice)
           DAVID A. STAMPLEY(pro hac vice)
3          skamber@kamberlaw.com
           dstampley@kamberlaw.com
4          100 Wall Street, 23rd Floor
           New York, NY 10005
5          212.920.3072 T
           212.202.6364 F
6
7          DEBORAH KRAVITZ (SBN 275661)
           dkravitz@kamberlaw.com
8          KAMBERLAW, LLP
           141 North St.
9          Healdsburg, CA 95448
           707.820.4247 T
10         212.202.6364 F

11         *Interim Lead Counsel for Consolidated Plaintiffs*

12
           WILLIAM AUDET
13         JONAS MANN
           waudet@audetlaw.com
14         jmann@audetlaw.com
           AUDET & PARTNERS LLP
15         221 Main Street, Suite 1460
           San Francisco, CA 94105
16         415.568.2555 T
           415.568.2556 F
17

18         *Liaison Counsel for Consolidated Plaintiffs*

19
           RICHARD A. LOCKRIDGE
20         ROBERT K. SHELQUIST
           KAREN HANSON RIEBEL
21         JULIE A. STROTHER
           rlockridge@locklaw.com
22         rshelquist@locklaw.com
           khriebel@locklaw.com
23         jastrother@locklaw.com
           LOCKRIDGE GRINDAL NAUEN P.L.L.P.
24         100 Washington Avenue S., Suite 2200
           Minneapolis, MN 55401
25         612.339.6900 T
           612.339.0981 F
26

27

28

---

4

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
Case No. 11-MD-02250-LHK

LEIGH SMITH
lsmith@milberg.com
MILBERG LLP
One Pennsylvania Plaza, 49th floor
New York, NY  10119
212.946.9374 T
212.273.4467 F

JEREMY WILSON
jeremy@wtlfirm.com
WILSON, TROSCLAIR & LOVINS
302 N. Market St.
Suite 501
Dallas, TX 75202
214.484.1930 T

*Executive Committee for Consolidated Plaintiffs*

DATED:  June 5, 2013                    GIBSON, DUNN & CRUTCHER LLP

By: _____ */s/ S. Ashlie Beringer*_____
                                        S. ASHLIE BERINGER

Attorneys for Defendant
APPLE INC.

### ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1, I, S. Ashlie Beringer, hereby attest that concurrence in the
filing of this document has been obtained from Scott A. Kamber.

DATED:  June 5, 2013                    By: _____ */s/ S. Ashlie Beringer*_____
                                        S. ASHLIE BERINGER

5

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER**

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for this case. Further, the Court orders as follows:

1. The June 12, 2013 case management conference is hereby ~~vacated~~

OR

continued to  August 28, 2013 .

Dated:  June 7, 2013

_Lucy H. Koh_

The Honorable Lucy H. Koh
United States District Judge

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
Case No. 11-MD-02250-LHK

## DECLARATION OF SERVICE

I, Lorraine Nishiguchi, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of 18 years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State. On June 5, 2013, I served the within:

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER VACATING OR CONTINUING JUNE 12, 2013 CASE MANAGEMENT CONFERENCE

to all named counsel of record as follows:

☑   BY ECF (ELECTRONIC CASE FILING): I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on June 5, 2013, at Palo Alto, California.

_/s/ Lorraine Nishiguchi_

LORRAINE NISHIGUCHI

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT
Case No. 11-MD-02250-LHK