KAMBERLAW LLC
SCOTT A. KAMBER (pro hac vice)
skamber@kamberlaw.com.com
DAVID A. STAMPLEY  (pro hac vice)
dstampley@kamberlaw.com
100 Wall Street, 23rd Flr.
New York, NY 10005
Telephone:  212.920.3072
Facsimile:   212.202.6364

Interim Lead Counsel

(Additional Counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK<br><br>**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RE: ENLARGING PAGE LIMITATION FOR CLASS CERTIFICATION BRIEFING**<br>[Modified by the Court]<br><br>**Hearing**:<br>Date:     October 31, 2013<br>Time:    1:30 pm<br>Place:    Courtroom 8 – 4th Floor<br>Judge:   Hon. Lucy H. Koh |

1.  Pursuant to the Court's April 10, 2013 Minute and Case Management Order (Dkt. No. 226), Plaintiffs intend to file a Motion for Class Certification on August 19, 2013.

2.  Due to (i) the number and complexity of issues raised by the claims asserted in this action; and (ii) the fact that the Court requested that the parties submit supplemental briefs following the prior Class Certification hearing, Plaintiffs believe that it would benefit both the parties and the Court, if there was a modest increase to the page limits set forth in Local Rule 7-4(b).

3. Therefore, pursuant to Local Rule 7-11, Plaintiffs respectfully request that the page limits for their opening brief on the Motion for Class Certification be enlarged by up to 7 pages, and that their reply brief be enlarged by 2 pages.

4. Defendant Apple Inc. has informed Plaintiffs that it does not oppose Plaintiffs' request, provided that, if the Court grants Plaintiffs' requested page enlargement, Apple receives a reciprocal enlargement (up to 7 pages) for its opposition brief, as set forth in the accompanying Stipulation.

Respectfully submitted,

DATED: August 8, 2013　　　　　　　KAMBERLAW, LLP

By:    */s/ Deborah Kravitz*
      DEBORAH KRAVITZ (SBN 275661)

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KamberLaw, LLP
141 North St.
Healdsburg, CA 95448
707.820.4247 Telephone
212.202.6364 Facsimile

Scott A. Kamber (pro hac vice)
David A. Stampley　　(pro hac vice)
skamber@kamberlaw.com
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
212.920.3072 Telephone
212.202.6364 Facsimile

*Interim Class Counsel for Consolidated Plaintiffs*

William M. Audet
Jonas P. Mann
waudet@audetlaw.com
jmann@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
415.568.2555 Telephone
415.568.2556 Facsimile

*Liaison Counsel for Consolidated Plaintiffs*

LEIGH SMITH
JOSHUA E. KELLER
lsmith@milberg.com
jkeller@milberg.com
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
212.594.5300 Telephone
212.868.1229 Facsimile

ROBERT K. SHELQUIST
KAREN H. RIEBEL
rshelquist@locklaw.com
khriebel@locklaw.com
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
612.339.6900 Telephone
612.339.0981 Facsimile

JEREMY WILSON
jeremy@wtlfirm.com
WILSON TROSCLAIR & LOVINS
302 N. Market Street, Suite 501
Dallas, TX 75202
214.430.1930 Telephone

*Executive Committee for Consolidated Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the Unopposed Administrative Motion for Page Limit Extension, and the accompanying Stipulation, Plaintiffs' Unopposed Administrative Motion Regarding Enlarging Page Limitations for Class Certification Briefing is Granted.

Plaintiffs shall have up to ~~7~~ 3 additional pages for their opening brief; Defendant Apple Inc. shall have up to ~~7~~ 3 additional pages for its Opposition brief; and Plaintiffs shall have up to ~~2~~ 1 additional ~~pages~~ for their Reply brief.

It is so Ordered.

DATED:      August 13, 2013

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE