SCOTT A. KAMBER
DAVID A. STAMPLEY
*skamber@kamberlaw.com*
*dstampley@kamberlaw.com*
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
212.920.3072 Telephone
212.202.6364 Facsimile

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KamberLaw, LLP
141 North St.
Healdsburg, CA 95448
707.820.4247 Telephone:
212.202.6364 Facsimile

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE iPHONE/iPAD APPLICATION CONSUMER PRIVACY LITIGATION | Case No.: 5:11-MD-02250-LHK **DECLARATION OF DEBORAH KRAVITZ IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION** Date: October 31, 2013 Time: 1:30 pm Courtroom: 8 – 4th Floor Judge – Hon. Lucy H. Koh |

I, Deborah Kravitz, declare as follows:

1. I am senior counsel at KamberLaw, LLP, and a member of the bar of the States of California and Maryland and the District of Columbia, and am fully familiar with the proceedings in this matter.

2. I make this declaration in support of Plaintiffs' Second Motion for Class Certification and based on personal knowledge. I am competent to testify to the matters set forth here, and would testify to the matters as set forth here if called upon to do so.

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition of Cameron Dwyer dated August 14, 2012.

4. Attached as Exhibit 2 is a true and correct copy of the declaration of Cameron Dwyer dated August 16, 2013.

5. Attached as Exhibit 3 is a true and correct copy of the declaration of Dr. Lodovico Marziale and accompanying exhibits dated August 19, 2013.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition of Anthony Chiu dated August 15, 2012.

7. Attached as Exhibit 5 is a true and correct copy of a letter from Bruce Sewell, General Counsel and Senior Vice President of Legal and Government Affairs, stamped APPLE_1026895 through APPLE_1026916, to the California Department of Justice dated May 4, 2011.

8. Attached as Exhibit 6 is a true and correct copy of documents stamped APPLE_1029410 through APPLE_1029411, which is an internal Apple email exchange.

9. Attached as Exhibit 7 is a true and correct copy of the declaration of Dr. Manuel Egele dated August 18, 2013.

10. Attached as Exhibit 8 is a true and correct copy of excerpts of the deposition of Ronald Huang, Senior Manager iOS and Location Services, dated December 5, 2012.

11. Attached as Exhibit 9 is a true and correct copy of documents stamped APPLE_0003495 through APPLE_0003497, which is an internal Apple report.

12. Attached as Exhibit 10 is a true and correct copy of documents stamped APPLE_1004683 through APPLE_1004691, which is an email from M. Grainger dated April 27, 2011.

13. Attached as Exhibit 11 is a true and correct copy of a document stamped APPLE_1029834, which is an email from D. Remahl dated April 18, 2012.

14. Attached as Exhibit 12 is a true and correct copy of a document stamped APPLE_1027568, which is an email from R. Huang dated May 2, 2011.

15. Attached as Exhibit 13 is a true and correct copy of a document stamped APPLE-R_1032890 through APPLE-R_1032891, which is an email exchange between S. Jobs and a customer dated April 21, 2011, through April 23, 2011.

16. Attached as Exhibit 14 is a true and correct copy of documents stamped APPLE_2549038 through APPLE_2549038, which is an email from S. Jobs dated April 21, 2011.

17. Attached as Exhibit 15 is a true and correct copy of documents stamped APPLE_1033009 through APPLE_1033012, which is an internal Apple email exchange dated April 24, 2011, through April 25, 2011.

18. Attached as Exhibit 16 is a true and correct copy of documents stamped APPLE_1033090 through APPLE_1033093, which is an internal Apple email exchange dated April 24, 2011, through April 25, 2011.

19. Attached as Exhibit 17 is a true and correct copy of documents stamped APPLE_1004291 to APPLE_1004294, which is an email from S. Forstall dated April 25, 2011.

20. Attached as Exhibit 18 is a true and correct copy of documents stamped APPLE_1133470 through APPLE_1133475, which is an internal report dated February 2013.

21. Exhibit 19 has been intentionally left blank.

22. Attached as Exhibit 20 is a true and correct copy of documents stamped APPLE_1081145 through APPLE_1081147, which is an internal Apple email exchange

1  including an email from S. Moseley dated March 9, 2011.

2     23.    Attached as Exhibit 21 is a true and correct copy of documents stamped
3  APPLE_ 1111073 through APPLE_1111075, which is a customer complaint submitted to
4  Apple dated January 24, 2012.

5     24.    Attached as Exhibit 22 is a true and correct copy of documents stamped
6  APPLE_2275042 through APPLE_2275053, which is a report titled "Collaborative
7  Energy Debugging for Mobile Devices."

8     25.    Attached as Exhibit 23 is a true and correct copy of documents stamped
9  APPLE-N_1026764 through APPLE-N_1026765, which is an email exchange between
10 S. Moseley and P. Shoemaker dated October 20, 2011.

11     26.    Attached as Exhibit 24 is a true and correct copy of documents stamped
12 APPLE_1032366 through APPLE_1032369, which is an email from R. Huang dated
13 December 14, 2009.

14     27.    Attached as Exhibit 25 is a true and correct copy of documents stamped
15 APPLE_2504568 through APPLE_2504571, which is an internal email exchange dated
16 October 2011.

17     28.    Attached as Exhibit 26 is a true and accurate copy of documents stamped
18 APPLE_1637009 through APPLE_1637012, which is an internal email exchange dated
19 August 22, 2012, through August 23, 2012.

20     29.    Attached as Exhibit 27 is a true and accurate copy of documents stamped
21 APPLE_1138698 through APPLE_1138699, which is an email from A. Ricci dated
22 March 26, 2012.

23     30.    Attached as Exhibit 28 is a true and correct copy of documents stamped
24 APPLE_0007933 through APPLE_0007935, which is an email from P. Shoemaker to A.
25 Schaffer dated March 26, 2012.

26     31.    Attached as Exhibit 29 is a true and accurate copy of documents stamped
27 APPLE_2222930 through APPLE_2222932, which is an email exchange between A.
28 Guerrand and S. Moseley dated March 2, 2012.

32. Attached as Exhibit 30 is a true and correct copy of documents stamped APPLE_1029714 through APPLE_1029745, which is a document by David Remahl dated July 12, 2011.

33. Attached as Exhibit 31 is a true and correct copy of documents stamped APPLE_2263803 through APPLE_2263805, which is an internal email exchange dated August 23, 2011.

34. Attached as Exhibit 32 is a true and correct copy of documents stamped APPLE_2242617 through APPLE_2242618, which is an email exchange between T. Neumayr and K. Knight dated October 11, 2012.

35. Attached at Exhibit 33 is a true and correct copy of documents stamped APPLE_1138840 through APPLE_1138843, which is an internal email exchange dated March 21, 2012, through March 28, 2012.

36. Attached as Exhibit 34 is a true and correct copy of documents stamped APPLE_1029826 through APPLE_1029827, which is an email from J. Schaffer dated April 4, 2012.

37. Attached as Exhibit 35 is a true and correct copy of documents stamped APPLE_1029823 through APPLE_1029825, which is an email from C. Parker dated April 4, 2012.

38. Attached as Exhibit 36 is a true and correct copy of documents stamped APPLE_1006783 through APPLE_1006785, which is a document by J. Hornthal dated 2011.

39. Attached as Exhibit 37 is a true and correct copy of documents stamped APPLE_1029534 through APPLE_1029535, which is an email exchange between S. Moseley and P. Shoemaker dated March 25, 2012.

40. Attached as Exhibit 38 is a true and correct copy of documents stamped APPLE_1079725, which is an email from P. Shoemaker dated April 19, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CASE NO. CV 11-MD-02250-LHK
DECLARATION OF DEBORAH KRAVITZ IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION                4

1  Executed on August 19, 2013, at Sonoma County, California.

2  By:

3  ___s/Deborah Kravitz_____ _____
   Deborah Kravitz

CASE NO. CV 11-MD-02250-LHK
DECLARATION OF DEBORAH KRAVITZ IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR CLASS CERTIFICATION            5