```
1   KAMBERLAW, LLC
    SCOTT A. KAMBER (pro hac vice)
2   skamber@kamberlaw.com
    100 Wall Street, 23rd Floor
3   New York, NY 10005
    Telephone: 212.920.3072
4   Facsimile: 212. 202.6364
5
    Interim Lead Counsel for Consolidated Plaintiffs
6
7   GIBSON, DUNN & CRUTCHER LLP
    S. ASHLIE BERINGER, SBN 263977
8   ABeringer@gibsondunn.com
    JOSHUA A. JESSEN, SBN 222831
9   JJessen@gibsondunn.com
    JESSICA S. OU, SBN 280534
10  JOu@gibsondunn.com
    1881 Page Mill Road
11  Palo Alto, California 94304
    Telephone: 650.849.5300
12  Facsimile: 650.849.5333
13
    Attorneys for Defendant
14  APPLE INC., A CALIFORNIA CORPORATION
15
    [See Signature Block for Additional Counsel]
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK |
| | **SUPPLEMENTAL JOINT CASE MANDOCUMENT STATEMENT AND [PROPOSED] ORDER CONTINUING AUGUST 28, 2013 CASE MANAGEMENT CONFERENCE** |
| | Date: August 28, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: The Honorable Lucy H. Koh |

Pursuant to Civil L.R. 16-10(d), the parties to this action certify that they have met and conferred and jointly submit this Supplemental Joint Case Management Statement.

**DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

1. On June 7, 2013, the Court entered an Order, at the request of the parties, continuing the Case Management Conference scheduled for June 12, 2013 to August 28, 2013. (Dkt. No. 239.)

2. Since entry of the Court's Order, the parties have continued to work cooperatively on discovery, and Plaintiffs have taken three additional depositions of Apple personnel. The parties also participated in a further mediation on August 5, 2013, which did not resolve the case.

3. On August 19, 2013, Plaintiffs filed their Motion for Class Certification; Apple will file its opposition on September 19, 2013; and Plaintiffs will file their reply on October 10, 2013. (Dkt. No. 226.)

4. Additionally, on September 26, 2013, Plaintiffs will file their opposition to Apple's Motion for Summary Judgment (which Apple filed on May 17, 2013), and Apple will file its reply on October 10, 2013. (*Id.*)

5. The Court is scheduled to conduct hearings on Plaintiffs' Motion for Class Certification and Apple's Motion for Summary Judgment on October 31, 2013, and November 7, 2013, respectively. (*Id.*)

6. Given the current posture of the case, including the upcoming briefing on class certification and summary judgment, the parties do not believe a case management conference on August 28, 2013 is necessary, and believe that judicial efficiency will be maximized and the interests of all parties and the Court will be best served by continuing the conference to either October 31, 2013 or November 7, 2013. The parties therefore respectfully request that the Court continue the August 28, 2013 case management conference to October 31, 2013 or November 7, 2013 (or to a later date that is convenient for the Court). The parties are attaching a proposed order.

| | | |
|---|---|---|
| 1 | DATED:  August 21, 2013 | Respectfully submitted, |
| 2 | | KAMBERLAW, LLC |
| 4 | | By:  /s/ Scott A. Kamber  <br>         Scott A. Kamber |
| 5 | | *Interim Lead Counsel for Consolidated Plaintiffs* |
| 7 | | SCOTT A. KAMBER (pro hac vice) <br> DAVID A. STAMPLEY(pro hac vice) |
| 8 | | skamber@kamberlaw.com <br> dstampley@kamberlaw.com |
| 9 | | 100 Wall Street, 23rd Floor <br> New York, NY 10005 |
| 10 | | 212.920.3072 T <br> 212.202.6364 F |
| 12 | | DEBORAH KRAVITZ (SBN 275661) <br> dkravitz@kamberlaw.com |
| 13 | | KAMBERLAW, LLP <br> 141 North St. |
| 14 | | Healdsburg, CA 95448 |
| 15 | | 707.820.4247 T <br> 212.202.6364 F |
| 17 | | *Interim Lead Counsel for Consolidated Plaintiffs* |
| 18 | | WILLIAM AUDET <br> JONAS MANN |
| 19 | | waudet@audetlaw.com <br> jmann@audetlaw.com |
| 20 | | AUDET & PARTNERS LLP <br> 221 Main Street, Suite 1460 |
| 21 | | San Francisco, CA 94105 |
| 22 | | 415.568.2555 T <br> 415.568.2556 F |
| 23 | | *Liaison Counsel for Consolidated Plaintiffs* |

3

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT  
Case No. 11-MD-02250-LHK

RICHARD A. LOCKRIDGE
ROBERT K. SHELQUIST
KAREN HANSON RIEBEL
rlockridge@locklaw.com
rshelquist@locklaw.com
khriebel@locklaw.com
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
612.339.6900 T
612.339.0981 F

LEIGH SMITH
JOSHUA E. KELLER
lsmith@milberg.com
jkeller@milberg.com
MILBERG LLP
One Pennsylvania Plaza, 49th floor
New York, NY 10119
212.946.9374 T
212.273.4467 F

JEREMY WILSON
jeremy@wtlfirm.com
WILSON, TROSCLAIR & LOVINS
302 N. Market St.
Suite 501
Dallas, TX 75202
214.484.1930 T

*Executive Committee for Consolidated Plaintiffs*

DATED: August 21, 2013        GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ S. Ashlie Beringer_____
　　　　　S. ASHLIE BERINGER

Attorneys for Defendant
APPLE INC.

## ATTORNEY ATTESTATION

　　Pursuant to Civil Local Rule 5-1, I, S. Ashlie Beringer, hereby attest that concurrence in the filing of this document has been obtained from Scott A. Kamber.

DATED: August 21, 2013        By: _____/s/ S. Ashlie Beringer_____
　　　　　　　　　　　　　　　　　　　S. ASHLIE BERINGER

**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for this case. The August 28, 2013 case management conference is hereby continued to:

~~October 31, 2013, at 1:30 p.m.~~

~~OR~~

November 7, 2013, at 1:30 p.m.

~~OR~~

_____.

Dated: August 22, 2013

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Judge