| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
|  | S. ASHLIE BERINGER, SBN 263977 |
| 2 | ABeringer@gibsondunn.com |
|  | JOSHUA JESSEN, SBN 222831 |
| 3 | JJessen@gibsondunn.com |
|  | JEANA BISNAR MAUTE, SBN 290573 |
| 4 | JBisnarMaute@gibsondunn.com |
|  | JESSICA S. OU, SBN 280534 |
| 5 | JOu@gibsondunn.com |
|  | 1881 Page Mill Road |
| 6 | Palo Alto, California  94304 |
|  | Telephone:  650.849.5300 |
| 7 | Facsimile:   650.849.5333 |

GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK |
|---|---|
|  | **CLASS ACTION** |
|  | **CORRECTED DECLARATION OF JOSHUA JESSEN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL PURSUANT TO LOCAL RULE 79-5** |

I, Joshua Jessen, declare as follows:

1. I am a member of the California State Bar, am admitted to practice before this Court, and am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant Apple Inc. ("Apple") in this matter.  Pursuant to Local Rules 7-11 and 79-5, I submit this Declaration in connection with Apple's Administrative Motion to File Documents in Support of Its Opposition to Plaintiffs' Motion for Class Certification Under Seal.  I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify to them under oath.

2. On September 18 and 19, 2013, I informed Plaintiffs' counsel (Scott Kamber, Deborah Kravitz, and Karen Riebel) via e-mail that Apple planned to file several documents with information designated as confidential by Apple under seal.  Pursuant to Local Civil Rule 7-11, I asked if Plaintiffs would stipulate to the under seal filing.  In response, Plaintiffs' counsel stated that Plaintiffs were not able to stipulate to the under seal filing.

3. Pursuant to Local Civil Rule 79-5(d), I also informed Plaintiffs that Apple planned to file certain information that Plaintiffs had designated confidential under seal unless Plaintiffs stated that the information could be filed publicly.  In response, Plaintiffs stated that the information should be filed under seal and redacted in public versions of Apple's filing.  Plaintiffs further agreed that portions of the transcript of the Deposition of Manuel Egele could be filed publicly, except for page 231, lines 17-23, which contains sensitive but irrelevant information and has been redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 19, 2013 in Irvine, California.

Dated: September 19, 2013

                                        /s/ Joshua Jessen
                                        JOSHUA JESSEN

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, S. Ashlie Beringer, hereby attest that concurrence in the filing of this document has been obtained from Joshua Jessen.

Dated:  September 19, 2013        By:     /s/ S. Ashlie Beringer
                                                                       S. ASHLIE BERINGER