SCOTT A. KAMBER
DAVID A. STAMPLEY
skamber@kamberlaw.com
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
212.920.3072 Telephone
212.202.6364 Facsimile

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KamberLaw, LLP
141 North St.
Healdsburg, CA 95448
707.820.4247 Telephone:
212.202.6364 Facsimile

[*See Signature Block for Additional Counsel*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE iPHONE/iPAD APPLICATION CONSUMER PRIVACY LITIGATION | Case No.: 5:11-MD-02250-LHK<br><br>**DECLARATION OF SCOTT A. KAMBER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, Scott A. Kamber, declare as follows:

1. I am the managing partner at KamberLaw, LLC, a member of the bar of the State of New York, interim lead counsel for Plaintiffs in the above-captioned matter, and fully familiar with the proceedings in this matter.

2. I make this Declaration in Support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Apple Inc.'s Motion for Summary Judgment.

3. I make this Declaration based on personal knowledge. I am competent to testify to the matters set forth here, and would testify to the matters as set forth here if called upon to do so.

4. Following the Notice of Resolution of certain discovery issues (DKT 229) filed on April 15, 2013, I understand that Apple produced over 67,000 documents that it had not previously produced. On July11, 2013, Apple's counsel made a demand to claw back over 300 documents that it claimed were inadvertently produced in addition to the claims of privilege that were at issue in its rather voluminous privilege log. Plaintiffs' counsel does not believe that all these documents are properly characterized as privileged and the parties are meeting and conferring about the demand. The parties continue to seek to resolve this and other outstanding disputes regarding the scope of privilege being claimed by Apple. If an agreement is not reached it is likely that further motion practice will ensue.

5. Attached as Exhibit A is a true and correct copy of a document stamped APPLE_0002908 through APPLE_0002912, which is Apple's Privacy Policy updated June 21, 2010.

6. Attached as Exhibit B is a true and correct copy of a document stamped APPLE_1034294 through APPLE_1034297, which is Apple's Privacy Policy updated May 21, 2012.

7. Attached as Exhibit C is a true and correct copy of a document stamped APPLE_0000076 through APPLE_0000080, which is Apple's iPhone Software License Agreement updated July 19, 2010.

8. Attached as Exhibit D is a true and correct copy of a document stamped APPLE_0000051 through APPLE_0000060, which is Apple's iOS Software License Agreement updated August 15, 2011.

9. Attached as Exhibit E is a true and correct copy of a document stamped APPLE_0000081 through APPLE_0000090, which is Apple's iOS Software License Agreement updated December 9, 2011.

10. Attached as Exhibit F is a true and correct copy of a Responsive Comment of Apple Inc., *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Dkt. No. RM-2008-8 (U.S. Copyright Office), dated Dec. 1, 2008.

11. Attached as Exhibit G is a true and correct copy of excerpts of the deposition of Dr. Manuel Egele, dated January 9, 2013.

12. Attached as Exhibit H is a true and correct copy of excerpts of the deposition of Jeffrey Bolas, dated January 16, 2013.

13. Attached as Exhibit I is a true and accurate copy of the testimony of Dr. "Guy" Tribble, to the United States Congress dated May 11, 2011 and stamped APPLE_0002922 through APPLE_0002934.

14. Attached as Exhibit J is a true and accurate copy of a New York Times article, stamped IAL 899 through IAL 901, dated April 25, 2011 and entitled "Apple and Google Use Phone Data to Map the World."

15. Attached as Exhibit K is a true and accurate copy of a letter from Bruce Sewell, to the Honorable Markey and Honorable Barton, stamped APPLE_1027033 through APPLE_1027046, dated July 12, 2010.

16. Attached as Exhibit L is a true and accurate copy of Kamala D. Harris, California Attorney General, *Privacy on the Go – Recommendations for the Mobile Ecosystem*, dated January 2013.

17. Attached as Exhibit M is a true and correct copy of the Declaration of Anthony Chiu, dated August 16, 2013.

18. Attached as Exhibit N is a true and correct copy of excerpts from the deposition of Alejandro Capiro, dated October 29, 2012.

19. Attached as Exhibit O is a true and correct copy of excerpts from the deposition of Isabella Capiro, dated October 30, 2012.

20. Attached as Exhibit P is a true and correct copy of the Declaration of Alejandro Capiro, dated August 16, 2013.

21. Attached as Exhibit Q is a true and correct copy of the Declaration of Isabella Capiro, dated August 16, 2013.

22. Attached as Exhibit R is a true and correct copy of excerpts from the deposition of Dr. Lodovico Marziale, dated February 5, 2013.

23. Attached as Exhibit S is a true and correct copy of a letter from Bruce Sewell, General Counsel and Senior Vice President of Legal and Government Affairs, stamped APPLE_1026895 through Apple_1026916, to the California Department of Justice dated May 4, 2011.

24. Attached as Exhibit T is a true and correct copy of documents stamped Apple_1006783 through Apple_1006785, which is a document by J. Hornthal dated 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2013

/s/ Scott A. Kamber
SCOTT A. KAMBER