# EXHIBIT R

Page 1

1             UNITED STATES DISTRICT COURT
2     NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION
3
4   IN RE iPhone APPLICATION        )
    LITIGATION,                      )
5                                    ) Case No. 5:11-MD-02550-LHK
                                     ) Volume 1
6                                    )
    _____ ) Pages 1 to 128
7
8
9
10
11    VIDEOTAPED DEPOSITION OF LODOVICO MARZIALE, Ph.D.
12              Los Angeles, California
13             Tuesday, February 5, 2013
14
15
16
17
18
19
20
21
22
23  Reported by:
24  ELIZABETH BORRELLI, CSR No. 7844, CCLL, CLR
25  JOB NO. 57869

1  from a Mac address is not -- I don't have any way of
2  knowing if this can be interpreted as location
3  information by someone else -- by anyone else --
4          [Reporter requests clarification.]
5  BY MS. BERINGER:
6      Q.  So then it's fair to say that you,
7  yourself, aren't aware of any user's location
8  information that was contained in the data packet
9  that was transmitted to Apple servers?
10         MR. PARISI:  Hold on.  Objection.
11  Ambiguous, compound, argumentative, asked and
12  answered.
13         THE WITNESS:  I can only tell you what I
14  saw go across the wire, and what I saw go across the
15  wire was -- was Mac addresses, these BSSIDs for
16  wireless access points.  How someone interprets or
17  uses those as for location information or not, I
18  just do not know.
19  BY MS. BERINGER:
20     Q.  And you did not see any information about
21  a user in those data packets, correct?
22         MR. PARISI:  Objection.  Ambiguous.
23         THE WITNESS:  I did not see anything about
24  a user in these packets.
25  BY MS. BERINGER:

1  Q. And you did not see anything about these
2  sending test device in those packets, correct?
3  MR. PARISI: Objection. Ambiguous. I
4  don't know what it means.
5  THE WITNESS: Well, there was information
6  on the device, including the OS version and firmware
7  revision and possibly other things. If -- I'd have
8  to go back and look at the original capture.
9  BY MS. BERINGER:
10  Q. But did you see anything that identified
11  the device?
12  A. Well --
13  MR. PARISI: Objection. Ambiguous as
14  phrased.
15  THE WITNESS: -- it's locale, operating
16  system and firmware revision were identified --
17  [Reporter requests clarification.]
18  THE WITNESS: Operating system version and
19  firmware revision were identified.
20  BY MS. BERINGER:
21  Q. Do you have any reason to believe that if
22  you were provided with information that appears in
23  line 59, English, U.S., 4.1 and 88117, could you
24  identify the device that corresponded to that
25  information?

1   A.   No, I couldn't, especially if you rely
2  only on that information.  There's other encoded
3  information in there that I can't decode, so.
4   Q.   But you don't know what's in that encoded
5  information, correct?
6   A.   Correct.
7   Q.   But you would agree that it would not be
8  possible to identify a device based merely on the
9  information contained in line 59?
10   A.   I cannot uniquely identify a device based
11  on its locale, operating system version and firmware
12  revision, no.
13       MS. BERINGER:  Can we introduce Exhibit B?
14       MR. WALKER:  Yep.
15       MS. BERINGER:  What number is this?
16       MR. WALKER:  Just a second.
17       MS. BERINGER:  No worries.
18       MR. WALKER:  I forget.
19       MR. PARISI:  I think it's 67.
20       MR. WALKER:  67.
21       (Whereupon Exhibit 67 was marked for
22       identification.)
23       THE REPORTER:  67.
24  BY MS. BERINGER:
25   Q.   Dr. Marziale, we've handed you as

Page 113

1  Exhibit 67 a document that contains various BSSIDs
2  and other data, and I would ask you to assume that
3  that was captured from an iOS device --
4      A.   Yes.
5      Q.   -- while location services was off, the
6  information that you see reflected on that document.
7           Do you see any data elements on Exhibit 67
8  that appear to be BSSIDs?
9           MR. PARISI:  Objection.  Vague.
10          THE WITNESS:  These Mac I.D.s appear to be
11 similar to BSSIDs.
12 BY MS. BERINGER:
13     Q.   Do you see any information -- any other
14 information other than Mac I.D.s on Exhibit 67?
15          MR. PARISI:  Objection.  Vague.
16          THE WITNESS:  Do I see any other
17 information -- there's plenty of other information
18 on the page.  Yes.
19 BY MS. BERINGER:
20     Q.   Is there any information on the page that
21 you would consider to be a user's location
22 information?
23     A.   Any other information aside from the
24 wireless app, Mac I.D. stuff?
25     Q.   Any information at all.

1      Let me ask it this way: Which -- which
2 user's location information, if any, is reflected on
3 Exhibit 67?
4      MR. PARISI: Objection. Incomplete
5 hypothetical.
6      THE WITNESS: In theory these wireless
7 access point Mac I.D.s could be used to pinpoint a
8 user's location.
9 BY MS. BERINGER:
10     Q.   Which user's location?
11     MR. PARISI: Objection. Ambiguous.
12     THE WITNESS: I can't tell from this.
13 BY MS. BERINGER:
14     Q.   Why can't you tell from this? What would
15 you need to know to be able to actually pinpoint a
16 user's location using the information on Exhibit 67?
17     MR. PARISI: Objection. Calls for
18 speculation.
19     THE WITNESS: Yeah, that's a pretty vague
20 question. Any number of things. You could just
21 tell me the answer.
22     Would you repeat the question, please?
23 BY MS. BERINGER:
24     Q.   Well, what would you need to know to be
25 able to identify a user's location information using

1   the information in Exhibit 67?
2           MR. PARISI:  Objection.  Calls for
3   speculation.
4           THE WITNESS:  Using the information that's
5   right here, I could identify the location of a
6   handset.
7   BY MS. BERINGER:
8       Q.   And how would you do that?
9       A.   If I had a -- this is all speculative,
10  right?  If I had a database that mapped wireless
11  access point locations to their hardware addresses
12  and then a device sent these things to me and I know
13  where these wireless access points are then I know
14  where the handset is.
15      Q.   Do you -- do you have a database that
16  allows you to map these Mac I.D.s to a particular
17  location?
18      A.   I do not personally own one, no.
19      Q.   And assuming you were able to -- how many
20  Mac I.D.s approximately do you see reflected on
21  Exhibit 67?
22      A.   About four.
23      Q.   Okay.
24           And assuming that those -- that you were
25  able to look up those Mac I.D.s and find the