1  ROBERT K. SHELQUIST
2  KAREN H. RIEBEL
   rshelquist@locklaw.com
3  khriebel@locklaw.com
   100 Washington Avenue S., Suite 2200
4  Minneapolis, MN 55401
   612.339.6900 Telephone
5  612.339.0981 Facsimile

6  (Additional Counsel listed on signature page)

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10 | IN RE iPHONE APPLICATION LITIGATION | CASE NO. 11-MD-02250-LHK |
|---|---|
| | **NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL** |
| | **JUDGE:** Hon. Lucy H. Koh |
| | **MAGISTRATE:** Hon. Paul Singh Grewal |
| THIS RELATES TO: | |
| ALL ACTIONS | |

17    PLEASE TAKE NOTICE THAT Julie A. Strother is no longer counsel of record in the above-entitled action. Ms. Strother is no longer with Lockridge Grindal Nauen P.L.L.P., will not be representing Plaintiffs, and is hereby withdrawn as counsel of record.

    Robert K. Shelquist and Karen H. Riebel of Lockridge Grindal Nauen P.L.L.P. continue to represent Plaintiffs.

Respectfully submitted,

Dated: October 7, 2013                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.


s/ Robert K. Shelquist
   ROBERT K. SHELQUIST
   KAREN H. RIEBEL
   rshelquist@locklaw.com
   khriebel@locklaw.com
   100 Washington Avenue S., Suite 2200
   Minneapolis, MN 55401
   612.339.6900 Telephone
   612.339.0981 Facsimile
   *Executive Committee for Consolidated Plaintiffs*


   DEBORAH KRAVITZ (SBN 275661)
   Deborah Kravitz (SBN 275661)
   dkravitz@kamberlaw.com
   KAMBERLAW, LLC
   141 North St.
   Healdsburg, CA 95448
   707.820.4247 Telephone
   212.202.6364 Facsimile

   Scott A. Kamber (pro hac vice)
   David A. Stampley    (pro hac vice)
   skamber@kamberlaw.com
   dstampley@kamberlaw.com
   KAMBERLAW, LLC
   100 Wall Street, 23rd Floor
   New York, NY 10005
   212.920.3072 Telephone
   212.202.6364 Facsimile

   *Interim Class Counsel for Consolidated Plaintiffs*

William M. Audet
Jonas P. Mann
waudet@audetlaw.com
jmann@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
415.568.2555 Telephone
415.568.2556 Facsimile
*Liaison Counsel for Consolidated Plaintiffs*

LEIGH SMITH
JOSHUA E. KELLER
lsmith@milberg.com
jkeller@milberg.com
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
212.594.5300 Telephone
212.868.1229 Facsimile


JEREMY WILSON
jeremy@wtlfirm.com
WILSON TROSCLAIR & LOVINS
302 N. Market Street, Suite 501
Dallas, TX 75202
214.430.1930 Telephone
*Executive Committee for Consolidated Plaintiffs*

**DECLARATION OF SERVICE**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Hennepin (Minnesota), over the age of 18 years, and not a party in this action; that declarant's business address is 100 Washington Ave. S., Suite 2200, Minneapolis, MN 55401.

2. Declarant hereby certifies that on October 7, 2013, declarant served the NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of October, 2013.

s/ Robert K. Shelquist