GIBSON, DUNN & CRUTCHER LLP
S. ASHLIE BERINGER, SBN 263977
ABeringer@gibsondunn.com
JOSHUA JESSEN, SBN 222831
JJessen@gibsondunn.com
JEANA BISNAR MAUTE, SBN 290573
jbisnarmaute@gibsondunn.com
JESSICA S. OU, SBN 280534
JOu@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK<br><br>**CLASS ACTION**<br><br>**DECLARATION OF S. ASHLIE BERINGER IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Gibson, Dunn & Crutcher LLP

BERINGER DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITSMOTION FOR SUMMARY JUDGMENT
Case No. CV 11-MD-02250-LHK

I, S. Ashlie Beringer, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this Declaration in support of Apple's Reply in Support of its Motion for Summary Judgment. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of excerpts from the reporter's transcript of the August 14, 2012 deposition of Plaintiff Cameron Dwyer.

3. Attached as Exhibit B is a true and correct copy of excerpts from the reporter's transcript of the August 15, 2012 deposition of Plaintiff Anthony Chiu.

4. Attached as Exhibit C is a true and correct copy of excerpts from the reporter's transcript of the October 30, 2012 deposition of Plaintiff Isabella Capiro.

5. Attached as Exhibit D is a true and correct copy of excerpts from the reporter's transcript of the October 29, 2012 deposition of Plaintiff Alejandro Capiro.

6. Attached as Exhibit E is a true and correct copy of excerpts from the reporter's transcript of the January 9, 2013 deposition of Dr. Manuel Egele.

7. Attached as Exhibit F is a true and correct copy of excerpts from the reporter's transcript of the February 5, 2013 deposition of Dr. Lodovico Marziale.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 10, 2013 in Palo Alto, California.

/s/ S. Ashlie Beringer
S. Ashlie Beringer

Gibson, Dunn & Crutcher LLP

1
BERINGER DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO. CV 11-MD-02250-LHK