Ex. B

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

5

6   IN RE APPLE IPHONE

    LITIGATION                    No. 5:11-MD-022550-LHK

7   _____/

8

9

10

11                  **CONFIDENTIAL**

12        VIDEOTAPED DEPOSITION OF ANTHONY CHIU

13               PALO ALTO, CALIFORNIA

14            WEDNESDAY, AUGUST 15, 2012

15

16

17

18

19

20  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

21  CSR LICENSE NO. 9830

22  JOB NO. 51484

23

24

25

Confidential

1       A    Transferred it to the 3G.

2       Q    Okay.  And can you describe what factors led

3   you to switch from using the Dash that you were using

4   to purchasing an iPhone 3G?

5       A    I'm sorry.  Can you repeat the question

6   again?

7       Q    Sure.

8            What led to your decision to switch from

9   using a Dash to purchasing an iPhone 3G?

10      A    The Dash failed.

11      Q    Okay.  And in what way did the Dash fail?

12      A    It wouldn't power up anymore.

13      Q    So literally if you hit the on button, there

14  was no power?

15      A    Right.

16      Q    So you needed a new phone?

17      A    Exactly.

18      Q    And do you recall, I may not have asked this,

19  approximately what year this was or time period?

20      A    The year, I would say, '08, maybe.

21      Q    That sounds right.

22           So in 2008, what led you to purchase an

23  iPhone 3G as opposed to buying another Dash or some

24  other smartphone that was available on the market at

25  that point in time?

Confidential

Page 16

1     A    I think it was the convenience of the iPhone,

2    the iTunes, obviously the music, and also the apps

3    that was created through Apple.

4     Q    And when you say "convenience," can you be

5    more specific?

6     A    It's an all-in-one device where it allows you

7    to listen to music, you know, search the web, and

8    obviously the apps that were provided, the App Store,

9    something that was new to the market.

10     Q    And at that time -- at the time that you

11    purchased the iPhone 3G, did you download your music

12    library that you had been using on your iPod Mini onto

13    your 3G?

14     A    I'm not following you in that one.

15     Q    Sure.

16          Did you, at any point, download the library

17    of music that you had been listening to on your iPod

18    Mini onto your iPhone 3G?

19     A    Yes.

20     Q    And do you recall approximately what size

21    your library was at that point in time?

22     A    No.

23     Q    Order of magnitude?  I mean, would there be

24    hundreds of songs?  Thousands of songs?  A handful of

25    songs?

Confidential

1    wanting to have more storage capacity for photos.

2          A    Uh-huh.

3          Q    How -- how do you use your phone with respect

4    to photos that you take or view --

5          A    Oh, just --

6          Q    -- or edit or all three?

7          A    Just regularly snapping pictures away.

8          Q    So you take -- you frequently take pictures

9    with your phone, your iPhone?

10         A    Right.

11         Q    And do you also use your iPhone to store

12   albums and store photos that you have taken on your

13   iPhone or through other sources?

14         A    Whatever is taken on the iPhone, yes.

15         Q    Okay.  And can you -- you indicated that at

16   the time you purchased the iPhone 4, you wanted to

17   upgrade to the newest model.

18              Was there anything in particular about the

19   features of the iPhone 4 that led to your decision to

20   upgrade at that point in time that you can recall?

21         A    I believe it was the new display that they

22   were advertising.

23         Q    Okay.  And what specifically about the new

24   display?

25         A    I think it was a new retina display that they

Page 22

1    had been hyping about.

2         Q    Okay.

3         A    Yes.

4         Q    And what about the new retina display

5    attracted you to the iPhone 4?

6         A    It made things a lot clearer to read when you

7    expanded.

8         Q    And aside from the new retina display, was

9    there anything else that led to your decision to

10   upgrade to an iPhone 4?

11        A    I believe the speed was a little bit faster

12   as well --

13        Q    Okay.

14        A    -- so.

15        Q    And aside from the retina display and the

16   speed of the phone, was there anything else that led

17   to your decision to upgrade to an iPhone 4?

18        A    I think that was about it, if I recall.

19        Q    And you purchased the iPhone 4 through AT&T's

20   website?

21        A    Yes.

22        Q    Can you describe as best you can the steps

23   you took to actually complete the purchase on AT&T's

24   website?

25        A    If I'm not mistaken, I logged into my account

Confidential

Page 45

1    Q   Can you recall -- can you tell us everything

2  you recall about creating your iTunes account?

3    A   Meaning?

4    Q   Meaning what steps did you take to set up an

5  iTunes account?

6    A   If I recall, going into Apple's website and

7  just download the iTunes, and that was it.

8    Q   Do you recall providing your name and an

9  account ID and a credit card as part of signing up for

10 the iTunes account?

11   A   Yes.

12   Q   And is that the same information that you use

13 when making any app-related purchases through the

14 App Store?

15   A   Yes.

16   Q   Do you recall whether you read any terms or

17 agreements as part of signing up for an iTunes

18 account?

19   A   Yes.

20   Q   And what do you recall reading?

21   A   Just basically general information about how

22 it uses -- well, actually, let me rephrase that.

23       In terms of recall what I've read, no, I

24 don't recall what I've read.  It's been a long time --

25   Q   Okay.

Confidential

Page 46

1    A    -- yeah.

2    Q    And when you set up your iTunes account, this

3    was around the time -- do you recall when it was in

4    relation to obtaining an iPhone Mini?

5         Excuse me.  I misspoke.  Let me rephrase

6    that.

7         Do you recall when you set up your iTunes

8    account in relation to when you acquired the iPod Mini

9    that you received as a gift?

10   A    In terms of the time frame you're saying?

11   Q    Yes.  When in relation?  Was it shortly after

12   you got the iPod mini?  Was it years after?  Do you

13   have any sense of the relationship of those events?

14   A    I did set it up when I got the iPod mini,

15   yeah.

16   Q    And do you recall how many years ago this

17   was?

18   A    No, I don't actually.  It's been a long time.

19   Q    Would -- would the Apple ID that you used

20   when setting up your iTunes account for use with your

21   iPod mini be the same Apple ID that you used to

22   download apps from the App Store?

23   A    Are you referring to this Column E here?

24   Q    Yes.

25   A    I might have used a different e-mail account

1    A    Through work.

2    Q    On your desktop?

3    A    No, the actual paper.

4    Q    And do you recall reading the article you're

5    referring to at the time it was published in the Wall

6    Street Journal?

7    A    When you say "time," do you mean the year

8    or --

9    Q    In other words, did you read the article

10   close in time to when it was published in the Wall

11   Street Journal?

12        MR. RICHMAN:  Objection.

13        THE WITNESS:  Yes.

14        MS. BERINGER:  Q.  Do you recall where you

15   were when you read it?

16   A    At work.

17   Q    And did you have any discussions with anyone

18   after you read that article about the article?

19   A    Right away you mean?

20   Q    At any point?

21   A    At any point.

22        I had -- not right away, but I eventually had

23   a discussion with Kim Richman here.

24   Q    Okay.  Aside from reading the article in the

25   Wall Street Journal that discussed UDIDs and certain

Confidential

Page 107

1  app data practices, is there anything else that led to

2  your decision to file this lawsuit against Apple?

3       A   What's a UDID?

4       Q   Do you know what a UDID is?

5       A   Are you referring to --

6       Q   A UDID?

7       A   Oh, okay.  Okay.  Yes.

8           No, I have no idea what an UDID is.

9       Q   Do you consider -- do you know what --

10  withdrawn.

11          Do you consider any UDID to be personal

12  information about you?

13          MR. RICHMAN:  Objection.

14          THE WITNESS:  No.

15          MS. BERINGER:  Q.  So you do not consider a

16  UDID to be personal information about you?

17       A   In terms of UDID from what I read, again, is

18  just basically a phone that is linked to the user.

19       Q   It is the serial number for a phone; correct?

20       A   I don't know if it's a serial number, but I

21  know it's an IDID that's associated with a user of the

22  iPhone.

23       Q   But you do not consider the UDID to be

24  personal information about you; is that correct?

25       A   If the UDID has my information, then yes.

Confidential

Page 108

1    Q   Are you aware of any UDID that has your

2 information?

3    A   I don't know.

4    Q   What type of information about you would you

5 need to have a UDID for you to consider it to be

6 personal information?

7    A   Again, I don't know exactly what the UDID has

8 in terms of personal information.

9    Q   Do you know what the UDID associated with any

10 of the iPhones that you have used is?

11    A   If you're referring to when I first read the

12 article.

13    Q   Sitting here today, do you know what the

14 UDIDs associated with any of the iPhones that you have

15 used is?

16    A   Probably my profile that is associated to the

17 phone that I use.

18         (Document marked Chiu Exhibit 32

19          for identification.)

20         MS. BERINGER:   I'm marking as Exhibit 32 a

21 document that contains several alphanumeric strings.

22    Q   Mr. Chiu, do you see anything on Exhibit 32

23 that you consider to be personal information about

24 you?

25         MR. RICHMAN:   Objection.

Confidential

1    THE WITNESS:  No.

2    MS. BERINGER:  Q.  Is there --

3  A   I don't know.

4  Q   -- is there anything on Exhibit 32 that you

5  believe could be used to contact you?

6    MR. RICHMAN:  Objection.

7    THE WITNESS:  I don't know.

8    MS. BERINGER:  Q.  Well, do you see anything

9  on Exhibit 32 that you understand could be used to

10  contact you?

11    MR. RICHMAN:  Objection.

12    THE WITNESS:  Not that I know of.

13    MS. BERINGER:  Okay.

14  Q   And do you see anything on Exhibit 32 that

15  could be used to identify you?

16    MR. RICHMAN:  Objection.

17    MS. BERINGER:  Q.  And I'm obviously

18  excluding your name at the top of the exhibit.

19    But putting aside your name, in the

20  alphanumeric strings that follow each of the bullet

21  points on Exhibit 32, is there anything on this page,

22  other than your name, that could be used to identify

23  you, to your knowledge?

24    MR. RICHMAN:  Objection.

25    THE WITNESS:  Not that I know of.

Confidential

1       MS. BERINGER:  Q.  And am I correct that,
2  other than your name, there's nothing on this page
3  that you consider to be personal information about
4  you?
5       MR. RICHMAN:  Objection.
6       THE WITNESS:  Not that I know of.
7       MS. BERINGER:  Q.  So that is correct?
8    A  Uh-huh.
9       MR. RICHMAN:  Objection.
10      MS. BERINGER:  Q.  That was a yes?
11   A  No.
12      What are you saying?
13   Q  Yes, that was correct?
14   A  What was your last question?
15   Q  I said, am I correct that, other than your
16  name, there's nothing on this page that you consider
17  to be personal information about you?
18      MR. RICHMAN:  Objection.
19      THE WITNESS:  Not that I can -- that I know
20  of.
21      MS. BERINGER:  Okay.
22   Q  When you read the Wall Street Journal article
23  that you referred to, did you have any concerns at
24  that point in time about anything that may have been
25  done by apps that you were running on your phone?

Confidential

1               J U R A T

2

3

4     I, ANTHONY CHIU, do hereby certify

5     under Penalty of Perjury, that I have read

6     the foregoing transcript of my deposition

7     taken on August 15, 2012; that I have made

8     such corrections as appear noted herein in

9     ink, initialed by me; that my testimony as

10    contained herein, as corrected, is true and

11    correct.

12

13

14    DATED this _____ day of _____, 2012,

15    at _____, California.

16

17

18

19    _____

20              SIGNATURE OF WITNESS

21

22

23

24

25

Confidential

Page 153

1                    CERTIFICATE OF REPORTER

2

3

4         I, ANDREA M. IGNACIO HOWARD, hereby certify

5    that the witness in the foregoing deposition was by me

6    duly sworn to tell the truth, the whole truth, and

7    nothing but the truth in the within-entitled cause;

8

9         That said deposition was taken in shorthand

10   by me, a Certified Shorthand Reporter of the State of

11   California, and was thereafter transcribed into

12   typewriting, and that the foregoing transcript

13   constitutes a full, true and correct report of said

14   deposition and of the proceedings which took place;

15

16        That I am a disinterested person to the said

17   action.

18

19        IN WITNESS WHEREOF, I have hereunto set my

20   hand this 22nd day of August, 2012.

21

22   _____

23   ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25

Confidential

Page 155

1            E R R A T A   S H E E T

2

3         I, ANTHONY CHIU, make the following changes

4    to my deposition taken in the matter of In Re Apple

5    Phone Litigation taken on August 15, 2012:

6

7    DATE:_____        _____

8                                Signature of Witness

9    Page          Line       Change

10   _____         _____      _____

11   _____         _____      _____

12   _____         _____      _____

13   _____         _____      _____

14   _____         _____      _____

15   _____         _____      _____

16   _____         _____      _____

17   _____         _____      _____

18   _____         _____      _____

19   _____         _____      _____

20   _____         _____      _____

21   _____         _____      _____

22   _____         _____      _____

23   _____         _____      _____

24   _____         _____      _____

25   _____         _____      _____