Ex. C

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5

6   IN RE IPHONE APPLICATION LITIGATION.    Case No.

                              5:11-MD-02250-LHK

7   ------------------------------------

8

9

10

11

12

13

14      VIDEOTAPED DEPOSITION OF ISABELLA CAPIRO

15          PALO ALTO, CALIFORNIA

16        TUESDAY, OCTOBER 30, 2012

17

18

19

20

21

22

23

24   REPORTED BY:

    CYNTHIA MANNING, CSR NO. 7645, CLR, CCRR

25   JOB NO. 54997

Page 40

1    withdrawn.

2         Did you know how to turn off Wi-Fi prior to

3    your discussion with the Apple Store representative?

4         A.   No.

5         Q.   And did you know how to close apps that you

6    weren't using prior to your discussion with the

7    Apple Store representative?

8         A.   No.

9         Q.   And your discussion with the Apple Store

10   representative was after you obtained the third

11   iPhone; correct?

12        A.   Correct.

13        Q.   So this would have been after February

14   27th, 2011, I believe?

15        A.   Correct.

16        Q.   So prior to February 27th, 2011, you did

17   not know how to turn Location Services off; correct?

18        A.   Yes.

19        Q.   And so it's fair to say that prior to

20   February 27th, 2011 you did not turn Location

21   Services off; correct?

22             MR. PARISI:  Objection; calls for

23   speculation.

24             THE WITNESS:  Correct.

25   //

1          DECLARATION UNDER PENALTY OF PERJURY

2

3      I, ISABELLA CAPIRO, do hereby certify under

4   penalty of perjury that I have read the foregoing

5   transcript of my deposition taken on October 30,

6   2012; that I have made such corrections as appear

7   noted herein in ink, initialed by me; that my

8   testimony as contained herein, as corrected, is true

9   and correct.

10

11      DATED this          day of

12   2012, at                      , California.

13

14

15

16                          ISABELLA CAPIRO

17

18

19

20

21

22

23

24

25

Page 103

1   STATE OF CALIFORNIA   )

2         :ss

3   COUNTY OF SAN MATEO   )

4        I, CYNTHIA MANNING, a Certified Shorthand

5   Reporter of the State of California, do hereby

6   certify:

7        That the foregoing proceedings were taken

8   before me at the time and place herein set forth;

9   that any witnesses in the foregoing proceedings,

10  prior to testifying, were placed under oath; that a

11  verbatim record of the proceedings was made by me

12  using machine shorthand which was thereafter

13  transcribed under my direction; further, that the

14  foregoing is an accurate transcription thereof.

15       I further certify that I am neither

16  financially interested in the action, nor a relative

17  or employee of any attorney of any of the parties.

18

19       IN WITNESS WHEREOF, I have subscribed my

20  name this 9th day of November 2012.

21

22  *Cynthia Manning*

23  CYNTHIA MANNING, CSR No. 7645, CCRR, CLR

24

25

Page 107

1    IN THE MATTER OF:

2

3

4    Date:

5    Witness:

6    Reason codes:

7            1.   To clarify the record.
             2.   To conform to the facts.
8            3.   To correct transcription errors.

9

     Page            Line                Reason
10   From                        to
11   Page            Line                Reason
     From                        to
12
     Page            Line                Reason
13   From                        to
14   Page            Line                Reason
     From                        to
15
     Page            Line                Reason
16   From                        to
17   Page            Line                Reason
     From                        to
18
     Page            Line                Reason
19   From                        to
20   Page            Line                Reason
21   From                        to
22   Page            Line                Reason
     From                        to
23

24

25                              ISABELLA CAPIRO