# Ex. D

Page 1

1          UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3               SAN JOSE DIVISION
4
5
6  IN RE IPHONE APPLICATION LITIG.   Case No.
                                     5:11-MD-02250-LHK
7  ----------------------------------
8
9
10
11
12
13
14     VIDEOTAPED DEPOSITION OF ALEJANDRO CAPIRO
15              PALO ALTO, CALIFORNIA
16            MONDAY, OCTOBER 29, 2012
17
18
19
20
21
22
23
24  REPORTED BY:
    CYNTHIA MANNING, CSR NO. 7645, CLR, CCRR
25  JOB NO. 54996

1  Isabella that you purchased for yourself?
2      A.  Yes.
3      Q.  So everybody got an iPhone 4, black, 16
4  gigabyte?
5      A.  Correct.
6      Q.  And you would have paid the same amount for
7  each of those phones?
8      A.  Correct.
9      Q.  And what led to your decision to switch
10 from your prior phone and purchase an iPhone in
11 December 2010?
12     A.  My kids wouldn't stop bothering me.  You
13 know, it's the hip thing with young kinds to want an
14 iPhone.  So I acquiesced after, you know -- give up
15 the battle so you don't have to fight the war.
16     Q.  So initially, your kids were pushing to get
17 an iPhone for their own use?
18     A.  Correct, and also we had very bad reception
19 with Sprint.
20     Q.  And I think you indicated the Sprint
21 contract had expired --
22     A.  Correct.
23     Q.  -- shortly before you --
24     A.  I believe so.
25     Q.  -- switched to the iPhone?

Page 168

1 DECLARATION UNDER PENALTY OF PERJURY
2
3     I, ALEJANDRO CAPIRO, do hereby certify under
4 penalty of perjury that I have read the foregoing
5 transcript of my deposition taken on October 29,
6 2012; that I have made such corrections as appear
7 noted herein in ink, initialed by me; that my
8 testimony as contained herein, as corrected, is true
9 and correct.
10
11     DATED this            day of
12 2012, at                              , California.
13
14
15
                      _____
16                    ALEJANDRO CAPIRO
17
18
19
20
21
22
23
24
25

1  STATE OF CALIFORNIA  )
2          :ss
3  COUNTY OF SAN MATEO  )
4          I, CYNTHIA MANNING, a Certified Shorthand
5  Reporter of the State of California, do hereby
6  certify:
7          That the foregoing proceedings were taken
8  before me at the time and place herein set forth;
9  that any witnesses in the foregoing proceedings,
10 prior to testifying, were placed under oath; that a
11 verbatim record of the proceedings was made by me
12 using machine shorthand which was thereafter
13 transcribed under my direction; further, that the
14 foregoing is an accurate transcription thereof.
15         I further certify that I am neither
16 financially interested in the action, nor a relative
17 or employee of any attorney of any of the parties.
18
19         IN WITNESS WHEREOF, I have subscribed my
20 name this 8th day of November 2012.
21
22          *[Signature: Cynthia Manning]*
23          CYNTHIA MANNING, CSR No. 7645, CCRR, CLR
24
25

```
1   IN THE MATTER OF:  In Re iPhone Application
2                      Litigation
3
4   Date: October 30, 2012
5   Witness: ALEJANDRO CAPIRO
6   Reason codes:
7        1.   To clarify the record.
             2.   To conform to the facts.
8        3.   To correct transcription errors.
9
    Page          Line             Reason
10  From                           to
11  Page          Line             Reason
    From                           to
12
    Page          Line             Reason
13  From                           to
14  Page          Line             Reason
    From                           to
15
    Page          Line             Reason
16  From                           to
17  Page          Line             Reason
    From                           to
18
    Page          Line             Reason
19  From                           to
20  Page          Line             Reason
21  From                           to
22  Page          Line             Reason
    From                           to
23
24
                            _____
25                          ALEJANDRO CAPIRO
```