SCOTT A. KAMBER
DAVID A. STAMPLEY
skamber@kamberlaw.com
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
212.920.3072 Telephone
212.202.6364 Facsimile

Deborah Kravitz (SBN 275661)
dkravitz@kamberlaw.com
KamberLaw, LLP
141 North St.
Healdsburg, CA 95448
707.820.4247 Telephone:
212.202.6364 Facsimile

[*See Signature Block for Additional Counsel*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE iPHONE/iPAD APPLICATION CONSUMER PRIVACY LITIGATION | Case No.: 5:11-MD-02250-LHK<br><br>**DECLARATION OF DEBORAH KRAVITZ IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY**<br><br>Hearing<br>Date:  October 31, 2013<br>Time:  1:30 pm<br>Courtroom:  8 – 4th Floor<br>Judge – Hon. Lucy H. Koh |

CASE NO. CV 11-MD-02250-LHK
DECLARATION OF DEBORAH KRAVITZ IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY

I, Deborah Kravitz, declare as follows:

1. I am senior counsel at KamberLaw, LLP, and a member of the bar of the States of California and Maryland, and the District of Columbia, and am fully familiar with the proceedings in this matter.

2. I make this declaration in support of Plaintiffs' Reply in Support of Plaintiffs Class Certification Reply and based on personal knowledge. I am competent to testify to the matters set forth here, and would testify to the matters as set forth here if called upon to do so.

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition of Jane Horvath, Director of Global Privacy at Apple, dated October 4, 2013.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition of Phillip Shoemaker, Director of App Store Review at Apple, dated October 4, 2013.

5. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition of Phillip Shoemaker, Director of App Store Review at Apple, dated October 7, 2013.

6. Attached as Exhibit 4 is a true and correct copy of the Apple user profile for Anthony Chiu, stamped APPLE_0003993 through APPLE_0004019.

7. Attached as Exhibit 5 is a true and correct copy of the Apple user profile for Cameron Dwyer, stamped APPLE_004020 through APPLE_004062.

8. Attached as Exhibit 6 is a true and correct copy of the Apple user profile for Isabella Capiro, stamped APPLE_0027517 through APPLE_0027560.

9. Exhibit 7 is intentionally left blank.

10. Attached as Exhibit 8 is a true and correct copy of an internal Apple document stamped APPLE_1040451 through APPLE_1040453.

11. Attached as Exhibit 9 is a true and correct copy of an internal Apple email exchange stamped APPLE_1040474 through APPLE_1040479 dated October 25, 2011.

12. Attached as Exhibit 10 is a true and correct copy of an email exchange

1  from P. Shoemaker to D. Arno and others stamped APPLE_1007370 through
2  APPLE_1007371 dated October 12, 2010.
3         13.    Attached as Exhibit 11 is a true and correct copy of a Power Point
4  Presentation titled "UDID Endgame" stamped APPLE_9599964 through
5  APPLE_9599987.
6         14.    Attached as Exhibit 12 is a true and correct copy of excerpts of the
7  deposition of Phillip Shoemaker, Director of App Store Review at Apple, dated
8  November 8, 2012.
9         15.    Attached as Exhibit 13 is a true and correct copy of an email exchange
10 between P. Shoemaker, A. Louv and others, stamped APPLE_1052018 through
11 APPLE_1052021, dated October 4, 2011.
12        16.    Attached as Exhibit 14 is a true and correct copy of an email exchange
13 between J. Geleynse and A. Schaffer stamped APPLE_1139023 through
14 APPLE_1139026 dated April 2, 2012.
15        17.    Attached as Exhibit 15 is a true and correct copy of an email exchange
16 between P. Shoemaker, R. Chipman and others, stamped APPLE_9599959 through
17 APPLE_9599960 dated May 29, 2013.
18        18.    Attached as Exhibit 16 is a true and correct copy of an internal Apple
19 document titled "App Store Review Guidelines," stamped APPLE_9592945 through
20 APPLE_9592953, dated 2013.
21        19.    Attached as Exhibit 17 is a true and correct copy of an email exchange
22 between Michael McMillion and Shaan Pruden stamped APPLE_2265903 through
23 APPLE_2265906 dated November 17, 2011.
24        20.    Attached as Exhibit 18 is a true and correct copy of a multi-tab
25 spreadsheet from Apple titled "131003 TI Data Pull" stamped APPLE_9599664 and
26 produced October 4, 2013.
27
28

CASE NO. CV 11-MD-02250-LHK
DECLARATION OF DEBORAH KRAVITZ IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY                                    2

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed on October 10, 2013, at Sonoma County, California.
4                              By:
5                                  ___/s/ Deborah Kravitz_____
6                                      Deborah Kravitz

CASE NO. CV 11-MD-02250-LHK
DECLARATION OF DEBORAH KRAVITZ IN SUPPORT OF PLAINTIFFS' CLASS CERTIFICATION REPLY
3