MILBERG LLP
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: 213.617.1200
Facsimile: 213.617.1975

MILBERG LLP
LEIGH SMITH (*pro hac vice*)
lsmith@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Plaintiffs

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | Case No. 11-MD-02250-LHK<br><br>REQUEST TO APPEAR BY TELEPHONE<br><br>CMC Date: October 31, 2013<br>Time: 1:30 p.m.<br>Hon. Lucy H. Koh |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Leigh Smith requests permission by the Court to appear telephonically at the above-referenced matter on October 31, 2013, for the hearing on Plaintiffs' Motion for Class Certification.

DATED: October 24, 2013            /s/ Leigh Smith
                                   LEIGH SMITH (*pro hac vice*)
                                   **MILBERG LLP**
                                   One Pennsylvania Plaza, 49th Floor
                                   New York, New York 10119
                                   Telephone: (212) 594-5300
                                   Facsimile: (212) 868-1229

                                   *Plaintiffs' Executive Committee*