MILBERG LLP
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone:  213.617.1200
Facsimile:  213.617.1975

MILBERG LLP
LEIGH SMITH (*pro hac vice*)
lsmith@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re iPhone Application Litigation | Case No.  11-MD-02250-LHK |
|---|---|
| | REQUEST TO APPEAR BY TELEPHONE |
| | CMC Date:     November 7, 2013<br>Time:              1:30 p.m.<br>Hon. Lucy H. Koh |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

     Leigh Smith requests permission by the Court to appear telephonically at the above-referenced matter on November 7, 2013, for the hearing on Plaintiffs' Motion for Class Certification.

DATED:     October 31, 2013

                                                             /s/ *Leigh Smith*
                                          LEIGH SMITH (*pro hac vice*)
                                          **MILBERG LLP**
                                          One Pennsylvania Plaza, 49th Floor
                                          New York, New York 10119
                                          Telephone: (212) 594-5300
                                          Facsimile: (212) 868-1229

                                          *Plaintiffs' Executive Committee*

DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on October 31, 2013, declarant served the **REQUEST TO APPEAR BY TELEPHONE** by electronically filing the foregoing document listed above by using the Case Management/ Electronic Case filing system.

3. Declarant further certifies:

☒ All participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system

☐ Participants in the case who are registered CM/ECF users will be served by the court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial carrier for delivery to the non-CM/ECF participants.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31th day of October, 2013, at Los Angeles, California.

*Elizabeth Villalobos-Lopez*
**ELIZABETH VILLALOBOS-LOPEZ**