# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Honorable Lucy H. Koh**
Courtroom 8 - 4th Floor

# Civil Minute Order

Date: October 31, 2013                         Time in Court: 1 hour and 13 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

---

**TITLE: In Re: iPhone/iPad Application Consumer Privacy Litigation**
**CASE NUMBER**: **11-md-02250 LHK**
Plaintiff Attorney(s) present: Scott Kamber, Deborah Kravitz, Jonas Mann and David Parisi.
Also present: Leigh Smith, *telephonically*
Defendant Attorney(s) present: Ashlie Beringer, Joshua Jessen, Gail Lees and Jeana Maute

---

### PROCEEDINGS:
**Defendant Apple, Inc.'s Motion for Summary Judgment (Dkt. 231)**

Counsel present oral arguments.
The court takes matter under submission; written order after hearing to be issued.

///