GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
JEANA BISNAR MAUTE, SBN 290573
JBisnarMaute@gibsondunn.com
JESSICA S. OU, SBN 280534
JOu@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
Glees@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re iPhone Application Litigation | CASE NO. 5:11-MD-02250-LHK |
|---|---|
| | **NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL FOR DEFENDANT APPLE INC.** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 11-5(a), S. Ashlie Beringer (SBN 263977) is no longer counsel of record for Defendant Apple Inc. as she is no longer associated with the law firm of Gibson, Dunn & Crutcher LLP.

Gibson, Dunn & Crutcher LLP will continue to represent Defendant Apple Inc. in this matter.

DATED: November 25, 2013           GIBSON, DUNN & CRUTCHER LLP

By: _____*/s/ Joshua A. Jessen*_____
            JOSHUA A. JESSEN

Attorneys for Defendant
APPLE INC.