GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
JEANA BISNAR MAUTE, SBN 290573
jbisnarmaute@gibsondunn.com
JESSICA S. OU, SBN 280534
JOu@gibsondunn.com
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  650.849.5300
Facsimile:  650.849.5333

GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant
APPLE INC., A CALIFORNIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re iPhone Application Litigation | CASE NO. 11-MD-02250-LHK <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT APPLE INC. TO FILE BILL OF COSTS AND PLAINTIFFS TO FILE ANY OBJECTIONS** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT APPLE INC. TO FILE BILL OF COSTS AND PLAINTIFFS TO FILE ANY OBJECTIONS
CASE NO. 11-MD-02250-LHK

WHEREAS, on November 25, 2013, this Court issued an Order granting Defendant Apple Inc.'s ("Apple") Motion for Summary Judgment (Dkt. No. 294);

WHEREAS, on November 25, 2013, this Court entered judgment in favor of Apple (Dkt. No. 296);

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(d) and Civil L.R. 54, the deadline for prevailing party Apple to seek its taxable costs is within 14 days of entry of judgment, December 9, 2013;

WHEREAS, Apple has informed Plaintiffs that in order to have adequate time to determine all of its costs, Apple has requested, and Plaintiffs have agreed to, a one-week extension of time;

WHEREAS, in order to have adequate time to evaluate Apple's bill of costs, file any objections thereto, and to satisfy the meet and confer requirement in light of the upcoming holidays, Plaintiffs have requested, and Apple has agreed to, an extension until January 16, 2014, for Plaintiffs to file any objections to Apple's bill of costs;

WHEREAS, the Parties believe that good cause exists for these extensions and hereby stipulate to these extensions pursuant to Civil L.R. 6-2;

NOW, THEREFORE, pursuant to Civil L.R. 6-2, and subject to the approval of the Court, the Parties hereby stipulate and request that the Court enter the following deadlines:

The deadline for Apple to file its bill of costs is extended to and including **December 16, 2013.**

The deadline for Plaintiffs to file their objections to Apple's bill of costs is extended to and including **January 16, 2014.**

The Parties have requested no previous modifications to the schedule for recovery of costs or objections thereto.  The Parties' requested extension would not unduly delay the resolution of the costs issues, nor would it prejudice the interest of the parties to this litigation.

//

//

//

2

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT APPLE INC. TO FILE BILL OF COSTS AND PLAINTIFFS TO FILE ANY OBJECTIONS
CASE NO. 11-MD-02250-LHK

Respectfully submitted,

DATED: December 6, 2013 GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua A. Jessen*
JOSHUA A. JESSEN

Attorneys for Defendant
APPLE INC.

DATED: December 6, 2013 KAMBERLAW, LLC

By: */s/ Scott A. Kamber*
SCOTT A. KAMBER

Interim Class Counsel for Consolidated Plaintiffs

## **ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Joshua A. Jessen, hereby attest that concurrence in the filing of this document has been obtained from Scott A. Kamber.

DATED: December 6, 2013 GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua A. Jessen*
JOSHUA A. JESSEN

Attorneys for Defendant
APPLE INC.

3

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT APPLE INC. TO FILE BILL OF COSTS AND PLAINTIFFS TO FILE ANY OBJECTIONS
CASE NO. 11-MD-02250-LHK

# [PROPOSED] ORDER

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                                                                                    The Honorable Lucy H. Koh
                                                                                                    United States District Court Judge

Gibson, Dunn & Crutcher LLP

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT APPLE INC. TO FILE BILL OF COSTS AND PLAINTIFFS TO FILE ANY OBJECTIONS
CASE NO. 11-MD-02250-LHK